Order  (Rev. 9/13/04) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

In The Interest of Cedrick Chatmon

v.

No. 14 JD MISC 49

### ORDER

This cause coming to be heard before the Honorable Rodney Hughes Brooks, it is hereby ordered:

That The Petitioner, City of Chicago, and Chicago Police Officers Toth and Fry, shall disclose pursuant to 705 ILCS 405/1-7 and court order all documents related to minor Cedrick Chatmon prior to the minor's 17th birthday, July 22, 2012 and such records shall be marked confidential.

ENTERED
RODNEY HUGHES BROOKS-1638
FEB 18 2014
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 33182
Name: ASA
Atty. for: The People of the State of Illinois
Address: 1100 S. Hamilton Ave, 6th Fl.
City/State/Zip: Chicago, IL 60612
Telephone: 312-433-7000

2/18/14
ENTERED
Judge                Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**