IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LINDA CHATMAN, Administrator of the Estate )
of CEDRICK CHATMAN, deceased, ) Case No. 13 CV 5697
               Plaintiff, )
) Judge Gettleman
   v. )
)
CITY OF CHICAGO, et al. )
              Defendants. )

## EXHIBIT INDEX

| Exhibit | Description |
| --- | --- |
| A | Plaintiff's First Amended Complaint |
| B | Defendant City of Chicago's Answer to Plaintiff's Amended Complaint, 12(b)(6) Defenses, Affirmative Defenses, and Jury Demand |
| C | Deposition of Officer Lou Toth |
| D | Deposition of Officer Kevin Fry |
| E | Plaintiff's Initial Complaint |
| F | Plaintiff's Motion to Amend and Set for Trial |
| G | Plaintiff's Initial Rule 26 Discovery Disclosure |
| H | Plaintiff's Response to Defendant Fry's First Set of Document Production Requests |
| I | *Williams v. Fry, et al.*, Complaint |
| J | *Jones v. City, et al.*, Docket Report |
| K | *McDonald v. Camarillo, et al.*, Docket Report |
| L | *Thomas v. City, et al.,* Docket Report |
| M | *Tonson v. City, et al.*, Docket Report |
| N | *Fields v. City, et al.*, Docket Report |
| O | *Robinson v. City, et al.*, Docket Report |
| P | Defendant Officer Fry's Five Year Employee Complaint History |
| Q | Defendant Officer Toth's Five Year Employee Complaint History |

Respectfully submitted,

                                    STEPHEN R. PATTON
                                    Corporation Counsel for the City of Chicago

                            By:     **/s/ Marion C. Moore**
                                    Marion C. Moore
30 North LaSalle Street, Suite 900  Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 744-1056
Attorney No. 6302566