**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LINDA CHATMAN as Special Administrator )
of the Estate of CEDRICK CHATMAN, deceased )
                                Plaintiff, )   Judge Gettleman
           vs. )
                                         )   13 CV 5697
CITY OF CHICAGO, )   **Jury Demand**
LOU TOTH, KEVIN FRY, and )
others not presently known to Plaintiff. )
                                Defendants. )

<u>Exhibit Index</u>

Exhibit A    Toth Deposition

Exhibit B,    Fry Deposition

Exhibit C    Toth Statement 1/7/13

Exhibit D    Fry Statement 7/15/14

Exhibit E    Szwed Deposition

Exhibit F    Photos Black Jeep SUV

Exhibit G    Hackett Deposition

Exhibit H    Tactical Response Report of 1/7/13,

Exhibit I    Officer Battery Report

Exhibit J    Crime Lab report.

                                                         Respectfully Submitted

                                                         _/s/ Mark F. Smolens_____
                                                         One of Plaintiffs' Attorneys

| | |
|---|---|
| BRIAN W. COFFMAN # 6285942 | MOTTWEILER & SMOLENS |
| COFFMAN LAW OFFICES | MARK F. SMOLENS #6190482 |
| 2615 N. Sheffield | RICHARD R. MOTTWEILER #3123509 |
| Suite #1 | NICOLE L. BARKOWSKI #6295834 |
| Chicago, IL 60614 | 1627 Colonial Parkway - Suite 301 |
| 773-348-1295 | Inverness, Il 60067 |
| bcoffmanlaw@gmail.com | 773 - 580-4982 |