# EXHIBIT H

# TACTICAL RESPONSE REPORT / Chicago Police Department

## MEMBER INVOLVED

| 1. DATE OF INCIDENT | TIME | 2. ADDRESS OF OCCURRENCE | 3. LOCATION CODE | 4. BEAT/OCCUR |
|---|---|---|---|---|
| 07-JAN-2013 | 13:46:00 | 2005 E 75TH ST CHICAGO, IL 60649 | 304 | 0414 |

| 5. POSITION | 6. LAST NAME | 7. FIRST NAME | 8. STAR NO. | 9. SEX | 10. RACE CODE | 11. AGE | 12. HT. | 13. WT. |
|---|---|---|---|---|---|---|---|---|
| 9161 | FRY | KEVIN S | 15329 | ☒ 01 M ☐ 02 F | WHI | REDACTED | 509 | 170 |

| 14. DATE OF APPT. | 15. EMPLOYEE NO. | 16. UNIT & BEAT OF ASSIGNMENT | 17. DUTY STATUS | 18. MEMBER INJURED? | 19. MEMBER IN UNIFORM? |
|---|---|---|---|---|---|
| 29-SEP-2003 | 94196 | 004 / 0463E | ☒ 01 On ☐ 02 Off | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No |

## SUBJECT INFORMATION

| 20. LAST NAME | 21. FIRST NAME | 22. M.I. | 23. SEX | 24. RACE | 25. D.O.B. | 26. HT. | 27. WT. |
|---|---|---|---|---|---|---|---|
| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

| 28. ADDRESS | 29. TELEPHONE NO. | 30. WAS SUBJECT ARMED? OTHER (SPECIFY) | 31. SUBJECT INJURED? | 32. SUBJECT ALLEGED INJURY? |
|---|---|---|---|---|
| REDACTED | | ☒ 01 Yes ☐ 01 No | ☒ 01 Yes ☐ 02 No | ☐ 01 Yes ☒ 02 No |

| 33. WHERE WAS MEDICAL TREATMENT OBTAINED? | 34. BY WHOM? | 35. CONDITION |
|---|---|---|
| NORTHWESTERN MEMORIAL HOSPITAL | DR. SHAPIRO | ☒ 03 Hospitalized  ☐ 01 Apparently Normal  ☐ 02 Under Influence  ☐ 04 Not Hospitalized  ☐ 05 Refused Medical Aid |

| 36. CHARGES PLACED | | 37. CB NO. | IR NO. | DNA |

## 38. REASON FOR USE OF FORCE (Check all that apply)

### SUBJECT'S ACTIONS

| PASSIVE RESISTER | ACTIVE RESISTER | ASSAILANT:ASSAULT | ASSAILANT:BATTERY | ASSAILANT:DEADLY FORCE |
|---|---|---|---|---|
| DID NOT FOLLOW VERBAL DIRECTION ☒ | FLED ☒ | IMMINENT THREAT OF BATTERY ☐ | ATTACK WITH WEAPON ☐ | USES FORCE LIKELY TO CAUSE DEATH OR GREAT BODILY HARM ☐ |
| STIFFENED (DEAD WEIGHT) ☐ | PULLED AWAY ☐ | OTHER ☐ | ATTACK WITHOUT WEAPON ☐ | WEAPON ☐ |
| OTHER | OTHER | | OTHER | OTHER SEE COMMENTS |

### MEMBER'S RESPONSE

| | | | | |
|---|---|---|---|---|
| MEMBER PRESENCE ☒ | OPEN HAND STRIKE ☐ | ELBOW STRIKE ☐ | KNEE STRIKE ☐ | FIREARM ☒ |
| VERBAL COMMANDS ☒ | TAKE DOWN / EMERGENCY HANDCUFFING ☐ | CLOSED HAND STRIKE/PUNCH ☐ | KICKS ☐ | OTHER |
| ESCORT HOLDS ☐ | OC CHEMICAL WEAPON ☐ | | | |
| WRISTLOCK ☐ | CANINE ☐ | IMPACT WEAPON (Describe in Box 40) ☐ | IMPACT MUNITION (Describe in Box 40) ☐ | |
| ARMBAR ☐ | TASER (Probe Discharge) ☐ | | | |
| PRESSURE SENSITIVE AREAS ☐ | TASER (Contact Stun) ☐ | | | |
| CONTROL INSTRUMENT ☐ | TASER (Laser Targeting) ☐ | | | |
| OC/CHEMICAL WEAPON W/AUTHORIZATION ☐ | TASER (Spark Displayed) ☐ | | | |
| OTHER | OTHER | OTHER | | |

## 39.

| * OC/CHEMICAL WEAPON AUTHORIZED BY (NAME) | 40. ADDITIONAL INFORMATION |
|---|---|
| POSITION | STAR NO. | UNIT | SUBJECT BEGAN TO TURN TOWARDS R/O AND HIS PARTNER, P.O. TOTH, WHILE HOLDING AN OBJECT BELIEVED TO BE A FIREARM. R/O, IN FEAR OF P.O. TOTH'S LIFE, DISCHARGED FIREARM AT SUBJECT. |

## WEAPON DISCHARGE INCIDENT

| 41. WEAPON TYPE | 42. INCIDENT OCCURRED | 43. LIGHTING CONDITIONS | 44. WEATHER CONDITIONS |
|---|---|---|---|
| ☐ 01 REVOLVER  ☒ 04 SEMI AUTO PISTOL  ☐ 05 CHEMICAL WEAPON  ☐ 02 RIFLE  ☐ 06 TASER (Probe Discharge)  ☐ 03 SHOTGUN  ☐ 07 OTHER | ☐ Indoors  ☒ Outdoors | ☐ 02 Night  ☐ 03 Dawn  ☒ 01 Daylight  ☐ 04 Dusk  ☐ 05 Poor Artificial  ☐ 06 Good Artificial | CLEAR |

| 45. MAKE/MANUFACTURER | 46. MODEL | 47. BARREL LENGTH | 48. CALIBER/GAUGE |
|---|---|---|---|
| SIG/S. & GJ/SWISS INDUSTRIAL GESELLSCHAFT SZ- | P220 | 4.4 | 45 CAL |

| 49. TASER DART ID NO. | 50. WEAPON SERIAL No. (Include Letters) | 51. CHICAGO GUN REG. NO. | 52. IL FIREARM OWNER ID. NO. | 53. HANDGUN CERTIFICATE NO. |
|---|---|---|---|---|
| | G358342 | 635221 | 85430305 | |

| 54. SPECIAL WEAPON CERTIFICATE NO. | 55. PROPERTY INVENTORY NO. | 56. TYPE OF AMMUNITION USED | 57. NO. OF WEAPONS DISCHARGED BY THIS MEMBER | 58. TOTAL NO. OF SHOTS MEMBER FIRED |
|---|---|---|---|---|
| | | HORNADAY JHP | 1 | 4 |

| 59. WHO FIRED FIRST SHOT | 60. WAS FIREARM RELOADED DURING INCIDENT | 61. NO. OF CARTRIDGES/ SHOT SHELLS RELOADED | 62. HOW WAS MEMBER'S HANDGUN WORN |
|---|---|---|---|
| ☒ 01 MEMBER  ☐ 02 OFFENDER  ☐ 03 OTHER (SPECIFY) | ☐ 01 YES  ☒ 02 NO | 0 | ☒ 01 RT. SIDE (WAIST)  ☐ 02 LT. SIDE (WAIST)  ☐ 03 OTHER (Specify) |

| 63. HOW WAS MEMBER'S HANDGUN DRAWN | 64. SPECIFY METHOD/EQUIPMENT USED TO RELOAD DNA | 65. DID MEMBER USE SIGHTS |
|---|---|---|
| ☒ 01 STRONG SIDE DRAW  ☐ 02 CROSS DRAW  ☐ 03 OTHER (Specify) | | ☐ 01 YES  ☒ 02 NO |

| 66. DESCRIBE PROTECTIVE COVER USED (LIGHT POLES, DOORWAYS, CAR, FURNITURE, ETC) | 67. DISTANCE BETWEEN INVOLVED MEMBER & OFFENDER WHEN FIRST SHOT WAS FIRED |
|---|---|
| NONE | ☐ 01 0 - 05 FT.  ☐ 02 05 - 10 FT.  ☒ 03 10 - 15 FT.  ☐ 04 OVER 15 FT. |

| 68. PERSON/OBJECT STRUCK AS RESULT OF THE DISCHARGE OF MEMBERS WEAPON | 69. POSITION OF MEMBER DISCHARGING WEAPON |
|---|---|
| ☒ 01 PERSON  ☐ 02 OBJECT  ☐ 03 BOTH  ☐ 04 UNKNOWN | ☒ 01 STANDING  ☐ 02 LYING DOWN  ☐ 03 SITTING  ☐ 04 KNEELING  ☐ 05 OTHER (SPECIFY) |

## 72. CASE INFO

| NOTIFICATIONS (OC OR TASER INCIDENT): | ☐ OEMC  ☒ DESK SGT.& W.C./DIST. OF OCCUR. | | |
|---|---|---|---|
| NOTIFICATIONS (FIREARM INCIDENT): | ☒ OEMC  ☒ DESK SGT.& W.C./DIST. OF OCCUR. | ☒ OP COMMAND | ☒ DET. DIV. |

Members will ensure that all required notifications and all witnesses to this use of force are documented in the appropriate case report.

70. EVENT NO. 13007074490
71. R.D. NO. HW108051

## SIGNATURES

| 73. REPORTING MEMBER (Print Name) | STAR/EMPLOYEE NO. | SIGNATURE |
|---|---|---|
| FRY, KEVIN S  07-JAN-2013 21:04:06 | 15329  94196 | PC0X062 |

Reviewing supervisor will ensure the legibility and completeness of this report and attest by entering the required information below.

| 74. REVIEWING SUPERVISOR (Print Name) | STAR NO. | SIGNATURE | DATE REVIEWED TIME |
|---|---|---|---|
| RECKARD, JONATHAN C | 1779 | PC0S246 | 07-JAN-2013 21:04:55 |

CPD-11.377 (REV. 10/07)

Chatman v. City, et al., 13 C 5697
FCRL 000247

## WATCH COMMANDER/OCIC REVIEW

THE WATCH COMMANDER WILL COMPLETE THE REVIEW SECTION FOR 1.) ALL INCIDENTS THAT DID NOT INVOLVE THE DISCHARGE OF A FIREARM; 2.) FIREARM DISCHARGE INCIDENTS INVOLVING THE DESTRUCTION OF AN ANIMAL OR; 3.) ACCIDENTAL DISCHARGE OF A FIREARM NOT RESULTING IN AN INJURY TO ANY PERSON.

THE ADS WILL COMPLETE THE REVIEW SECTION FOR ALL INCIDENTS INVOLVING; 1.) THE DISCHARGE OF A FIREARM OR IMPACT MUNITIONS BY OR AT A DEPARTMENT MEMBER EXCEPT FOR AN ANIMAL DESTRUCTION OR AN ACCIDENTAL DISCHARGE THAT DOES NOT RESULT IN AN INJURY TO ANY PERSON; 2.) MEMBER'S USE OF FORCE BY WHATEVER MEANS THAT RESULTS IN THE DEATH OF A PERSON; 3.) ANY LESSER USE OF FORCE BY A DEPARTMENT MEMBER WHEN THAT USE OF FORCE STEMS FROM THE SAME INCIDENT DESCRIBED HERE IN 1 OR 2.

**75. SUBJECT'S STATEMENT REGARDING THE USE OF FORCE** — [ ] DNA  [ ] REFUSED  [X] UNABLE TO INTERVIEW (Specify Reason)

Subject was fatally wounded

**76. WATCH COMMANDER/OCIC RATIONALE FOR BOX 77 FINDING**

Log # 1059373  U# 13-002  Based upon all information known to me at this time, I have concluded that P.O. Fry's actions were in compliance with Department procedures and directives.

**77. WATCH COMMANDER/OCIC FINDING BASED UPON CURRENTLY AVAILABLE INFORMATION:**

[X] I HAVE CONCLUDED THAT THE MEMBER'S ACTIONS WERE IN COMPLIANCE WITH DEPARTMENT PROCEDURES AND DIRECTIVES.

[ ] I HAVE CONCLUDED THAT FURTHER INVESTIGATION IS REQUIRED.

LOG NO./CRNO _____ OBTAINED

| 78. WATCH COMMANDER/OCIC (Print Name) | SIGNATURE | DATE COMPLETED  TIME |
|---|---|---|
| GULLIFORD, WAYNE M | PC0N966 | 07-JAN-2013 21:19:01 |

**79. DISTRIBUTION OF ORIGINAL TRR:**

A TRR PACKET, INCLUDING THE TRR AND COPIES OF THE BELOW LISTED ATTACHMENTS WILL BE FORWARDED TO THE OFFICE OF PROFESSIONAL STANDARDS.

ATTACHMENTS - PHOTOCOPIES OF:
- [ ] SUPPLEMENTARY REPORT
- [ ] CASE REPORT
- [X] OFFICER BATTERY REPORT
- [ ] ARREST REPORT
- [ ] TO-FROM-SUBJECT REPORTS FROM DEPARTMENT WITNESS(ES)
- [ ] I.O.D. REPORT
- [ ] CR INITIATION REPORT

**80. TOTAL TRR's THIS EVENT No.** 2

Confidential Pursuant to Protective Order Entered in 13 C 5697

Chatman v. City, et al., 13 C 5697
FCRL 000248

# EXHIBIT I

# OFFICER'S BATTERY REPORT
## CHICAGO POLICE DEPARTMENT

RD NO **HW108051**

INSTRUCTIONS: This form is to be completed for all incidents when: (1) a sworn member is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while performing a police function either on-duty or off-duty, (2) a detention aide is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while in the performance of his or her duties.

"X APPLICABLE BOXES"

## OFFICER INFORMATION

| NAME (LAST - FIRST - M.I.) | |
|---|---|
| FRY, KEVIN S. | |
| STAR NO. 15329 | POSITION: POLICE OFFICER |
| DATE OF APPOINTMENT 29-SEP-2003 | EMPLOYEE NO. 94196 |
| UNIT OF ASSIGNMENT 004 | BEAT/CALL NO. 0463E |

| SEX | RACE | DOB |
|---|---|---|
| ☒ 1. M  ☐ 2. F | WHITE | REDACTED |

| HEIGHT | WEIGHT |
|---|---|
| 509 | 170 |

### TYPE OF ASSIGNMENT WHEN BATTERY OCCURRED

☒ 1. ON DUTY
- ☐ A. UNIFORM, PATROL DUTY
- ☐ B. UNIFORM, OTHER DUTY  Describe _____
- ☒ C. CITIZEN'S DRESS
- ☐ D. TACTICAL
- ☐ E. B.I.S. UNIT
- ☐ F. SPECIAL EMPLOYMENT
- ☐ G. OTHER _____

WORKING:
- ☐ A. ALONE
- ☒ B. WITH ONE PARTNER
- ☐ C. WITH MULTIPLE PARTNERS  How many? ____

PATROL TYPE:
- ☒ A. SQUAD CAR
- ☐ B. FOOT
- ☐ C. BICYCLE
- ☐ D. APV/MOTORCYCLE
- ☐ E. SQUADROL
- ☐ F. OTHER _____

☐ 2. OFF DUTY
☐ 3. SPECIAL EMPLOYMENT
☐ 4. SECONDARY / OTHER

### TYPE OF ACTIVITY

- ☐ A. AMBUSH - NO WARNING
- ☐ B. TRAFFIC STOP/PURSUIT
- ☐ C. INVESTIGATING SUSPICIOUS PERSON
- ☐ D. DISTURBANCE - DOMESTIC
- ☐ E. DISTURBANCE - MENTAL PATIENT
- ☐ F. DISTURBANCE - RIOT/MOB ACTION/CIVIL DISORDER
- ☐ G. DISTURBANCE - OTHER
- ☐ H. MAN WITH A GUN
- ☒ I. PURSUING/ARRESTING OFFENDER (Specify)
  CHARGE 720 ILCS 5.0/18-3-A-VEHICULAR HIJACKING
  IUCR CODE ROBBERY - VEHICULAR HIJACKING
- ☐ J. PROCESSING/TRANSPORTING/GUARDING A PRISONER (Specify)
  ORIGINAL CHARGE _____ ORIGINAL IUCR CODE _____
- ☐ K. OTHER

### TYPE OF INJURY TO OFFICER

- ☐ A. FATAL
- ☐ B. NON-FATAL - MAJOR INJURY (Broken Bones/Serious Lacerations/Internal Injuries)
- ☐ C. NON-FATAL - MINOR INJURY (Bruises/Swelling/Minor Abrasions)
- ☒ D. NONE APPARENT/NONE

### LIGHTING CONDITIONS AT INCIDENT

- ☒ A. DAYLIGHT
- ☐ B. NIGHT
- ☐ C. DAWN
- ☐ D. DUSK
- ☐ E. ARTIFICIAL LIGHT
  - ☐ 1. POOR
  - ☐ 2. GOOD

## INCIDENT INFORMATION

☐ 1. INDOOR   ☒ 2. OUTDOOR

ADDRESS OF OCCURRENCE: 2005 E 75TH ST

| CITY | ☒ CHICAGO | STATE (If outside Chicago) |
|---|---|---|

| LOCATION CODE | BEAT OF OCCURRENCE |
|---|---|
| 304-STREET | 0414 |

| DATE OF OCCURRENCE | TIME | DAY OF WEEK |
|---|---|---|
| 07-JAN-2013 | 13:46:00 | MONDAY |

NO. OF OFFICERS BATTERED __2__

WERE THERE ASSISTING UNITS ON SCENE? 1. ☐ YES  2. ☒ NO
IF YES HOW MANY ASSISTING OFFICERS WERE PRESENT AT TIME BATTERY (EXCLUDING YOU OR YOUR PARTNERS)? ____

### MANNER OF ATTACK

- ☐ 01. SHOT
- ☐ 02. SHOT AT
- ☐ 03. STABBED/CUT (INCLUDING ACTUAL ATTEMPT)
- ☐ 04. STRUCK/BLUNT FORCE (INCLUDING ACTUAL ATTEMPT)
- ☒ 05. OTHER (INCLUDING VERBAL THREATS)

### TYPE OF WEAPON/THREAT

(Check all that apply):
- ☐ A. FIREARM CALIBER _____
  - ☐ 1. REVOLVER
  - ☐ 2. SEMI-AUTOMATIC
  - ☐ 3. RIFLE
  - ☐ 4. SHOTGUN
- ☐ D. HANDS/FISTS
- ☐ E. FEET
- ☐ F. MOUTH (SPIT, BITE, ETC.)
- ☐ G. VERBAL THREAT (ASSAULT)
- ☒ H. OTHER (SPECIFY) /SMALL BLACK OBJECT/SEE COMMENTS
- ☐ B. VEHICLE
  - ☐ 1. OFFICER STRUCK WITH VEHICLE
  - ☐ 2. ATTEMPTED TO STRIKE OFFICER WITH VEHICLE
- ☐ C. KNIFE/OTHER CUTTING INSTRUMENT
- ☐ I. BLUNT INSTRUMENT

FIREARM USE INFORMATION (Check all that apply):
- ☐ A. OFFICER AT GUNPOINT
- ☐ B. OFFICER'S OWN WEAPON OBTAINED
- ☐ C. ATTEMPTED TO OBTAIN OFFICER'S OWN WEAPON

### OFFENDER INFORMATION

| SEX | RACE | DOB |
|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] |

| CB NO. | IR NO. |
|---|---|

WAS THE OFFENDER'S ACTIVITY:

| DRUG RELATED? | GANG RELATED? |
|---|---|
| ☐ 1. YES | ☐ 1. YES |
| ☒ 2. NO | ☒ 2. NO |
| ☐ 3. UNKNOWN | ☐ 3. UNKNOWN |

NO. OF OFFENDERS PRESENT? __1__

### WEATHER CONDITIONS

- ☒ A. CLEAR
- ☐ B. RAIN
- ☐ C. SNOW
- ☐ D. FOG / SMOKE / HAZE
- ☐ E. SLEET / HAIL
- ☐ F. SEVERE CROSS WIND
- ☐ G. OTHER

APPROXIMATE OUTDOOR TEMPERATURE: __38 °F__

CPD-11.451 (REV. 1/04)



Chatman v. City, et al., 13 C 5697
FCRL 000243

Unusual Circumstances Regarding Officer Control Tactics and Safety: (If you need more space use additional sheets).

**SUBJECT BEGAN TO TURN TOWARDS R/O AND HIS PARTNER, P.O. TOTH, WHILE HOLDING AN OBJECT BELIEVED TO BE A FIREARM. R/O, IN FEAR OF P.O. TOTH'S LIFE, DISCHARGED FIREARM AT SUBJECT.**

| REPORTING MEMBER - SIGNATURE<br>FRY, KEVIN S | STAR NO.<br>15329<br>PC0X062 | WATCH COMMANDER /UNIT COMMANDING OFFICER- SIGNATURE<br>GULLIFORD, WAYNE M | STAR NO.<br>683<br>PC0N966 |
|---|---|---|---|

CPD-11.451 (REV. 1/04)

Chatman v. City, et al., 13 C 5697
FCRL 000244

# EXHIBIT J

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

February 22, 2013

Hiram Grau
*Director*

**LABORATORY REPORT**

DET. PATRICK K. HACKETT #20158
CHICAGO PD UNIT 620
DETECTIVE DIVISION, AREA 2
727 EAST 111TH STREET
CHICAGO IL 60628

Laboratory Case #C13-002396
RD #HW108051

OFFENSE: Robbery
SUSPECTS: Cedrick Chatman/Akeem Clarke/Martel Odom
VICTIMS: Kevin Fry/Lashawn Livingston/Christopher M. Rankins/L. Toth

The following evidence was received by the Forensic Science Center at Chicago on January 17, 2013:
**Inventory# 12802687**

| **EXHIBIT** | **ITEM SUBMITTED** | **FINDINGS** |
|---|---|---|
| 1 | One fired bullet | Exhibit #1 is a 45 caliber bullet exhibiting six land and groove impressions with a left hand twist. Exhibit #1 could not be identified or eliminated as having been fired from the same firearm as Exhibit #4. Exhibits #1 and #4 could not be identified or eliminated as having been fired from Exhibit #5. |

The following evidence was received by the Forensic Science Center at Chicago on January 17, 2013:
**Inventory# 12802481**

| **EXHIBIT** | **ITEM SUBMITTED** | **FINDINGS** |
|---|---|---|
| 2 | Three Hornady brand 45 Auto +P caliber fired cartridge cases | The cartridge cases in Exhibit #2 and Exhibit #3 were identified as fired in Exhibit #5. |
| 3 | One Hornady brand 45 Auto +P caliber fired cartridge case | See Exhibit #2 for findings. |

**Chatman v. City, et al., 13 C 5697
FCRL 000667**

The following evidence was received by the Forensic Science Center at Chicago on January 17, 2013:
**Inventory# 12802496**

| EXHIBIT | ITEM SUBMITTED | FINDINGS |
|---|---|---|
| 4 | One fired jacket fragment | Exhibit #4 is of 45 caliber exhibiting six land and groove impressions with a left hand twist. See findings for Exhibit #1. |

The following evidence was received by the Forensic Science Center at Chicago on January 17, 2013:
**Inventory# 12802860**

| EXHIBIT | ITEM SUBMITTED | FINDINGS |
|---|---|---|
| 5 | Sig Sauer, model P220, 45 Auto caliber semiautomatic pistol, serial #G 358 342 | Exhibit #5 was examined, found to be in firing condition and test fired. Exhibit #5 displays rifling characteristics of six lands and grooves with a left hand twist. |
| 6 | One detachable box magazine | Exhibit #6 was used to test fire Exhibit #5. |
| 7 | Five Hornady brand 45 Auto +P caliber unfired cartridges | The unfired cartridges in Exhibit #7 were examined for caliber and type. |

**EVIDENCE DISPOSITION:**
If you have any questions regarding this report, please feel free to call me.

Any analysis conducted is accredited under the laboratory's ISO/IEC 17025 accreditation issued by ANSI-ASQ National Accreditation Board/FQS. Refer to certificate #AT-1697 and associated Scope of Accreditation.

Respectfully submitted,

*Jennifer R. Sher*

Jennifer R. Sher
Forensic Scientist

cc: INDEPENDENT POLICE REVIEW AUTHORITY