# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LINDA CHATMAN as Special Administrator of the Estate of CEDRICK CHATMAN, deceased | ) ) | 13 CV 5697 |
| Plaintiff, | ) | JUDGE GETTLEMAN |
| vs. | ) ) | |
| CITY OF CHICAGO, LOU TOTH, KEVIN FRY, and others not presently known to Plaintiff. | ) ) ) | **Jury Demand** |
| Defendants. | ) | |

Exhibit Index

| Exhibit 1 | Fry Complaint History –Citizens Police Data Project *Moore v. Smith* 07 CV 5908, Selected members having more than five excessive force complaints |
|---|---|
| Exhibit 2 | Fry Answer to Interrogatories |
| Exhibit 3 | Independent Police Review Authority Report Log 1022335 |
| Exhibit 4 | Summary Report CR 1059198-Eugene Moore |
| Exhibit 5 | Summary Report CR 1052360-James Williams |
| Exhibit 6 | Daniel Nuebeck Deposition, Nov. 14, 2014 |
| Exhibit 7 | Nuebeck Memo, Jan. 8, 2013 |
| Exhibit 8 | Sworn Affidavit, Consent to Record Interview Mar. 1, 2013 |
| Exhibit 9 | Lorenzo Davis Deposition Mar. 4, 2016 (filed under seal) |
| Exhibit 10 | Memo to Scott Ando From Lorenzo Davis, Sept. 12, 2014 |
| Exhibit 11 | Summary Report-First Draft |
| Exbibit 12 | Summary Report –Second Draft |
| Exhibit 13 | Lorenzo Davis News Articles |

| Exhibit 14 | Medical Examiner Case Report Cook County Case No 123 Jan. 2013 |
| --- | --- |
| Exbibit 15 | Camden News Articles |
| Exbibit 16 | TRR-Lou Toth Jan. 7, 2013 |
| Exhibit 17 | Kuykendoll Memo Jan. 8, 2013 |
| | |
| | |
| | |

                                         Respectfully Submitted
                                         _/s/ Mark F. Smolens_____
                                         One of Plaintiffs' Attorneys

MOTTWEILER & SMOLENS
MARK F. SMOLENS #6190482
RICHARD R. MOTTWEILER #3123509
NICOLE L. BARKOWSKI #6295834
1627 Colonial Parkway - Suite 301
Inverness, Il 60067
773 - 580-4982
Ryansomlensjones@hotmail.com

BRIAN W. COFFMAN # 6285942
COFFMAN LAW OFFICES
2615 N. Sheffield Suite #1
Chicago, IL 60614
773-348-1295
bcoffmanlaw@gmail.com