# Exhibit 10

INDEPENDENT POLICE REVIEW AUTHORITY       DATE: 12 SEPTEMBER 2014

TO:         Scott Ando
            Chief Administrator
            Independent Police Review Authority

FROM:       Supervisor Lorenzo Davis #30

SUBJECT:    DISCIPLINARY RECOMMENDATION

REFERENCE:  Complaint Register Number: 1059373

| ACCUSED MEMBER (S) | DISCIPLINARY RECOMMENDATION |
|---|---|
| Kevin Fry, Star #15329, Employee # ▮ | Separation |
|  |  |
|  |  |
|  |  |
|  |  |

COMPLETE BOTTOM PORTION IF RECOMMENDATION IS FOR SEPARATION

Accused stripped of police powers: No

Civil Suit: 13 CV 05697

Tapes on hold: Yes

Criminal Case pending:

  Court Date: _____
  Case Number: _____
  Court Branch and Phone Number: _____

*Lorenzo Davis* #30
Supervisor
Independent Police Review Authority