# Exhibit 13

LIVE ON AIR

DONATE (HTTPS://DONATE.CHI
CONNECT (/CONNECT)

SHOWS A–Z (/SHOWS)

RADIO SCHEDULE (/SCHEDULE)
TOPICS (/TOPICS)

ACCOUNT (HTTPS://WWW.CHICAGOPUBLIC
SEARCH (/SEARCH)

GET THE WBEZ APP

(HTTPS://ITUNES.APPLE.C
MT=8)

(HTTPS://PLAY.GOOGLE.C
ID=COM.WBEZ.APP)

WBEZ News (/shows/wbez-news/87631628-c05e-42ef-bed1-ed8ea9188f6c)
# City fires investigator who found cops at fault in shootings
Chip Mitchell (/staff/Chip+Mitchell)
July 20, 2015

PLAY



WBEZ/Chip Mitchell

Lorenzo Davis, 65, was the only supervisor at Chicago's Independent Police Review Authority who resisted orders to change findings about shootings, according to an evaluation by IPRA obtained by WBEZ. Since 2007, IPRA has investigated nearly 400 civilian shootings by officers and found one to be unjustified.

A Chicago investigator who determined that several civilian shootings by police officers were unjustified was fired after resisting orders to reverse those findings, according to internal records of his agency obtained by WBEZ.

More content below this sponsor message

Scott M. Ando, chief administrator of the city's Independent Police Review Authority, informed its staff in a July 9 email that the agency no longer employed supervising investigator Lorenzo Davis, 65, a former Chicago police commander. IPRA investigates police-brutality complaints and recommends any punishment.

Davis's termination came less than two weeks after top IPRA officials, evaluating Davis's job performance, accused him of "a clear bias against the police" and called him "the only supervisor at IPRA who resists making requested changes as directed by management in order to reflect the correct finding with respect to OIS," as officer-involved shootings are known in the agency.

Since its 2007 creation, IPRA has investigated nearly 400 civilian shootings by police and found one to be unjustified.

WBEZ asked to interview Ando, promoted last year by Mayor Rahm Emanuel to head the agency. The station also sent Ando's spokesman questions about sticking points between IPRA investigators and managers, about the agency's process for overturning investigative findings, and about the reasons the agency had reversed many of Davis's findings.

The spokesman said there would be no interview and sent this statement: "This is a personnel matter that would be inappropriate to address through the media, though the allegations are baseless and without merit. IPRA is committed to conducting fair, unbiased, objective, thorough and timely investigations of allegations of police misconduct and officer-involved shootings."

The performance evaluation covered 19 months and concluded that Davis "displays a complete lack of objectivity combined with a clear bias against the police in spite of his own lengthy police career."

Davis served in the police department for 23 years. As a commander, he headed detective units, the department's Austin district and, finally, its public-housing unit. He retired from the department in 2004.

▲ LISTEN: *Lorenzo Davis told host Melba Lara in a July 22 interview that he hopes there is a federal investigation into his claims about the Independent Police Review Authority.*

"I did not like the direction the police department had taken," Davis said. "It appeared that officers were doing whatever they wanted to do. The discipline was no longer there."

After leaving the department, Davis says, he kept thinking about police conduct, especially shootings. Davis, who had a law degree, says he wondered how often the officers really faced life-threatening dangers that would justify deadly force.

"If there are a few bad police officers who have committed some shootings that are unnecessary or bad then it erodes the public's confidence in all the other police officers out there," Davis said.

A series of police-conduct scandals, meanwhile, led Mayor Richard M. Daley to move a unit called the Office of Professional Standards from the police department to his direct control. He renamed the unit the Independent Police Review Authority.

IPRA hired Davis as an investigator in 2008. Two years later, around the time he completed a master's degree in criminal justice, IPRA promoted him to lead a team of five investigators.

Through most of his IPRA tenure, Davis's performance evaluations showered him with praise. They called him an "effective leader" and "excellent team player."

The final evaluation, issued June 26, said he "is clearly not a team player."

Davis, who earned $93,024 a year in the job, says he applied at different points for higher IPRA posts, including chief administrator. He says getting passed over for them did not affect his performance.

"Things began to turn sour, I would say, within the last year," Davis said. "Chief Administrator Ando began to say that he wanted me to change my findings."

Davis says he helped investigate more than a dozen shootings by police at the agency. He says his superiors had no objections when his team recommended exonerating officers. The objections came, he says, after each finding that a shooting was unjustified. He says there were six of those cases.

"They have shot people dead when they did not have to shoot," Davis said about those officers. "They were not in reasonable fear for their lives. The evidence shows that the officer knew, or should have known, that the person who they shot was not armed or did not pose a threat to them or could have been apprehended by means short of deadly force."

Davis says he can't go into detail about the cases because some are still pending and because the city considers them confidential. Emanuel's office did not respond to WBEZ questions about Davis's termination or about IPRA's record investigating shootings by officers.

Former IPRA Chief Administrator Ilana Rosenzweig, who hired both Ando and Davis before leaving the agency in 2013, declined to comment about the termination.

Anthony Finnell, a former IPRA supervising investigator, says he considers Davis a mentor. He says the two would confer on cases.

"When the investigators would bring cases to us, as supervisors, we would look, first, to see if the officer was justified in his actions," said Finnell, who now heads a police-oversight agency in Oakland, California.

Finnell, who left IPRA last year, says the agency's investigators were better situated than its management to size up a case.

"Many times we would look at the situation and say, 'Well, I don't think that reasoning makes sense or that officer is not being as truthful as I think he should be,' " Finnell said. "In fact, many times we may have thought they had lied."

Finnell, who worked at IPRA only 15 months, says he was never asked to change findings. If he had been, he says, he would have followed Davis's example.

"As an investigator," Finnell said, "I wouldn't just change findings because someone told me to."

*Chip Mitchell (http://www.wbez.org/users/cmitchell-0) is WBEZ's West Side bureau reporter. Follow him on Twitter @ChipMitchell1 (https://twitter.com/ChipMitchell1) and @WBEZoutloud (https://twitter.com/WBEZoutloud), and connect with him through Facebook (https://www.facebook.com/chipmitchell1), Google+ (https://plus.google.com/111079509307132701769) and LinkedIn (http://www.linkedin.com/in/ChipMitchell1).*

#INDEPENDENT POLICE REVIEW AUTHORITY (/TAGS/INDEPENDENT%20POLICE%20REVIEW%20AUTHORITY)   #CHICAGO POLICE (/TAGS/CHICAGO%20POLICE)
#POLICE BRUTALITY (/TAGS/POLICE%20BRUTALITY)   #POLICE SHOOTINGS (/TAGS/POLICE%20SHOOTINGS)

(mailto:?to=&subject=City%20fires%20investigator%20who%20found%20cops%20at%20fault%20in%20shootings&body=I found this on WBEZ.org and wanted to share it with you. https%3A%2F%2Fwww.wbez.org%2Fshows%2Fwbez-news%2Fcity-fires-investigator-who-found-cops-at-fault-in-shootings%2F6a52d0e7-5100-475f-ad5b-fec99cbdc459%2F#.dc459%3EEmail%26utm_medium%3DWeb-Share)

(https://twitter.com/share?url=https%3A%2F%2Fwww.wbez.org%2Fshows%2Fwbez-news%2Fcity-fires-investigator-who-found-cops-at-fault-in-shootings%2F6a52d0e7-5100-475f-ad5b-fec99cbdc459%3Futm_source%3DTwitter%26utm_medium%3DWeb-Share&text=Lorenzo%20Davis%20was%20the%20only%20supervisor%20at%20the%20Independent%20Police%20Review%20Authority%20who%20resisted%20orders%20to%20chang…)

91.5 CHICAGO (/)

SHOWS A–Z (/SHOWS)

RADIO SCHEDULE (/SCHEDULE)

TOPICS (/TOPICS)

VOCALO (/SCHEDULE#VOCALO)

ABOUT US (HTTPS://WWW.CHICAGOPUBLICMEDIA.ORG/ABOUT/MISSION)
Careers (https://www.chicagopublicmedia.org/careers)
Staff (/staff)
Become a Sponsor (https://www.chicagopublicmedia.org/content/contact-us-about-sponsorship-0)
The Sounding Board (https://www.chicagopublicmedia.org/page/community-advisory-council)
Contact Us (https://www.chicagopublicmedia.org/contact)

CONNECT (/CONNECT)
Sign Up for our Newsletter (/connect)
Volunteer (/connect#volunteer)
Donate Your Car (/connect#donate-your-car)
Manage Your Account (https://www.chicagopublicmedia.org/members/login)

https://www.wbez.org/shows/wbez-news/city-fires-investigator-who-found-cops-at-fault-in-shootings/6a52d0e7-5100-475f-ad5b-fec99cbdc459   2/3

Donate ♥ (https://donate.chicagopublicmedia.org/give/wbez/?utm_campaign=WEB_Footer_Donate&utm_medium=web&utm_source=wbez.org)

**EVENTS (/EVENTS)**

Events Calendar (/events)

Wait, Wait Don't Tell Me Tickets (/events/wait-wait-dont-tell-me-tickets)

**GET THE WBEZ APP**
Download the best live and on-demand public radio experience. Find out more (/mobileapps).

Available on the App Store (https://itunes.apple.com/us/app/wbez/id508147203?mt=8)    Get it on Google play (https://play.google.com/store/apps/details?id=com.wbez.app)

**BE INFORMED**
Stay up-to-date with the latest news, stories and insider events from WBEZ.

Your email address

SIGN ME UP!

SUPPORTED BY

Copyright 2016    Privacy Policy (https://www.chicagopublicmedia.org/page/privacy-policy)    Terms of Use (https://www.chicagopublicmedia.org/page/terms-use)

Chicago   SIGN UP FOR NEWSLETTERS                    CBS Local Rewards  11   Log In   Register   Search


  

47°

FOLLOW US

| Home | News | Sports | Health | Audio | Video | Best Of | Events | Traffic | Weather | Contests | Directory | Travel | Deals | Circulars | Autos |

| Local | Investigative | Politics | Business | health | Consumer | Entertainment | National | World | Photos |



# Investigator Claims IPRA Fired Him For Refusal To Change Findings In Police Shootings

July 20, 2015 5:16 PM   **By Dorothy Tucker**

**Filed Under:** Chicago Police, Dorothy Tucker, Independent Police Review Authority, Lorenzo Davis, Police-Involved Shooting



11

**CHICAGO (CBS)** — Since 2007, there have been 400 officer-involved shootings and only one was ruled unjustified by the Independent Police Review Authority.

There might have been more, but when one investigator tried to blame cops for shooting civilians, he says he was fired. CBS 2's Dorothy Tucker talked to him.

When a Chicago police officer shoots a civilian, the Independent Police Review Authority investigates to determine if the shooting was justified.

Lorenzo Davis is a former supervising investigator for the board. He says he was fired eleven days ago for refusing to change his findings on six shootings.

"I have done interviews or canvasses," he said. "I've looked for witnesses."

He concluded all six officers were unjustified in pulling their triggers.

"You cannot shoot someone because they did not obey your order," Davis said.

Davis, a former Chicago Police commander, says he received good reviews until last year, when bosses concluded he had "a clear bias against the police."

"Morally, I cannot change if," he said. "Morally, I can't do it. "

Ironically, when the Independent Police Review Board was created in 2007, it was in response to accusations that the old board, which was controlled by the police, was unfair to citizens. Davis says this board is no better.

**LISTEN LIVE**

**FOLLOW US ON**

✉ Sign Up for Newsletters




**PROMOTED STORIES**                         Recommended by

  47 Rare Photos From The Past That The News Wasn't Allowed To Show
Sponsored by dailybanana...

  3 Dead in Murder-Suicide Near SUNY Geneseo
Sponsored by The New Yo...

  Seven Inmates Have a Secret... They're Not Criminals. Watch a First Look of A&E's 60 Days In
Sponsored by The Huffingt...

"To me they have a hidden agenda, one that I don't know about, to decide that virtually all police shootings are justified," Davis said. "That logically cannot be."

As for those six cases that Davis ruled unjustifiable, they're all in limbo now. Any or all could be changed to justifiable.

IPRA declined to comment about Davis's allegations, except to say the investigative process is extensive and involves checks and balances.

"IPRA is committed to conducting fair, unbiased, objective, thorough and timely investigations of allegations of police misconduct and officer-involved shootings," an official tells WBBM Newsradio.

**Dorothy Tucker**
Follow @dmtuckerCBS2

Dorothy Tucker has served as a reporter for CBS 2 Chicago since 1984. Currently she reports for the station's 5:00 PM, 6:00 PM and 10:00 PM weekday newscasts. Tucker also serves as the station's consumer reporter, covering issues and trends to help...
**More from Dorothy Tucker**



SPONSORED CONTENT
**Mortgage rates fall to new low - 3.01% APR**
$225K for $948/mo. No points. Get multiple mortgage offers in minutes. Can't hurt to look. It's free
*Promoted by LendingTree.com*

## Promoted Stories


**You Will Not Believe How Hot Tom Brady's Wife Is**
(Grizly)


**15 Of The Wealthiest NFL Quarterbacks Of All Time**
(Today's Lifestyle CMD)


**The Best College In Every State**
(Forbes)

### More Promoted Stories

- Broke & Bankrupt: 20 NFL Stars That Lost It All *(Comments for)*
- Lawsuits That Made No Sense *(Kind Of Viral)*
- The Cameraman Just Kept Recording *(Resharable.org)*
- The Best NFL Linebackers Ever: Top 15 *(Today's Lifestyle)*
- Dumbest Athlete Purchases In History *(Sports Chew)*
- 10 Richest Football Players of All Time *(Buzz Sources)*

### We Recommend

- TV Host Erin Andrews Says She'll Never Get Over Nude Videos
- 84 Lumber Offering DIY 'Mini Homes'-- Starting At $7,000
- Report: Bears, Martellus Bennett Working Together On Trade
- Bernstein: Lovie Smith Breaks Barrier At Illinois
- Racial Chants Erupt At Basketball Game Between Two Catholic Schools
- 2 Investigators: The Dangers Of 'Keyless' Cars

Recommended by

---

YOU CAN'T BUILD THE HOTEL OF TOMORROW

COMCAST **B4B** BUILT FOR BUSINESS

**MORE NEWS**


CPS Sues Byrd-Bennett, SUPES Academy For $65 Million


Teachers Union Calls On Chicagoans To "Shut It Down" On April 1


Garry McCarthy Makes First Public Comments Since Firing In Wake Of Laquan McDonald...

Powered by CBSRCO