Exhibit 14

# FORENSIC INSTITUTE
## MEDICAL EXAMINER CASE REPORT COOK COUNTY     CASE NO   123 January 2013

| DECEASED | AGE | SEX | RACE | ADDRESS | Unknown | | |
|---|---|---|---|---|---|---|---|
| Unknown | Late Teens | Male | Black | CITY | | STATE | ZIP |

| DOB | N/A | PHOTOS | 0 | TELEPHONE | N/A | | |
|---|---|---|---|---|---|---|---|
| | | | | TYPE OF INVESTIGATION | | | |
| SOCIAL SECURITY | N/A | | | SCENE    TELEPHONE  X   F.H.    HOSP ☐ | | | |

**ADDRESS OF OCCURRENCE**  7548 South Kingston
CITY  Chicago  STATE  IL  COUNTY  Cook  ZIP  60649
**TYPE OF PREMISES WHERE FOUND**  Outdoors / Street

**TIME/DATE FOUND**  1400 Hours / 7 January 2013
**POLICE REPORT NUMBER**  HW 108-051

**PERSON DISCOVERING DECEASED**  Unnamed Chicago Police Officer
**RELATIONSHIP**
**ADDRESS**  Chicago Police Department
CITY  Chicago  STATE  IL  ZIP  0
**PHONE/EXT**  (312) 747-8205

**PERSON(S) INTERVIEWED**  Officer Martinez # 9926
Reporting Officer
Chicago Police Department, Beat 423
(312) 747-8205

| PRONOUNCEMENT | Emergency Room | PHYSICIAN:/INV | HOSPITAL:/SCENE | |
|---|---|---|---|---|
| DATE: 1/7/13 | TIME 1443 Hours | Dr. Malik | Northwestern Memorial Hospital | |

| POLICE NOTIFIED | INSTITUTE NOTIFIED | ASSIGNED | CLOSED |
|---|---|---|---|
| DATE: 7 January 2013 | DATE: 7 January 2013 | DATE: 7 January 2013 | 7 January 2013 |
| TIME: 1400 Hours | TIME: 1745 Hours | TIME: 1800 Hours | 1900 Hours |

**NARRATIVE: DESCRIBE CIRCUMSTANCES SURROUNDING DEATH-PHYSICAL EVIDENCE, ETC.**
**TELEPHONE INVESTIGATION: MULTIPLE GUNSHOT WOUNDS / POLICE SHOOTING**

On 7 January 2013 at 1745 hours, Officer Martinez # 9926 of the Chicago Police Department contacted the Institute to report the death of a black male possibly in his late teens.

On 7 January 2013 at 1400 hours, Chicago Police pulled over a vehicle whose occupants were suspected of being involved in a recent carjacking. According to Officer Martinez, while stopped on the 7500 block of South Kingston, the subject exited the vehicle with a weapon and pointed it at police, who then proceeded to shoot the subject multiple times. Chicago Fire paramedics transported the subject to Northwestern Memorial Hospital, where the subject was pronounced at 1443 hours.

The subject was ordered to the Institute for examination.

_Maria Johnson #73_
REPORTING INVESTIGATOR

_P. Collins #66_
WATCH COMMANDER

SEAL NO.                                                                                     REVISED 3/98 F-647

# FIRST CALL SHEET

**OFFICE OF THE MEDICAL EXAMINER COOK COUNTY** — 1

IDENTIFICATION: ☐ VISUAL ☐ PERSONAL EFFECTS

CASE NO: 123    TIME REC'D: 1745    DATE: 1·7·13
NOTIFIER: Martinez #9926  423    PHONE: (  )
POLICE REPORT NUMBER: HW·108·051    SEAL: #
DECEASED: Unknown    DOB: / /    AGE: 16-19 yrs    SEX: M    RACE: B
ADDRESS / APT NO.:    CITY:    STATE:    ZIP:
TELEPHONE: (  )    SSN:
LOCATION OF OCCURRENCE: 7548 S. Kingston    CITY:
DISCOVERED BY: Police    RELATIONSHIP:    PHONE (  )
ADDRESS / APT NO.:    CITY:    STATE:    ZIP:
TIME DISCOVERED: 1400    DATE DISCOVERED: 1/7/13    AREA DISCOVERED: Laying on the street
NEXT OF KIN:    RELATIONSHIP:
NEXT OF KIN NOTIFIED: Y __ N __ BY:

**FORENSIC INSTITUTE**

MILITARY / VETERAN: Y __ N __ PERTINENT INFO:
TELEPHONE: (  )    ADDRESS:
TRANSPORTED BY: EMS    HOSPITAL: Northwestern
PRONOUNCED: 1443 HRS. DATE: 1/7/13 DR. Malik
MEDICAL HISTORY: GSW to the Body Police shooting
Sub carjacked a vehicle
Sub exited vehicle with gun and pointed
at the police. Police shot subject By
Area South Detective Durkin #21099  525
312·742·8272

LAST SEEN BY PHYSICIAN:
DATE OF LAST PRESCRIPTION / / MEDICATIONS
PHYSICIAN:    ADDRESS:
Will Sign Death Certificate: YES ☐ NO ☐ TELEPHONE: (  )
CAUSE OF DEATH:
PHYSICIAN:    TELEPHONE: (  )
FUNERAL HOME:    ADDRESS:    TELEPHONE: (  )

TRANSPORTED TO INSTITUTE BY: Allied Miller    STAR:    BEAT:
AGENCY OTHER THAN POLICE:
RECEIVED BY: 181 BP    TIME: 1720    DATE: 1/7/13
INVESTIGATOR ASSIGNED: P.C. #66    DATE: / /    TIME: HRS
INFORMATION RECEIVED BY:    DATE: / /    TIME: HRS

F-2972