Exhibit 15

# Teen carjacking suspect fatally shot by cops identified

January 08, 2013 | Staff report

Recommend 46    Tweet



A 17-year-old boy who ran from South Chicago District officers after being stopped on suspicion of carjacking was fatally shot Monday as he fled the stolen car when officers saw he had a "dark object" in his hand, police said.

The man or boy died after being taken to Northwestern Memorial Hospital following the shooting about 1:45 p.m. near 75th Street and Jeffery Boulevard, according to a release from Chicago Police Department News Affairs.



(http://www.trbimg.com/img-50eb6326/turbine/chi-union-man-...

Chicago Police conduct an investigation at the scene of an officer-i...

AVG 2016 AntiVirus

avg.com/Official-Store

100% Secure & Fast Payments. Free 24/7 Phone Support - Buy Now!

The teen was identified Tuesday as Frederick Chatmen of the 7600 block of South Essex Avenue. He was pronounced dead at Northwestern Memorial Hospital at 2:43 p.m., according to the Cook County medical examiner's office.

Officials on Tuesday determined that he died of multiple gunshot wounds, according to the office.

The Independent Police Review Authority on Monday confirmed a police-involved shooting took place about that time. No police officers were injured in the incident, an IPRA spokesman said.

Two South Chicago District tactical officers saw a grey Dodge Charger with Wisconsin plates heading west on 75th Street a little before 1:45 p.m. and checked to see if the car was wanted in any crimes, Chicago Fraternal Order of Police Lodge 7 spokesman Patrick Camden said. The driver appeared to be the only person in the car, and when the search turned up nothing, the officers let the car proceed in traffic without stopping it, Camden said.

Less than a minute later, however, a police radio broadcast alerted the officers to the Charger having been stolen not long before in an armed carjacking, Camden said.

The officers realized "That's the car!" and sped on to where the Charger was stopped in traffic, with vehicles in front and behind, Camden said. The officers got out of the car, one on each side, and told the driver they were police.

The driver raised his left hand but appeared to be reaching for something in the passenger seat, then jumped out and ran, Camden said.

The officers chased the driver, who had a black object in his hand, until he turned toward them and appeared to be pointing the object at the officers, Camden said.

"Believing the dark object to be a firearm and being in fear for (his) life, the officer fired at the offender, wounding him," News Affairs said in the release.

It was not immediately known what the object was, Camden said.

*lford@tribune.com (mailto:lford@tribune.com)*

**Twitter:** *@ltaford (http://twitter.com/ltaford)*



Get Printable Coupons

couponunity.com

Get Your Free Printable Coupons. Fast & Easy Access - Coupon Unity.

**_utm_content=thumbnails-f:Below Article Thumbnails - Archives:)**
**_utm_content=thumbnails-f:Below Article Thumbnails - Archives:)**
**_utm_content=thumbnails-f:Below Article Thumbnails - Archives:)**
**From the Web**

(http://www.nextadvisor.com/blog/2015/12/14/best-credit-cards-for-2016/?kw=tbla_dsk_blsx_bestcc16-2-4&site=tribunedigital-chicagotribune)

NEWSLETTERS | SEND PICS | TIPS

# NBCCHICAGO

Search

HOME | NEWS | OLYMPICS | VIDEO | WEATHER | INVESTIGATIONS | ENTERTAINMENT | SPORTS | CONTESTS | TRAFFIC

LOCAL | U.S. & WORLD | SPORTS | HEALTH | WEATHER | BLOGS: STRIDE | INC WELL | WARD ROOM | MADHOUSE ENFORCER | GRIZZLY DETAIL | OUTSIDE SHOT

HOME > NEWS > LOCAL

# No Weapon Recovered in Fatal Officer-Involved Shooting: FOP

Man shot during traffic stop for suspected carjacking

Tuesday, Jan 8, 2013 | Updated 9:45 PM CST

View Comments () | Email | Print    g+1 0



Officials on the scene of a shooting in the 7500 block of South Jeffery Boulevard

advertisement

**UPDATE: The Cook County Medical Examiner identified the slain male as 17-year-old Cedrick Chatman**

One man was killed Monday in an officer-involved shooting in Chicago's South Shore neighborhood, officials said.

The shooting happened shortly before 2 p.m. during a traffic stop in the 7500 block of South Jeffrey Boulevard, a police spokesman said.

Fraternal Order of Police spokesman Pat Camden said officers ran the plates of a gray Dodge Charger with Wisconsin tags. Shortly thereafter, officers received a call for an armed carjacking.

Believing the carjacked vehicle was the one they just saw -- the check of the vehicle came back clean -- the officers pulled it over, Camden said.

During the stop, one of the people inside the vehicle reached for something, Camden said.

"He leaves the car in gear. The car hits another car in front of him, and he's running. Now the officers are chasing him. The officers sees the object. He hollars at his partner, 'I don't know what it is. He's got something in his hand.' The guy turns. The officer, at that point, in fear of his life, thinking the object could have been a gun, fires and hits the individual,"

One person was shot and taken to Northwestern Memorial Hospital where he later died.

## TOP STORIES

TODAY | MOST WATCHED | MOST EMAILED


**Team USA Men Look for Revenge on Canada in Hockey**


SPONSORED
**Don't Let Joint Pain Slow You Down**


**Judge: Gay Marriages Don't Have to Wait Until June**


**Best of the Sochi Olympics: Day 14**

No weapon was recovered from the incident, Camden said.

The No. J14 Jeffrey Jump and No. 15 Jeffrey Local buses were rerouted during the police investigation, the Chicago Transit Authority said.

 News Works Best When It Finds You. Sign up for news alerts and emails from NBCChicago.com. Choose your desired delivery method and impress your friends with knowledge.

Get the latest headlines sent to your inbox! | EMAIL | **SIGN UP**

Privacy Policy | More Newsletters

### From Around the Web

- Tina Maze Amazes With Second Gold Medal
- Skier Leaves Olympics Over Violence in Ukraine
- Williams, Jones Officially Become Dual Olympians
- U.S. Warship Deployed Near Sochi Runs Aground
- Everything Johnny Weir and Tara Lipinski Packed to Wear On Air at the Winter Olympics
- Bobsled Shocker: Ex-Olympian Calls U.S. Selection "Corrupt," Slams Lolo Jones

### More From NBC Chicago

- Bobsledder Steven Holcomb Calls Out "Scared" Jimmy Fallon Over Chicken Wings Joke
- Kimmel Hoax: Wolf Stalks U.S. Luger Kate Hansen's "Sochi" Hallway
- How an American Snowboarder, And His Wife, Won Olympic Medals for Russia
- Stunning Photo: Ski Cross Ends in Triple Crash Finish
- Patrick Kane Surprises 2nd Graders With Message From Sochi
- Final Stone Secures Britain Bronze in Women's Olympic Curling

[?]

View Comments () | Email | Print

### Leave Comments



| NEWS | LOCAL | PHOTOS AND VIDEOS |
|---|---|---|
| **LOCAL** Homeless Woman Hit by Falling Glass Panel | **LOCAL** Team USA Hockey Acrobatics | **SPORTS** The 8 Most Decorated Winter Olympians |
| **STORIES** Strong Winds Continue Friday | **STORIES** Modified Polar Vortex Returns Next Week | **SPORTS** Ski Style: Best Tricks, Air and More |
| **NATIONAL INTERNATIONAL** Ukraine Protesters Sign Peace Deal... | **WARD ROOM** Judge: Gay Marriages Don't Have to Wait Until... | **SPORTS** Crazy Curling Costumes |

News | Local | Multimedia

| WHAT'S NEW | FOLLOW US | CHECK OUT |
|---|---|---|
|  **Get Our Weather App** Stay ahead of the storm with the NBC... Read more | Sign up to receive news and updates that matter to you. Send Us Your Story Tips | |

| NEWS | WEATHER | ENTERTAINMENT | CONTACT US | TRAFFIC |
|---|---|---|---|---|
| Local | Forecast | Entertainment News | Social Directory | |
| U.S. & World | Maps & Radar | The Scene | About Us | |
| Sports | Weather Alerts | Events | Community | |
| Health | School Closing Alerts | | TV Listings | |
| Weather | Weather News | | Careers | |
| Stride | | | | |
| Inc Well | | | | |
| Ward Room | | | | |
| Madhouse Enforcer | | | | |
| Grizzly Detail | | | | |
| Outside Shot | | | | |

FCC Independent Programming Report
FCC News and Information Programming Report
NBC Non-Profit News Partnership Reports
WMAQ Public Inspection File
21st Century Solutions

Send Feedback | Terms Of Service | Privacy Policy - UPDATED

AdChoices

© 2014 NBCUniversal Media, LLC. All rights reserved. Portions by Broadcast Interactive Media.