Exhibit 16

# TACTICAL RESPONSE REPORT / Chicago Police Department

Confidential Subject to Protective Order Entered in 13 C 5697

## MEMBER INVOLVED

| 1. DATE OF INCIDENT | TIME | 2. ADDRESS OF OCCURRENCE | 3. LOCATION CODE | 4. BEAT/OCCUR |
|---|---|---|---|---|
| 07-JAN-2013 | 13:46:00 | 2005 E 75TH ST CHICAGO, IL 60649 | 304 | 0414 |

| 5. POSITION | 6. LAST NAME | 7. FIRST NAME | 8. STAR NO. | 9. SEX | 10. RACE CODE | 11. AGE | 12. HT. | 13. WT. |
|---|---|---|---|---|---|---|---|---|
| 9161 | TOTH | LOU E | 14630 | ☒ 01 M ☐ 02 F | WHI | REDACTED | 510 | 185 |

| 14. DATE OF APPT. | 15. EMPLOYEE NO. | 16. UNIT & BEAT OF ASSIGNMENT | 17. DUTY STATUS | 18. MEMBER INJURED? | 19. MEMBER IN UNIFORM? |
|---|---|---|---|---|---|
| 11-SEP-2000 | 16663 | 004 0463E | ☒ 01 On ☐ 02 Off | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No |

## SUBJECT INFORMATION

Fields 20-28 redacted (DNA)

| 29. TELEPHONE NO. | 30. WAS SUBJECT ARMED? OTHER (SPECIFY) | 31. SUBJECT INJURED? | 32. SUBJECT ALLEGED INJURY? |
|---|---|---|---|
| | ☒ 01 Yes ☐ 02 No | ☒ 01 Yes ☐ 02 No | ☐ 01 Yes ☒ 02 No |

| 33. WHERE WAS MEDICAL TREATMENT OBTAINED? | 34. BY WHOM? | 35. CONDITION |
|---|---|---|
| NORTHWESTERN MEMORIAL HOSPITAL | DR. SHAPIRO | ☐ 01 Apparently Normal ☐ 02 Under Influence ☒ 03 Hospitalized ☐ 04 Not Hospitalized ☐ 05 Refused Medical Aid |

36. CHARGES PLACED: DNA
37. CB NO.: IR NO.: DNA

## REASON FOR USE OF FORCE (Check all that apply) — 38. DNA

### SUBJECT'S ACTIONS

**PASSIVE RESISTER**
- ☒ DID NOT FOLLOW VERBAL DIRECTION
- ☐ STIFFENED (DEAD WEIGHT)
- ☐ OTHER

**ACTIVE RESISTER**
- ☒ FLED
- ☐ PULLED AWAY
- ☐ OTHER

**ASSAILANT: ASSAULT**
- ☐ IMMINENT THREAT OF BATTERY
- ☐ OTHER

**ASSAILANT: BATTERY**
- ☐ ATTACK WITH WEAPON
- ☐ ATTACK WITHOUT WEAPON
- ☐ OTHER

**ASSAILANT: DEADLY FORCE**
- ☐ USES FORCE LIKELY TO CAUSE DEATH OR GREAT BODILY HARM
- ☐ WEAPON
- OTHER: POINTED OBJECT AT R/O

### MEMBER'S RESPONSE

- ☒ MEMBER PRESENCE
- ☒ VERBAL COMMANDS
- ☐ ESCORT HOLDS
- ☐ WRISTLOCK
- ☐ ARMBAR
- ☐ PRESSURE SENSITIVE AREAS
- ☐ CONTROL INSTRUMENT
- ☐ OC/CHEMICAL WEAPON W/AUTHORIZATION
- ☐ OTHER
- ☐ OPEN HAND STRIKE
- ☐ TAKE DOWN / EMERGENCY HANDCUFFING
- ☐ OC CHEMICAL WEAPON
- ☐ CANINE
- ☐ TASER (Probe Discharge)
- ☐ TASER (Contact Stun)
- ☐ TASER (Laser Targeted)
- ☐ TASER (Spark Displayed)
- ☐ OTHER
- ☐ ELBOW STRIKE
- ☐ CLOSED HAND STRIKE/PUNCH
- ☐ IMPACT WEAPON (Describe in Box 40)
- ☐ KNEE STRIKE
- ☐ KICKS
- ☐ IMPACT MUNITION (Describe in Box 40)
- ☐ OTHER
- ☐ FIREARM
- ☐ OTHER

39. ☒ DNA

* OC/CHEMICAL WEAPON AUTHORIZED BY (NAME):
POSITION: STAR NO.: UNIT:

40. ADDITIONAL INFORMATION:

## WEAPON DISCHARGE INCIDENT

| 41. WEAPON TYPE | 42. INCIDENT OCCURRED | 43. LIGHTING CONDITIONS | 44. WEATHER CONDITIONS |
|---|---|---|---|
| ☐ 01 REVOLVER ☐ 02 RIFLE ☐ 03 SHOTGUN ☐ 04 SEMI-AUTO PISTOL ☐ 05 CHEMICAL WEAPON ☐ 06 TASER (Probe Discharge) ☐ 07 OTHER | ☐ Indoors ☒ Outdoors | ☒ 01 Daylight ☐ 02 Night ☐ 03 Dawn ☐ 04 Dusk ☐ 05 Poor Artificial ☐ 06 Good Artificial | CLEAR |

45. MAKE/MANUFACTURER: 46. MODEL: 47. BARREL LENGTH: 48. CALIBER/GAUGE:
49. TASER DART ID NO.: 50. WEAPON SERIAL No.: 51. CHICAGO GUN REG. NO.: 52. IL FIREARM OWNER ID. NO.: 53. HANDGUN CERTIFICATE NO.:
54. SPECIAL WEAPON CERTIFICATE NO.: 55. PROPERTY INVENTORY NO.: 56. TYPE OF AMMUNITION USED: 57. NO. OF WEAPONS DISCHARGED BY THIS MEMBER: 58. TOTAL NO. OF SHOTS MEMBER FIRED:

| 59. WHO FIRED FIRST SHOT | 60. WAS FIREARM RELOADED DURING INCIDENT | 61. NO OF CARTRIDGES/SHOT SHELLS RELOADED | 62. HOW WAS MEMBER'S HANDGUN WORN |
|---|---|---|---|
| ☐ 01 MEMBER ☐ 02 OFFENDER ☐ 03 OTHER | ☐ 01 YES ☐ 02 NO | | ☐ 01 RT. SIDE (WAIST) ☐ 02 LT. SIDE (WAIST) ☐ 03 OTHER |

63. HOW WAS MEMBER'S HANDGUN DRAWN: ☐ 01 STRONG SIDE DRAW ☐ 02 CROSS DRAW ☐ 03 OTHER
64. SPECIFY METHOD/EQUIPMENT USED TO RELOAD:
65. DID MEMBER USE SIGHTS: ☐ 01 YES ☐ 02 NO

66. DESCRIBE PROTECTIVE COVER USED:
67. DISTANCE BETWEEN INVOLVED MEMBER & OFFENDER WHEN FIRST SHOT WAS FIRED: ☐ 01 0-05 FT. ☐ 02 05-10 FT. ☐ 03 10-15 FT. ☐ 04 OVER 15 FT.
68. PERSON/OBJECT STRUCK AS RESULT OF THE DISCHARGE OF MEMBERS WEAPON: ☐ 01 PERSON ☐ 02 OBJECT ☐ 03 BOTH ☐ 04 UNKNOWN
69. POSITION OF MEMBER DISCHARGING WEAPON: ☐ 01 STANDING ☐ 02 LYING DOWN ☐ 03 SITTING ☐ 04 KNEELING ☐ 05 OTHER

70. EVENT NO.: 1300707490
71. R.D. NO.: HW108051

## CASE INFO — 72.

NOTIFICATIONS (OC OR TASER INCIDENT): ☐ OEMC ☒ DESK SGT. & W.C./DIST. OF OCCUR.
NOTIFICATIONS (FIREARM INCIDENT): ☐ OEMC ☐ DESK SGT. & W.C./DIST. OF OCCUR. ☐ OP COMMAND ☐ DET. DIV.

Members will ensure that all required notifications and all witnesses to this use of force are documented in the appropriate case report.

## SIGNATURES

| 73. REPORTING MEMBER (Print Name) | STAR/EMPLOYEE NO. | SIGNATURE |
|---|---|---|
| TOTH, LOU E 07-JAN-2013 21:06:58 | 14630 16663 | PC0U917 |

Reviewing supervisor will ensure the legibility and completeness of this report and attest by entering the required information below.

| 74. REVIEWING SUPERVISOR (Print Name) | STAR NO. | SIGNATURE | DATE REVIEWED | TIME |
|---|---|---|---|---|
| RECKARD, JONATHAN C | 1779 | PC0S246 | 07-JAN-2013 21:07:49 | |

CPD-11.377 (REV. 10/07)

Chatman v. City, et al., 13 C 5697
FCRL 000249

## WATCH COMMANDER/OCIC REVIEW

THE WATCH COMMANDER WILL COMPLETE THE REVIEW SECTION FOR 1.) ALL INCIDENTS THAT DID NOT INVOLVE THE DISCHARGE OF A FIREARM; 2.) FIREARM DISCHARGE INCIDENTS INVOLVING THE DESTRUCTION OF AN ANIMAL OR; 3.) ACCIDENTAL DISCHARGE OF A FIREARM NOT RESULTING IN AN INJURY TO ANY PERSON.

THE ADS WILL COMPLETE THE REVIEW SECTION FOR ALL INCIDENTS INVOLVING; 1.) THE DISCHARGE OF A FIREARM OR IMPACT MUNITIONS BY OR AT A DEPARTMENT MEMBER EXCEPT FOR AN ANIMAL DESTRUCTION OR AN ACCIDENTAL DISCHARGE THAT DOES NOT RESULT IN AN INJURY TO ANY PERSON; 2.) MEMBER'S USE OF FORCE BY WHATEVER MEANS THAT RESULTS IN THE DEATH OF A PERSON; 3.) ANY LESSER USE OF FORCE BY A DEPARTMENT MEMBER WHEN THAT USE OF FORCE STEMS FROM THE SAME INCIDENT DESCRIBED HERE IN 1 OR 2.

**75. SUBJECT'S STATEMENT REGARDING THE USE OF FORCE** ☐ DNA ☐ REFUSED ☒ UNABLE TO INTERVIEW (Specify Reason)

Subject was fatally wounded.

**76. WATCH COMMANDER/OCIC RATIONALE FOR BOX 77 FINDING**

Log# 1059373   U# 13-002   Officer Toth was the victim of an Aggravated Assault. Officer Toth did not use any force during this incident.

**77. WATCH COMMANDER/OCIC FINDING BASED UPON CURRENTLY AVAILABLE INFORMATION:**

☒ I HAVE CONCLUDED THAT THE MEMBER'S ACTIONS WERE IN COMPLIANCE WITH DEPARTMENT PROCEDURES AND DIRECTIVES.

☐ I HAVE CONCLUDED THAT FURTHER INVESTIGATION IS REQUIRED.

LOG NO./CRNO. _____ OBTAINED

| 78. WATCH COMMANDER/OCIC (Print Name) | SIGNATURE | DATE COMPLETED | TIME |
|---|---|---|---|
| GULLIFORD, WAYNE M | PC0N966 | 07-JAN-2013 | 21:23:43 |

**79. DISTRIBUTION OF ORIGINAL TRR:**

A TRR PACKET, INCLUDING THE TRR AND COPIES OF THE BELOW LISTED ATTACHMENTS WILL BE FORWARDED TO THE OFFICE OF PROFESSIONAL STANDARDS.

ATTACHMENTS - PHOTOCOPIES OF:
- ☐ SUPPLEMENTARY REPORT
- ☐ CASE REPORT
- ☒ OFFICER BATTERY REPORT
- ☐ ARREST REPORT
- ☐ TO-FROM-SUBJECT REPORTS FROM DEPARTMENT WITNESS(ES)
- ☐ I.O.D. REPORT
- ☐ CR INITIATION REPORT

**80. TOTAL TRR's THIS EVENT No.** 2

Confidential Pursuant to Protective Order Entered in 13 C 5697

Chatman v. City, et al., 13 C 5697
FCRL 000250

# OFFICER'S BATTERY REPORT
## CHICAGO POLICE DEPARTMENT

RD NO. **HW108051**

INSTRUCTIONS: This form is to be completed for all incidents when: (1) a sworn member is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while performing a police function either on-duty or off-duty, (2) a detention aide is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while in the performance of his or her duties.

"X APPLICABLE BOXES"

### OFFICER INFORMATION

NAME (LAST - FIRST - M.I.): **TOTH, LOU E**

STAR NO.: **14630**
POSITION: **POLICE OFFICER**
DATE OF APPOINTMENT: **11-SEP-2000**
EMPLOYEE NO.: **16663**
UNIT OF ASSIGNMENT: **004**
BEAT/CALL NO.: **0463E**

SEX: [X] 1. M  [ ] 2. F
RACE: **WHITE**
DOB: REDACTED

HEIGHT: **510**
WEIGHT: **185**

### INCIDENT INFORMATION

[ ] 1. INDOOR  [X] 2. OUTDOOR
ADDRESS OF OCCURRENCE: **2005 E 75TH ST**
CITY: [X] CHICAGO  STATE (If outside Chicago):
LOCATION CODE: **304-STREET**
BEAT OF OCCURRENCE: **0414**
DATE OF OCCURRENCE: **07-JAN-2013**
TIME: **13:46:00**
DAY OF WEEK: **MONDAY**
NO. OF OFFICERS BATTERED: **2**
WERE THERE ASSISTING UNITS ON SCENE? 1. [ ] YES  2. [X] NO
IF YES HOW MANY ASSISTING OFFICERS WERE PRESENT AT TIME BATTERY (EXCLUDING YOU OR YOUR PARTNERS)? ___

### TYPE OF ASSIGNMENT WHEN BATTERY OCCURRED

[X] 1. ON DUTY
- [ ] A. UNIFORM, PATROL DUTY
- [ ] B. UNIFORM, OTHER DUTY  Describe ___
- [X] C. CITIZEN'S DRESS
- [ ] D. TACTICAL
- [ ] E. B.I.S. UNIT
- [ ] F. SPECIAL EMPLOYMENT
- [ ] G. OTHER ___

[ ] 2. OFF DUTY
[ ] 3. SPECIAL EMPLOYMENT
[ ] 4. SECONDARY / OTHER

WORKING:
- [ ] A. ALONE
- [X] B. WITH ONE PARTNER
- [ ] C. WITH MULTIPLE PARTNERS  How many? ___

PATROL TYPE:
- [X] A. SQUAD CAR
- [ ] B. FOOT
- [ ] C. BICYCLE
- [ ] D. APV/MOTORCYCLE
- [ ] E. SQUADROL
- [ ] F. OTHER

### MANNER OF ATTACK

- [ ] 01. SHOT
- [ ] 02. SHOT AT
- [ ] 03. STABBED/CUT (INCLUDING ACTUAL ATTEMPT)
- [ ] 04. STRUCK/BLUNT FORCE (INCLUDING ACTUAL ATTEMPT)
- [X] 05. OTHER (INCLUDING VERBAL THREATS)

### TYPE OF WEAPON/THREAT
(Check all that apply):

- [ ] A. FIREARM CALIBER ___
  - [ ] 1. REVOLVER
  - [ ] 2. SEMI-AUTOMATIC
  - [ ] 3. RIFLE
  - [ ] 4. SHOTGUN
- [ ] B. VEHICLE
  - [ ] 1. OFFICER STRUCK WITH VEHICLE
  - [ ] 2. ATTEMPTED TO STRIKE OFFICER WITH VEHICLE
- [ ] C. KNIFE/OTHER CUTTING INSTRUMENT
- [ ] D. HANDS/FISTS
- [ ] E. FEET
- [ ] F. MOUTH (SPIT, BITE, ETC.)
- [ ] G. VERBAL THREAT (ASSAULT)
- [X] H. OTHER (SPECIFY) **/SMALL BLACK OBJECT/POINTED OBJECT AT R/O**
- [ ] I. BLUNT INSTRUMENT

FIREARM USE INFORMATION (Check all that apply):
- [ ] A. OFFICER AT GUNPOINT
- [ ] B. OFFICER'S OWN WEAPON OBTAINED
- [ ] C. ATTEMPTED TO OBTAIN OFFICER'S OWN WEAPON

### TYPE OF ACTIVITY

- [ ] A. AMBUSH - NO WARNING
- [ ] B. TRAFFIC STOP/PURSUIT
- [ ] C. INVESTIGATING SUSPICIOUS PERSON
- [ ] D. DISTURBANCE - DOMESTIC
- [ ] E. DISTURBANCE - MENTAL PATIENT
- [ ] F. DISTURBANCE - RIOT/MOB ACTION/CIVIL DISORDER
- [ ] G. DISTURBANCE - OTHER
- [ ] H. MAN WITH A GUN
- [X] I. PURSUING/ARRESTING OFFENDER (Specify)
  CHARGE **720 ILCS 5.0/18-3-A-VEHICULAR HIJACKING**
  IUCR CODE **ROBBERY - VEHICULAR HIJACKING**
- [ ] J. PROCESSING/TRANSPORTING/GUARDING A PRISONER (Specify)
  ORIGINAL CHARGE ___  ORIGINAL IUCR CODE ___
- [ ] K. OTHER

### OFFENDER INFORMATION

SEX: REDACTED  RACE: REDACTED  DOB: REDACTED
CB NO.:  IR NO.:

### TYPE OF INJURY TO OFFICER

- [ ] A. FATAL
- [ ] B. NON-FATAL - MAJOR INJURY (Broken Bones/Serious Lacerations/Internal Injuries)
- [ ] C. NON-FATAL - MINOR INJURY (Bruises/Swelling/Minor Abrasions)
- [X] D. NONE APPARENT/NONE

WAS THE OFFENDER'S ACTIVITY:
DRUG RELATED?
- [ ] 1. YES
- [X] 2. NO
- [ ] 3. UNKNOWN

GANG RELATED?
- [ ] 1. YES
- [X] 2. NO
- [ ] 3. UNKNOWN

NO. OF OFFENDERS PRESENT? **1**

### LIGHTING CONDITIONS AT INCIDENT

- [X] A. DAYLIGHT
- [ ] B. NIGHT
- [ ] C. DAWN
- [ ] D. DUSK
- [ ] E. ARTIFICIAL LIGHT
  - [ ] 1. POOR
  - [ ] 2. GOOD

### WEATHER CONDITIONS

- [X] A. CLEAR
- [ ] B. RAIN
- [ ] C. SNOW
- [ ] D. FOG / SMOKE / HAZE
- [ ] E. SLEET / HAIL
- [ ] F. SEVERE CROSS WIND
- [ ] G. OTHER

APPROXIMATE OUTDOOR TEMPERATURE: **38 °F**

CPD-11.451 (REV. 1/04)

Confidential Pursuant to Protective Order Entered in 13 C 5697

Chatman v. City, et al., 13 C 5697
FCRL 000245

Unusual Circumstances Regarding Officer Control Tactics and Safety: (If you need more space use additional sheets).

Confidential Pursuant to Protective Order Entered in 13 C 5697

| REPORTING MEMBER - SIGNATURE | STAR NO. | WATCH COMMANDER /UNIT COMMANDING OFFICER- SIGNATURE | STAR NO. |
|---|---|---|---|
| TOTH, LOU E | 14630 | GULLIFORD, WAYNE M | 683 |
| | PC0U917 | | PC0N966 |

CPD-11.451 (REV. 1/04)

Chatman v. City, et al., 13 C 5697
FCRL 000246