# Exhibit 17

INDEPENDENT POLICE REVIEW AUTHORITY        08 JANUARY 2013
                                           LOG # 1059373

TO:       Administrator, IPRA

FROM:     Investigator A. Kuykendoll, #106

SUBJECT:  Information Regarding Video Footage

  On 08 January 2013, the reporting investigator along with Investigator Richard Delaney and Programmer Analyst Santanu De responded to 2005 E. 75th Street for the purpose of conducting a canvass of the area and the retrieval of video footage from South Shore Food Market, at 7501 South Jeffery and South Shore College Prep, at 1955 E. 75th Street.
  Upon arrival to 7501 South Jeffery the R/I and Programmer Analyst De observed a camera that was affixed over the front entrance door of South Shore Food Market, and a second camera on the southeast wall. There was a POD camera on the northeast corner of 75th and Jeffery, and two cameras affixed on South Shore High School located across the street from 7501 South Jeffery.
  The R/I spoke with ██████████ (██████████ who identified himself as the owner of the building. The R/I requested from ██████ a copy of the video footage from the cameras that were affixed on the building. ██████ stated that he was currently in the basement of the building with CPD personnel who were retrieving the video footage. The R/I and Analyst De relocated to the building basement with Mr. ██████ and where CPD Officer Hurd, #17225 and Information Technician ██████ were standing at a computer. Mr. Rice stated that he is employed with Three Tech Professionals (██████) and was hired by Mr. ██████ to download the cameras video footage. The R/I requested a copy of the video footage from Officer Hurd and Mr. ██████ Mr. ██████ stated that he was currently searching for the video footage and was unable to locate any footage at the present time. The R/I and Analyst De stated that they would wait for the footage and Officer Hurd stated that he could not provide a copy of the footage and that the R/I would have to secure a copy from the Department. The R/I and Analyst De observed no footage displayed on the computer screen.
  IPRA Lead Investigator Roberto Soto was notified of what took place and he spoke with Officer Hurd regarding the video footage. Officer Hurd told Investigator Soto that IPRA would have to secure the video through the Department protocol.
  The R/I and Analyst De relocated to South Shore College Preparatory and spoke with CPS Police Officer Shirley Brown at the school entrance desk regarding the retrieval of video footage from the cameras at the school. Officer Brown contacted CPS Technology Specialist, ██████ of Safety and Security. Mr. ██████ stated that IPRA would have to secure the video footage from the CPS Student Safety Center, 15th floor, at 125 S. Clark. The lead supervisor is ██████ and he can be reached at ██████.

Investigator A. Kuykendoll, #106

APPROVED:
Supervisor, IPRA

1059373
#11