

**City of Chicago**
**Rahm Emanuel, Mayor**

## DEPARTMENT OF LAW

Stephen R. Patton
Corporation Counsel

## Federal Civil Rights Litigation Division

Tiffany Y. Harris
Senior Corporation Counsel

**30 North LaSalle Street**
**Suite 900**
**Chicago, Illinois 60602**
**Phone: (312) 744 7684**
**Fax    : (312) 744 6566**

April 29, 2015

Mark Smolens
Law Office of Mark Smolens
1627 West Colonial Parkway Suite 301
Inverness, IL 60067

Brian Coffman
Coffman Law Offices Ltd.
2615 North Sheffield Avenue
Suite #1
Chicago, IL 60614

Re: *Chatman v. City*   13 C 5697

Dear Counsel,

Please be advised that Emanuel Kapelsohn's fee schedule is as follows:

Mr. Kapelsohn is being compensated for his time at the rate of $325.00 per hour for case preparation, $200.00 per hour for travel, and $3,000.00 per day or part, including up to ten (10) hours for attendance at deposition and trial.

Thank you,

Kind Regards,

/s/ *Tiffany Y. Harris*

Tiffany Y. Harris
Senior Counsel
Attorney for Defendants



# The Peregrine Corporation

Specialists in Defense Dynamics

April 29, 2015

Tiffany Harris, Esq.
Department of Law, City of Chicago
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, IL 60602-2580

Re:     Chatman v. City of Chicago, et al.

Dear Attorney Harris:

I am writing to provide my report in the above-referenced case.

## Preparation to Render Opinion

In preparation, I have reviewed materials you have sent me, including but not limited to Chicago Police Department ("CPD") case report and supplementary reports, Tactical Response Report, Detectives' General Progress Reports, crime scene processing report, autopsy report, autopsy photographs, medical examiner's notes and documents, crime scene photographs, crime scene video, area file, IPRA materials including statement of Officer Toth, Illinois State Police response to subpoena, videos of the incident from a security camera mounted on South Shore High School, from CPD POD camera(s) at the intersection of Jeffery Blvd. and E. 75th Street, and from private video surveillance camera, several still-frame photos produced from one of the videos, interrogatories and responses, and transcripts of depositions of Officer Fry, Officer Toth, Linda Chatman, and Commander Gulliford.

On February 9, 2015, I visited and did a walk-through at the scene of the shooting at Jeffery Blvd. and E. 75th Street with you and CPD Officers Fry and Toth.

In addition, on March 11, 2015, I inspected items of physical evidence at the CPD Evidence and Recovered Property Section ("ERPS"), and inspected, test fired, and did ejection-pattern testing on Officer Fry's Sig Sauer P220 handgun.

In addition, on April 28, 2015, I had a brief telephone conversation with Officer Fry in which you were also on the line, to confirm that my understanding of several details was correct.

1

**Qualifications to Render Opinion**

I also rely on over 56 years of experience with firearms, including 35 years as a professional firearms and use of force instructor. During that time, I have trained and certified firearms, tactics and use of force instructors and police armorers for major law enforcement agencies. Those agencies have included the New York State Police, Oregon State Police, Louisiana State Police, Missouri Highway Patrol, Washington, D.C. Metropolitan Police, Tennessee Bureau of Investigation, North Carolina Justice Academy, Massachusetts Metropolitan Police, Calgary Police Service Tactical Unit, Toronto Police Emergency Task Force and Dignitary Protection Unit, San Francisco Sheriff's Office, Salt Lake County Sheriff's Office, and the Police Departments of Philadelphia, Baltimore, Trenton, Jersey City, Atlantic City, Miami, Jacksonville, St. Petersburg, Seattle, Tacoma, Dallas, Phoenix, and many others. I have taught police tactics and use of force to all levels of criminal justice system professionals, including academy recruits, in-service police officers, law enforcement instructors, tactical teams, federal agency instructors and senior instructors, attorneys, judges and prosecutors, and students in the Criminal Justice Department at Indiana University.

I have served on the Pennsylvania Municipal Police Officers Education & Training Commission ("MPOETC") Curriculum Development Committee that wrote the basic police academy curriculum on firearms and use of force used to train police officers in all police academies throughout the Commonwealth of Pennsylvania for the past 14 years. I am currently working with the MPOETC on the revisions to that curriculum that are now being implemented statewide.

I am certified in shooting scene reconstruction, and have for years regularly testified in state and federal courts on shooting scene reconstructions, ballistics, and related issues. My work as an expert witness has included wound ballistics, which deals with the physiological damage caused by projectiles.

I am also certified as a force science analyst, and I have regularly testified in courts for many years on force science issues. The field of force science is the application of scientific principles, research and testing to confrontations in which force is used by police officers or others. Force science involves such things as an individual's perception and evaluation of deadly threats, human factors such as reaction time, the speed with which one can cover a certain distance on foot, turn, draw and/or fire a gun, the speed at which multiple shots can be fired, the relative speed of one individual's action vs. another individual's reaction thereto, and the perceptual and physiological changes commonly experienced by individuals during high-stress use of force confrontations, sometimes described as part of the "fight or flight" or "adrenalin dump" response.

Since 1984 I have served as an expert in roughly 300 cases, and have testified over fifty (50) times in state and federal courts throughout the United States, as well as before grand juries, administrative tribunals including the U.S. General Accounting Office ("GAO"), and before both Houses of Congress. My expert witness clients have included the U.S. Department of Justice, the Department of Energy, the Department of the Army, the Judge Advocate General's Corps in

a court martial at Andrews Air Force Base, the Cities of New York, Chicago, San Diego, Pittsburgh, Nashville, Bridgeport, Atlantic City, Newark, and Camden; Palm Beach County (FL) and Pima County (Tucson, AZ); the Milwaukee District Attorney's Office and several other district attorneys and prosecutors; and the Attorneys General of Pennsylvania, Georgia, Delaware, South Dakota, and Wyoming, among others. I do not always testify in favor of the police; I have also worked as an expert against the police, and testified against the police, in many cases, including ones in which I believe that improper or negligent behavior by the police has resulted in harm to innocent individuals. In some cases, I have testified for criminal defendants in the same counties in which I have worked as a prosecution witness in other cases. I have worked and/or testified both for and against the City of New York, both for and against the City and County of Camden, New Jersey, both for and against Atlantic County, New Jersey, both for and against the Commonwealth of Pennsylvania, both for and against firearms manufacturers, both for and against holster manufacturers, and both for and against the owners of shooting ranges. I have testified in state courts in Connecticut, New York, New Jersey, Pennsylvania, Maryland, Tennessee, Georgia, Florida, Wisconsin, Michigan, Arizona, and California, and in federal courts in Connecticut, New York, New Jersey, Pennsylvania, Oregon, and Tennessee. I have never failed to be qualified (accepted) as an expert witness in any trial in which I have been proffered for that purpose.

Further details of my education, training, experience, and qualifications are contained in my curriculum vitae, provided separately.

## The Incident.

The incident occurred in the early afternoon of January 7, 2013. It began with a robbery and the carjacking of a silver-colored 2007 4-door Dodge Charger. The victims who were robbed and whose car was taken were Christopher Rankins and Lashawn Livingston. Ms. Livingston's jacket and shoes were stolen, as well as cash currency, and a new-in-the-box black Apple "iphone 5." Not long afterwards, the carjacked Dodge Charger was observed by Chicago Police traveling westbound on 75th Street. CPD Officers Toth and Fry, who were riding together in a CPD vehicle, recognized the Charger based on a police radio broadcast as the vehicle that had been carjacked, and attempted to stop it at the intersection of E. 75th Street and Jeffery Boulevard. As recounted by the two officers, and as generally supported by the video evidence of the scene, what occurred next was as follows:

Pulling up alongside the right side of the Charger and about half a car-length forward of it where it had stopped for the light at Jeffery Blvd., the officers got out of their police car. Officer Toth, who had been driving the police car, exited from the driver's door of the police car, and with his handgun drawn, crossed in front of the Charger. Officer Toth ordered the driver of the Charger, who was its only occupant at that time, to show his hands. Officer Toth saw the driver reach down, apparently to access something below where the officer could see. As Officer Toth approached the driver's door of the Charger, the Charger's driver quickly opened the door of the Charger, jumped out, and ran eastward, away from Officer Toth, with Toth in pursuit on foot. The suspect, now known to be Cedrick Chatman, then ran between two cars parked along the

3

south curb of E. 75th Street, and changed direction to run west on the sidewalk, toward the intersection of E. 75th and Jeffery Blvd. Officer Toth was running behind him.

Meanwhile, Officer Fry had initially exited from the front passenger-side door of the police vehicle, come around its rear bumper, and then moved forward between the driver side of the police car and the passenger side of the Charger. When Chatman, with Officer Toth running behind him, cut between the parked cars and headed west on the sidewalk along the south side of E. 75th Street, Officer Fry ran westward in the middle of E. 75th Street, paralleling the route being taken by Chatman and Officer Toth on the sidewalk. Suddenly Officer Fry saw Chatman, while running at full speed, turn his body to the right, and saw a dark object in Chatman's hand that Fry believed was a handgun. Fearing for the life of his fellow officer who was running close behind Chatman, as well as for his own safety, Officer Fry fired four shots at Chatman. Officer Fry stopped firing when Chatman disappeared from his view around the corner to turn south on Jeffery Blvd. Continuing to move forward and to his right, Officer Fry saw that Chatman had fallen shortly after rounding the corner. Chatman fell because he was struck by at least one of Officer Fry's shots. Officer Fry moved forward toward Chatman, covering him at gunpoint as Officer Toth handcuffed him. Backup officers and an ambulance were called to the scene.

Found on the sidewalk near where Chatman fell was the iphone 5, still in its box, that had been stolen in the robbery. The iphone box, which is dark gray, almost black, in color, and about the same size as many small semi-automatic pistols, appears to have been what Chatman had in his hand as he ran, which Officer Fry believed was a handgun.

Cedrick Chatman was struck in the arm and torso by what appears may have been one of the four bullets fired by Officer Fry. Chatman died of his wounds, and this suit ensued.

## The Autopsy Report.

The autopsy report indicated a gunshot wound to Chatman's right forearm, entering on the posterior aspect of the forearm (anatomical position), and exiting on the antero-medial aspect of the forearm. The autopsy then notes an irregular gunshot entry wound in the lower right side of the abdomen. The bullet, which was recovered and turned over to the CPD, followed a wound path through the 8th rib, liver, diaphragm, pericardial sac, and heart, and was recovered adjacent to the thoracic spine. The direction of the wound path as stated in the autopsy report was "right [to] left and upward."

## Inspection of Evidence.

On March 11, 2015, I visited the CPD Evidence & Recovered Property Section ("ERPS") to inspect physical evidence from this case. One item of particular significance was the recovered iphone 5 box, which was dark gray, almost black, in color, and measured 5-5/8" by 3-1/8" by 1-9/16". I also inspected the fired, expanded projectile, and four fired cartridge cases, all of which had class characteristics consistent with Officer Fry's pistol and his remaining live rounds of ammunition. Three of the four cartridge cases were badly deformed, with the case

4

mouths crushed and/or split, such as would occur if they had been stepped on or driven over at the scene. I also inspected the deceased's "Hollister Surfboards" sweatshirt, which had two apparent bullet defects in the forearm portion of the sleeve, and a likely corresponding apparent bullet defect in the torso, although this latter defect was harder to determine definitively because of the manner in which the sweatshirt had apparently been cut by medical personnel. I also inspected the deceased's purple T-shirt, which had an apparent bullet defect with apparent bloodstains below it, almost directly below the sleeve seam under the right arm, about 4" below the arm seam.

### Inspection and Test-Firing of Officer Fry's Service Pistol.

On March 11, 2015, at the Chicago Police Academy indoor firing range, I inspected and test fired Officer Fry's Sig Sauer Model P220 .45-caliber service pistol, serial number G358342. I found it to be in safe and serviceable condition. Measured with standard trigger pulls weights, its trigger pull was 10 to 10-1/4 pounds. I also had Officer Fry fire the same type of Hornady +P .45 ACP ammunition he fired in the incident so that I could chart its ejection pattern. The fired cartridge cases, as expected, ejected to the right and rear of the shooter. Five shots averaged approximately 12' right and 8.8' rear of the pistol when fired two-handed at eye level. I noted, however, that the ejection of the cases was not nearly as uniform as it might be, ranging from about 6 feet to as much as 17 feet right, and from less than 4 feet to as much as 19 feet rear, of the pistol. When combined with the damaged condition of three of the four cartridge cases recovered at the scene, likely caused by the cases being stepping on or driven over before they were recovered, the locations at which the recovered cases were found is not particularly useful in determining the location from which Officer Fry fired the four shots at Chatman.

### Analysis and Discussion.

**Standards and Training for an Officer's Use of Deadly Force.** Officer Fry used deadly force when he fired his service pistol at Cedrick Chatman. Officer Fry had reason to believe Chatman was armed, as he was stopping Chatman as a suspect in a carjacking that had just occurred, and police know that most carjackings are committed by armed criminals, rather than unarmed ones. (See, e.g., U.S. Department of Justice, Bureau of Justice Statistics, figures showing that 77% of all carjackings and carjacking attempts are committed with weapons.) When Chatman, in defiance of Officer Toth's commands, exited the carjacked vehicle and ran from Officer Toth, and Officer Fry then saw Chatman, while running, begin to turn toward the officers with an object in his hand that looked like a gun, Officer Fry responded by firing at Chatman. Police officers are trained, in circumstances such as these, to view actions like Chatman's as an immediate deadly threat, to which the officer should respond by firing in self-defense.

Uniformly throughout the United States, including in Illinois and in the CPD, police officers are taught that they are justified in using deadly force to defend themselves or others against what they reasonably believe to be an imminent threat of deadly force. Deadly force is force intended or likely to cause death or great bodily harm. In Illinois, police are taught that the

5

legal justification to use deadly force in self-defense is contained in Chapter 20, Article 5, Section 7-5 of the Illinois Compiled Statutes, which provides, in part:

> A peace officer … is justified in the use of any force which … he reasonably believes to be necessary to defend himself or another...

In addition, 720 ILCS 5/Art. 7, Section 7-1 provides, in part:

> … However, [an officer] is justified in the use of force which is intended or likely to cause death or great bodily harm only if he reasonably believes that such force is necessary to prevent imminent death or great bodily harm to himself or another, …

Section III.A. of the Chicago Police Department's General Order 02-08-03, entitled "Deadly Force," embodies the above standard when it states:

> A sworn member is justified in using force likely to cause death or great bodily harm **only** when he or she reasonably believes that such force is necessary:
>
> 1. To prevent death or great bodily harm to the sworn member or to another person …

The above use of force standards are, in turn, in accordance with the landmark U.S. Supreme Court cases of Graham v. Connor and Tennessee v. Garner, the principles of which are taught to police nationwide. Graham v. Connor and Tennessee v. Garner are part of the use of force curriculum taught to Chicago police officers, and are covered in training videos shown to all CPD officers. Together, these cases stand for the proposition that a police officer may use deadly force when he reasonably believes his life or the life of another innocent person is in danger. To be justifiable, the officer's use of force must be "objectively reasonable" under the "totality of the circumstances" involved, judged:

> … from the perspective of a reasonable officer at the scene, rather than with the 20/20 vision of hindsight … (Graham v. Connor)

In Graham, the Supreme Court also stated:

> … The calculus of reasonableness must embody allowance for the fact that police officers are often forced to make split-second judgments – in circumstances that are tense, uncertain, and rapidly evolving – about the amount of force that is necessary in a particular situation." (Graham v. Connor)

Or, as the Supreme Court wrote in a case decided nearly sixty years before Graham, "[d]etached reflection cannot be demanded in the presence of an uplifted knife." Brown v. United States, 256 U.S. 335 (1921) (Oliver Wendell Holmes, J.).

6

This standard is taught to police nationwide in academy classroom instruction and through in-service classes; it is then "trained in" to produce proper use of force responses through training methods such as role playing exercises, video simulators, and Airsoft, Simunitions or other paint marking cartridge force-against-force training exercises. Officer Fry received training of this sort from the CPD.

**Signs of Impending Resistance or Violence by Suspects.** Nationwide and in Chicago, police are taught, and learn further from their experience, about signs of impending violence or resistance commonly exhibited by individuals with whom they deal. These signs of impending violence or resistance can be as obvious as a suspect closing his hands into fists, or removing his eyeglasses before the fight starts, or sweating profusely, or taking a bladed stance, tucking in his jaw, rolling his shoulders forward, and lowering his center of gravity into a "fighting stance." An officer may observe a suspect's jaw muscles tighten, or the color may drain from an angry suspect's red face as blood moves to the major muscle groups for a "fight or flight" response. "Conspicuous ignoring," the "thousand-yard stare," and the "target glance" are other common pre-attack cues taught to officers. Far and away the most common indicator of impending resistance by a suspect, however, is simply the suspect's failure to comply with the officer's commands, or failure to submit to the officer's control, as displayed by Cedrick Chatman when he defied Officer Toth's commands and instead bolted and ran from Officer Toth. When Chatman, whom the officers had reason to believe had just committed a robbery and carjacking – a crime usually committed with a weapon -- ran from them instead of submitting to arrest, the officers were trained to expect that further resistance by Chatman was likely. When Chatman, while running, then began to turn toward Officer Toth with what looked like a handgun, Officer Fry reacted as would many other police officers under these circumstances, when he fired at Chatman in defense of his fellow officer from what he reasonably believed was an immediate deadly threat.

CPD trains its officers, and Officer Fry was trained, that there are several categories of suspects: (1) cooperative suspects, who comply with the officer's verbal directions, (2) passively or actively resistant suspects, and (3) assailants, including physical force assailants and deadly force assailants. When Chatman bolted and ran, he immediately became an actively resistant suspect. When Chatman then turned with what looked like a gun in his hand, Officer Fry believed Chatman was now an assailant using or threatening to use deadly force, against whom deadly force should be used in defense.

**Threats of Imminent Harm vs. Immediate Harm.** Both in the officer's classroom instruction and in his hands-on practical training, the officer is taught that a gun pointed at him is an immediate deadly threat to which he should normally respond with deadly force. "Immediate" in this regard means that the suspect can use deadly force right at that very instant. Note, however, that the harm threatened does not have to be immediate in order to justify a deadly force response by the officer; deadly force can justifiably be used to defend against a threat of "imminent" harm. (See 720 ILCS 5/Art. 7, Section 7-1, quoted above.) "Imminent" as used here indicates a threat of harm that will occur soon. There is no precise definition of how soon the harm must occur in order for the threat to be "imminent." For example, if a suspect has a gun in his hand, depending on the circumstances, a police officer does not necessarily have to wait for the gun to be pointed right at him before he is justified in using deadly force in self-

7

defense. Indeed, if the officer waits until the gun is pointed at him, he has likely waited too long to keep himself from being shot. A gun that a suspect is holding so that it is pointed well away from the officer, such as with the gun's muzzle pointed straight upward, straight downward, or 90 degrees to the right or to the left of the officer, can be brought to bear on the officer and fired in a quarter of a second (0.25 seconds) or less. I know this from my own experience and electronic timing tests, and it is confirmed by the published research of others. See, for example, the "Subject Motion" videos on the Force Science Institute website, www.forcescience.org, titled "Gun in waistband, combat tuck," "Gun in waistband, arm extended," "Gun at console, driver's side," and "Gun at console, passenger side." Thus, the threat to an officer from a gun that is not yet pointed at him is already at the very least "imminent," if not indeed "immediate," under circumstances that cause the officer reasonably to fear that the suspect will use deadly force against the officer (or the officer's partner) to keep from being arrested – such as when the suspect is reasonably believed to have just committed a robbery and carjacking, as Chatman was believed to have done here, and was now actively resisting the officer's commands and attempts to arrest him.

**The iphone Box Looked Like A Gun.** At the scene, I estimated the distance from where Officer Fry fired to where Chatman was running as about 10 yards (30 feet). The iphone box was very dark gray, almost black -- the same color as many handguns. The iphone box measured 5-5/8" long by 3-1/8" high by 1-9/16." Simplified by rounding, this is about 5.6" x 3.1" x 1.5." Many semi-automatic pistols are about this size, or certainly close enough that it would not easily be possible to distinguish them from the iphone box at that distance, in the hand of a running suspect. The iphone box's dimensions, followed by the dimensions of just a few of the hundreds of examples of small handguns, are:

| | |
|---|---|
| iphone 5 box | 5.6" x 3.1" x 1.5" |
| Ruger LCP .380 | 5.1" x 3.6" x .82" |
| Ruger LC9 9mm | 6.0" x 4.5" x .90" |
| Glock 42 .380 | 5.9" x 4.1" x .94" |
| KelTec P11 9mm | 5.6" x 4.3" x 1.0" |
| KelTec P3AT .380 | 5.2" x 3.5" x .77" |
| KelTec PF9 9mm | 5.85" x 4.3" x .88" |
| Kahr PM9 9mm | 5.42" x 4.0" x .90" |
| Colt Mustang .380 | 5.5" x 3.98" x. 1.0" |
| Sig Sauer P238 .380 | 5.5" x 3.9" x 1.1" |

Depending on how it is oriented toward the person viewing it, a semi-automatic pistol can present a rectangular appearance, virtually indistinguishable from a cell phone or cell phone box. This is true even when the person holding it is not running, but standing still. When the person holding the object is running, the observer is also moving, and the view of the object is momentary, the inability to make an accurate determination is even more likely. The manner in which the person is holding the cell phone or cell phone box also has a lot to do with how easily the object can be mistaken for a handgun. After spending decades looking at guns of all sorts under all kinds of conditions, I find it very understandable that, under the circumstances that existed here, Officer Fry got a momentary glimpse of Chatman, running from Officer Toth and beginning to turn with the dark gray object in his right hand, and believed the object was a gun.

8

There have been many police shootings of suspects who have had cell phones, pagers, black wallets, black or shiny metallic items, toy guns, replica guns, Airsoft or BB guns, or other innocent objects in their hands. See, e.g., the Marquise Hudspeth incident in Shreveport, Louisiana in March 2003. I myself have worked in several such cases. If the totality of the circumstances was such as to make it reasonable for the officer to believe the object was a weapon, many of those shootings have been ruled justifiable. As mentioned above, the officer's knowledge that the Charger had been taken in a carjacking would increase the likelihood, in almost any officer's mind, that the suspect would have a weapon, as most carjackings are committed with weapons. (See, e.g., USDOJ, BJS statistics cited above.) However, even if Officer Fry had not known that a carjacking had been committed, seeing a fleeing suspect turn back toward the pursuing officers with what appeared to be a gun in his hand would still be consistent with the immediate use of deadly force by the officer in defense of himself and others in accordance with standard police training.

It is also important to keep in mind that officers are taught, and it is clearly reasonable for them to believe, that a gun pointed at them constitutes an immediate deadly threat, despite the fact that the officer cannot know at that moment either the status of the gun or the intention of its user. In other words, the gun may be unloaded, or inoperable (for instance, it may have a broken firing pin), or may not be a gun at all -- only a realistic-looking replica firearm. The officer usually has no way of knowing any of these things, but nevertheless has only a split-second to act, based on the appearance of the object. Even if what appears to be a gun in the suspect's hand is indeed real, operable, loaded, and deadly, the suspect may not intend to kill the officer with the gun, but may only intend to fire to miss the officer, or may only intend to scare or threaten the officer without firing at all, perhaps in order to escape. The same is true when a criminal uses a gun to threaten robbery or rape victims into compliance. Because the officer does not have X-ray vision to see inside the gun's mechanism, cannot possibly know what is in the suspect's mind, and cannot foretell the future, the only reasonable assumption the officer can make when he sees a gun -- or what looks like a gun -- pointed at him or another innocent person is that the "gun" and the suspect holding it constitute an immediate deadly threat that must be stopped immediately.

**Action vs. Reaction.** In their tactical training, police officers are taught that "action is faster than reaction," sometimes stated as "action beats reaction." As applied to Officer Fry's situation when he saw Chatman turning with what appeared to be a pistol in his hand, this means that Officer Fry knew Officer Toth, and Fry himself as well, were already at a significant tactical disadvantage, and were at risk of being shot by Chatman before Fry could take any defensive action that would reliably prevent it. This is because by the time Officer Fry could see the handgun, Chatman had already turned with it in his hand, at least far enough for Fry to see the gun. The time needed for Chatman to then point the gun at Officer Toth – or for that matter at Officer Fry -- and fire the gun was in the order of 0.25 second (one-quarter of a second). Had the object been a gun as Officer Fry says it appeared to him to be, and had Chatman continued the motion needed to raise, point, and fire the gun at either officer, neither officer could perceive the movement, identify the threat, decide what action to take, and raise and fire his own handgun in the time interval necessary to fire before the suspect could fire. Even if the officer succeeded in getting off a shot, his shot would likely miss the suspect (as do some 75-80% of all shots fired at

9

suspects by the police – see below -- and as did most of the shots fired by Officer Fry in this incident), or might hit the suspect but not immediately incapacitate the suspect from firing at, and perhaps killing, one or both officers. In this latter regard, note for example that in this case, although one of Officer Fry's shots was fatal, it did not prevent Chatman from running out of sight around the corner before he fell. A suspect capable of continuing to run can, by the same token, usually fire many shots during that same time period, with possible deadly effect.

The principle that "action is faster than reaction" has been widely researched, written about, and taught to police for decades, was known to Officer Fry, and is part of almost every firearms and tactics program I myself teach. See generally, In Defense of Self and Others, by Urey Patrick (FBI, ret.) and John Hall (FBI, ret.) (2005), "Action versus Reaction," p. 101 -110, and p. 253, 53-54. See also, Sharpening the Warrior's Edge, The Psychology and Science of Training, by Bruce K. Siddle (1995), Chapt. 4, "Survival Reaction Time." I have demonstrated the principle of action vs. reaction in police academy classrooms, on shooting ranges, in University Criminal Justice classes, and courtrooms, and I would hope to demonstrate it for the jury in this case to permit them to make an informed judgment about the degree of threat the officers faced in this incident. When Officer Fry saw Chatman beginning to turn with what Fry says he believed was a gun in Chatman's hand, Fry could not afford to hesitate for even a fraction of a second, lest his hesitation result in the death of Officer Toth or himself.

**Low Hit Ratios in Officer-Involved Shootings, and the Frequent Failure of Handgun Wounds to Instantly Incapacitate the Suspect, Place the Officer at a Further Disadvantage.**
Even if an officer were able to beat the suspect to the first shot by a few tenths of a second (which is actually quite a long time span under these circumstances), that would hardly provide the officer with any significant modicum of safety, because on a nationwide basis, police have only about a 20 to 25% average "hit ratio" in officer-involved shootings. In other words, some 75-80% of the rounds police fire nationwide in deadly force confrontations miss the criminal entirely, and a lower hit ratio still can be expected under circumstances such as were involved here, including the running suspect, and the relatively long distance from which the officer was firing. In this latter regard, note that nearly 90% of all officer-involved shootings have historically taken place within seven yards (21 feet), while this shooting appears to have taken place at 8-10 yards or slightly more.

Even if the officer does succeed in hitting the attacker, a bullet that hits the criminal is by no means guaranteed to render the criminal immediately incapable of returning deadly fire at the officer. In this latter regard, not only do many handgun hits impact on non-vital parts of the anatomy, but even a fatal handgun wound, such as one through the heart or a major blood vessel, may permit the criminal to remain active and able to deliver deadly fire for 10-20 seconds or more. The annals of police work are replete with instances where even multiple, well-placed handgun wounds have failed to incapacitate an attacker, either immediately, rapidly or sometimes even at all, and I myself have worked as an expert in such cases. Usually a suspect who is capable of running can also point a pistol and pull its trigger.

In this incident, Officer Fry fired four shots, one or two of which appear to have struck Chatman. The hit ratio for Officer Fry's firing is thus either 25% or 50%. Given the distance and the fact that Chatman was running more or less cross-wise to Fry's direction of fire, this is

10

not at all a surprising hit ratio. It is not indicative of any lack of proper training or proper marksmanship ability on the part of the officer. There have been years during my work as a law enforcement firearms instructor in which the overall annual hit ratio of the New York City Police Department (NYPD) has been as low as 11%, by their own SOP9 Report figures.

**Officers Are Trained That They Do Not Need To Wait Until the Criminal Aims His Gun at Them and/or Fires.** Officers are trained that when they see a gun pointed at them (an immediate deadly threat), or even see the suspect begin reaching for a gun or begin turning toward them with a gun (an imminent deadly threat), they do not need to wait until they see the gun fully aimed at them, and certainly do not need to wait until they hear the gun's report or see its muzzle flash. Once the suspect has a gun in his hand, pointing and firing it can be accomplished in a fraction of a second. See Force Science Institute videos, cited above. Requiring the officer to wait until the gun is fully aimed at him would be tantamount to requiring the officer to commit suicide or at least accept being shot, rather than attempt to defend himself.

**Police Are Trained to Fire Multiple Shots at Center of Mass to "Stop the Threat."** When faced with what they perceive to be a deadly threat, police nationwide are trained to aim at the "center of mass" of the threatening suspect. "Center of mass" means the center of the largest part of the available target, which is usually the center of the suspect's chest, the side of the suspect's torso about midway between the shoulder and the hip, or the center of the suspect's back, depending on which way the suspect is positioned when the officer must fire. Directing his shots at the center of mass, the officer is trained that he should then fire multiple shots at the threat until the threat is "stopped." Shooting "to stop the threat" may, in any given case, mean shooting until the attacker falls and is no longer moving in a threatening manner with the gun in his hand, or until the attacker puts his hands up and surrenders, or drops his weapon, or runs away to the point where he is no longer a threat, or any of various other possibilities depending on the circumstances of the particular situation. In this case, Officer Fry says he began firing when he saw Chatman begin to turn back toward Officer Toth with what appeared to be a gun in his hand, and he then stopped firing when Chatman turned the corner to the point where the officer lost sight of him. If Officer Fry has accurately recounted what he perceived, his actions were consistent with standard, widely-accepted police training and standards for use of deadly force, including the training and standards of the CFD.

**The Deceased's Bullet Wound, and the Video Evidence, Are Consistent with the Officers' Account of the Shooting.** The deceased's bullet wound, and the angle and direction of the wound path through the deceased's body, is consistent with Officer Fry's account of what occurred. Officer Fry has stated that he saw Chatman, while running from Officer Toth, turn to his (Chatman's) right with what appeared to be a gun in his hand. Based on the location and appearance of the entry wound in Chatman's torso, it is my opinion that this wound was caused by the same shot that struck Chatman in the right forearm, entering and exiting the forearm and then entering and lodging in Chatman's torso. For this to occur, Chatman's right arm would have had to have been bent at the elbow at a more or less right angle, as is common when one is running. This is consistent with Officer Fry having fired at Chatman as the latter was running, as Fry has described.

11

The autopsy report states that the wound path of the bullet through Chatman's torso is right to left and <u>upward</u>. If Chatman had been facing fully forward, running hard toward the corner, Officer Fry's shot would have been horizontal, or even perhaps slightly downward, through Chatman's torso, as Officer Fry was firing from eye level, and the bullet struck Chatman lower on his torso. However, if Chatman turned toward his right to look back at the officer(s) chasing him, it would naturally angle his torso such that a bullet fired by Officer Fry would traverse Chatman's torso in what would then, in anatomical position, be an upward angle. The upward angle noted by the medical examiner in the autopsy is thus consistent with Officer Fry's account that he fired because he saw Chatman turn back with the "gun" in his hand.

The second one of the two still-frame photos created from the incident video also supports Officer Fry's account of what he saw. The photo, which is captioned "2. Second frame showing apparent dark object in right hand of Mr. Chatman," also shows Chatman with his head and body rotated to the right, partially back toward Officers Fry and Toth, rather than straight forward in the direction Chatman was running. This is consistent with Officer Fry's account of what he observed that caused him to fire.

It is also important to note that, in order for the wound path through the deceased's body to be consistent with Officer Fry's account, it is not necessary for the fatal shot to have been fired at the very instant when Fry says he saw Chatman begin to turn back with the "gun" in his hand. In fact, if Chatman turning back is what caused Officer Fry to fire, it is not only unlikely, but from a human factors standpoint, impossible that the shot was fired at that very instant. The time needed for an officer to fire a shot once he is presented with the stimulus to do so is roughly 0.25 to 0.50 seconds (one-quarter to one-half second) <u>or more</u>, depending on the circumstances. The factors affecting the speed with which the shot can be fired include, among others, such things as whether the stimulus is audible or visual, the clarity and simplicity of the stimulus, whether the officer's finger begins on or off the trigger (and I note that CPD officers are trained to keep their fingers outside the trigger guard until they actually decide to fire), the length and weight of the gun's trigger pull, whether the officer is primed (prepared) and awaiting the stimulus, and whether the officer is engaged in other physical or mental activities (e.g., running parallel to the foot chase as Officer Fry was) at the time of the stimulus.

Precisely speaking, the stimulus-to-shot time is comprised of two elements: (1) the true "reaction time" (the time required for the individual to perceive the stimulus and begin to move), and (2) "movement time," in this case the time needed for the officer to aim the gun, put his or her finger on the gun's trigger, and move the gun's trigger rearward to fire the shot. Together, elements (1) and (2) add to what is sometimes called the "Total Response Time," or "TRT." Field conditions such as were involved in this shooting incident can easily result in a much longer TRT than would be measured in a typical "laboratory" type timing test, in which the officer is standing still, with his finger already on the trigger, paying undivided attention and primed to pull the trigger the instant he hears or sees an unambiguous firing signal, such as a buzzer sounding, or a light flashing on.

The time that would elapse from when Officer Fry first saw Chatman turn with the "gun" until Fry could discharge the shot, that is, Officer Fry's part of the equation, must now be seen as time during which Chatman, who was moving, could (and almost certainly would) change his

12

body position from the position it was in when Officer Fry first observed him, made his decision to fire, and initiated the firing process. During that time, Chatman could make a partial turn or total turn back from his "looking back" position. It has been shown in scientific studies (see below) that even from a stationary position directly facing the officer, a subject can turn a full 180 degrees to a "square back" position in roughly 0.50 seconds (half a second). The suspect's posture here at the instant the bullet struck him was a more or less sideways position, not a "square back" one, so if Officer Fry first decided to fire when he saw Chatman turn back toward Officer Toth with the "gun," in the time it would take for Officer Fry to get off his first shot, Chatman could easily have changed his position. See, *"Why Is The Suspect Shot In The Back?"* by Bill Lewinski, THE POLICEMARKSMAN, November/December 2000. Along with my own demonstrations, Dr. Lewinski produced videos of his timing experiments that would serve to aid the jurors in understanding this critical concept. These videos can be viewed in the "Demos/Subject Movements" section of the Force Science Institute website at www.forcescience.com. See also, U. Patrick and J Hall, cited above.

Note also that we cannot determine which of Officer Fry's four shots struck Chatman. If the fatal shot was other than the first shot fired, and figuring at least about a quarter of a second from each shot to the next (see, e.g., "Time to Start Shooting? Time to Stop Shooting? The Tempe Study," by Dr. Bill Lewinski and Dr. Bill Hudson, *The Police Marksman*, Sept./Oct. 2003; "New Developments in Understanding the Behavioral Science Factors in the "Stop Shooting" Response," W. J. Lewinski and C. Redmann, *Law Enforcement Executive Forum*, 2009, 9(4)), this would allow even more time for additional movement and change of position by Chatman before the wound path was created.

Finally, it is also important to understand that once Officer Fry perceived Chatman turning back toward Toth with the "gun" in his hand, Fry and officers throughout the country are trained to fire, even if they see that the suspect has then turned fully back toward the direction in which he is running. Stated differently, an officer is not trained that he is permitted to shoot at a subject who has a gun in his hand only when the suspect is turning toward the officer, and that the officer must stop shooting whenever the still-armed suspect then turns away from the officer. Such a rule is contrary to standard police training, as it would impose an impossible and tactically unsound requirement on the officer. Keep in mind, as discussed above, that because "action is faster than reaction," the realities of human response time are such that the running suspect with a gun in his hand can turn back again and shoot the officer faster than the officer can respond in his own defense.

## Conclusion and Opinions.

If Officer Fry has accurately recounted what he perceived – that is, that he saw the running carjacking suspect begin to turn back toward Officer Toth and himself with what appeared to be a gun in his hand -- then Officer Fry s action in firing at Chatman was consistent with nationwide and CPD training and standards for the use of deadly force by police officers in defense of themselves and others. Officer Fry's actions were such as would have been taken by

13

many other reasonable officers at the scene, under the totality of the circumstances involved here.

The video of the shooting, the still-frame from the video, and the wound characteristics, path and upward angle of the fatal bullet wounds are all consistent with Officer Fry's account of what occurred. There is no physical evidence that contradicts Officer Fry's account.

My opinions expressed in this report, and the facts on which my opinions are based, are accurate to a reasonable degree of professional certainty in my areas of expertise.

I reserve the right to modify or supplement this report in the event further credible information becomes available to me.

Very truly yours,

Emanuel Kapelsohn, President

## EMANUEL KAPELSOHN - Recent Deposition and Trial Testimony

1. Sonnier v. Police Captain Dennis Fields, et al., U.S. District Court, W.D.Pa. (2007). Trial testimony.

2. City of Easton – Matt Renninger Pension Appeal. Pension Appeal Board, City of Easton, PA (2007). Hearing testimony.

3. Myers v. SigArms, Inc., et al., Circuit Court, Kanawha County, W. Virginia. Deposition (2007)

4. State of New Jersey v. Joseph Whittick, Municipal Court, Camden, New Jersey. Trial testimony (2007).

5. State of New Jersey v. Lavelle Davis. Indictment No. 04-08-1764-A-INV. Superior Court, Atlantic County, New Jersey. Trial testimony (2008).

6. Morris County Sheriff's Officer Wilman A. Diaz v. Morris County Sheriff's Office (2007). Employment hearing testimony.

7. Frazer-Howze re. Estate of Baron J. Wright v. Aster, et al., U.S. District Court, E.D. PA, No. 06-CV-01460 Trial testimony (2008).

8. State of Florida v. Castro, Volusia County, FL. Trial testimony (2008).

9. Captain James Langenhahn v. U.S. Airways. Employment hearing testimony (Florida 2009).

10. State of New Jersey v. Terryn Kelsey, Ind. 09-02-0427-B (Atlantic County, NJ 2009). Trial Testimony (2009).

11. State of Michigan v. Troy Brake. Ottawa County, MI (2009). Trial testimony.

12. State of New York v. Rafael Lora. Supreme Court, Bronx County, NY (2009). Trial Testimony (2009).

13. State of New Jersey v. Lavelle Davis. Superior Court, Atlantic County, NJ. Trial testimony (2009).

14. Graham v. City of N. Miami Beach, Daisy Mfgr. Co., et al., Circuit Court, Dade County, FL., Case No. 05-22466 CA 20 (2009). Deposition and trial testimony (2010).

15. Gardner v. Tristar Sporting Arms, Ltd., U.S. District Court, S.D. Indiana, Indianapolis Division. Cause No. 1:09-cv-006781-LJM-JMS. Deposition (2010).

335055-1

16. State of Maryland v. Thomas Sanders, Case #108197003, Circuit Court for Baltimore City. Trial testimony (2010)

17. Police Officer Diana Bramley v. Voorhees Township Police Department (NJ Office of Administrative Law employment hearing, 2010-2011. Hearing testimony).

18. In the Matter of Patrolman Albert Anderson and City of Woodbury Police Department (Administrative Hearing, May 2012. Hearing testimony.)

19. Garessa Smith v. Police Officer Dean Gransden, et al., U.S. District Court, District of New New Jersey (Camden, 2012). Trial testimony.

20. Favre v. Bass Pro, U.S. District Court, Northern District of Florida, Pensacola Division, Civil Action No. 3:11-CV-00599. Deposition (2013).

21. Shooting of Derreck Mack by Police Officer John L. Smith, Major Crimes Unit case 12-117, Atlantic County, NJ. Grand Jury testimony (2013).

22. Colon v. City of Chicago, Circuit Court, Cook County, Illinois. No. 08L7633. Deposition (2013)

23. State of Maryland v. Officer James Laboard. Circuit Court, Baltimore County, Crim. No. 03-K-123692 (2013). Trial testimony (2013)

24. Sampson v. Glock, Inc., et al., U.S. District Court, D. NJ, Index No. 11-CV11-170FSH. Deposition (2013).

25. Sutton v. Lanza, Superior Court, State of California, Santa Clara County, Case No. 112CV217863. Deposition (2013).

26. Shooting of Alexis Perez by Officers of the Pleasantville Police Department, MCU-13-047, Atlantic County, NJ. Grand Jury Testimony (2013).

27. Jeff Edwards v. City of Jacksonville, Jacksonville Sheriff's Office. Testimony at employment arbitration re. officer-involved shooting (2014).

28. Velazquez v. City of Camden, et al. Superior Court, Camden County, New Jersey. Expert testimony in officer-involved shooting case (2014).

29. Moore v. City of Chicago, U.S. District Court, N.D. Illinois, No. 13 C 483. Deposition (2014).

30. State of New Jersey v. Officer Russell Hicks, Camden City Municipal Court, Complaint No. 0408 S 2012 004591. Trial testimony (2014).

335055-1

31. State of Maryland v. Joseph Walker, Circuit Court, Anne Arundel County, Case No. K-2013-1392. Trial testimony (2014).

32. Dontrell Stephens v. Ric Bradshaw, Sheriff, Palm Beach County Sheriff's Office, U.S. District Court, Southern District of Florida, Case No. 14-CV-80425-CIV-Cohn/Seltzer. Deposition (2014).

33. In the Matter of Natalie Whyano, Camden County Correctional Facility, New Jersey Office of Administrative Law, Docket No. CSR63214. Hearing testimony (2014).

34. Wanda Edwards v. City of Chicago, et al., U.S. District Court, N.D. Illinois, Eastern Division, No. 12C 5576. Deposition (2014).

35. Commonwealth of Pennsylvania v. Jeremy Hamborsky, Court of Common Pleas, Fayette County (2014). Trial Testimony.

36. Estate of Shafer v. City of Elgin, Eric Kilpatrick, et al., U.S.D.C., District of Oregon, Pendleton Division, Case No. 2:12-cv-00407-SU. Trial testimony (2014).

37. Schuoler v. Dupnik, et al., Superior Court, State of Arizona, Pima County, No. C-20140079 Deposition (2014).

38. Leapers, Inc. v. SMTS, LLC, d/b/a TUFF ZONE, et al., U.S. District Court, Eastern District of Michigan, Southern Division, Civ. No. 2:14:cv-12290-RHC-DRG. Deposition testimony (2015).

335055-1

# CURRICULUM VITAE:  EMANUEL KAPELSOHN

**PERSONAL DATA:**  Born:  April 23, 1952.  Newark, NJ
Marital Status:  Married with two children
Address:  1771 Creekview Dr., Fogelsville, PA 18051
Telephone:  (work) 610-530-2705; (cell) 610-360-7053
Email:  peregrine@ptd.net or ekapelsohn@lesavoybutz.com

**ACADEMIC DEGREES:**  Yale University.  B.A. cum laude.  English Literature (1974)
Activity:  Varsity Heavyweight Crew (earned Varsity Letter)

Harvard Law School.  Juris Doctor (1977)
Activity:  Harvard Prison Legal Assistance Project

**EMPLOYMENT:**

1985 -  President.  The Peregrine Corporation.  Design, evaluation and implementation of training programs for police, security, and other armed personnel and civilians throughout the United States and abroad, including use of force, firearms, defensive tactics, executive protection, and specialized training; instructor and armorer training and certification; consulting with regard to the selection of firearms and other equipment; technical evaluation and consulting regarding design and function of firearms and related products; security surveys and risk assessments; litigation consulting and expert witness services; production of videotape training programs, written training materials, training aids, product literature and warnings; writing articles for publication in law enforcement and firearms periodicals.

2009-10  Adjunct Instructor, Criminal Justice Department, Indiana University, Bloomington, IN. Taught Senior Seminar, "Police Use of Force" (2009, 2010)

2007 -  Lesavoy Butz & Seitz LLC.  Allentown, PA.  Civil litigation, municipal law, general practice.  2007 to present.

2006-7  Associate.  Lamm Rubenstone Lesavoy Butz & David LLC.  Allentown, PA .  Civil litigation, municipal law, general practice.

1994 -
2006  Associate.  Blank Rome LLP, Allentown, PA.  Civil litigation, including state and federal court practice.  Bar admissions:  Pennsylvania Supreme Court, Federal District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern District of New York.

1982-5  Firearms Training Consultant (self-employed).  Firearms instruction for police, security and other armed personnel and civilians; consulting and expert witness services; writing articles for publication in firearms periodicals.

1984-5  Director of Security.  Jasna Polana, Princeton, NJ.  Private estate security, executive protection and protection of valuables in transit.  Responsibilities included hiring and training armed security officers, scheduling, design and implementation of operational procedures, supervision, planning of special operations, dealing with vendors of security equipment and services, and interfacing with law enforcement and other public agencies.

1979-83  Operative.  The Spiesman Agency, New York, NY.  Occasional part-time detective work including surveillance, criminal and civil investigations, interviewing of witnesses, process service, and bodyguarding.

Curriculum Vitae:
Emanuel Kapelsohn
Page 2

1977-82    Senior Associate. Friedman & Gass, P.C., 99 Park Avenue, New York, NY. Commercial litigation, including trial and appellate practice in state and federal courts throughout the United States for major domestic corporations. Bar admissions: New York Supreme Court; Federal District Courts for the Southern and Eastern Districts of New York, Western District of Pennsylvania, and District of Utah; U.S. Court of Appeals for the 10th Circuit; U.S. Armed Services Board of Contract Appeals, Washington, D.C.

**FIREARMS TRAINING QUALIFICATIONS:**    FBI-Certified Firearms Instructor
Instructor, Burlington County (NJ) Police Academy (1986-1995)
Instructor, Allentown (PA) Police Academy (1999-    )
Technical Editor, The Police Marksman Magazine (1987-1990)
Contributing Editor, Special Weapons and Tactics Magazine (1983-1986)
Editor, The Firearms Instructor (1994-1995)
Editorial Committee, The Firearms Instructor (1988-94, 1996-97, 2001- 2002)

International Association of Law Enforcement Firearms Instructors (IALEFI) Active Member (1984-  ); Member, Board of Directors (1987-  ); Third Vice President (1991- 2011 ); Chairman, Firearms Training Criteria Committee (1995- ); Chairman, Sponsorship Committee (1987-1990); Chairman, Instructor Certification Committee (1988-1990); Chairman, Safety Committee (1995- 2001, 2002-3); Member, Safety Committee (2003-  ); Member, Legal Committee (1987-1999); Chairman, Legal Committee (1999- ); Chairman, Editorial Committee (1994-1995); Member, Editorial Committee (1988-1994, 1996-1997; 2001-2003); Chairman, Firearms Training Standards Subcommittee (1992-95); Member, Instructor Criteria Committee (1996-  ); Member, By-Laws Committee (1999-2002); Member, Ethics Committee (2003- ). Principal Author or Associate Editor of several IALEFI publications – see below. Originator, IALEFI Handgun Safety Check. Designer, IALEFI Q target series. Member, Instructor Certification Committee (2010 - )

Member, National Advisory Board, Police Marksman Association (1986-2006)
Special Police Officer, Lawrence Twp. Police Department (1986)
Reserve Deputy Sheriff, Cleveland County Sheriff's Office (1988-1991)
Reserve Lieutenant, Albee-Maple Grove Police Department (1989-1990)
Special Deputy Sheriff, Salt Lake County Sheriff's Office (1992-2006)
Special Deputy Sheriff, Berks County (PA) Sheriff's Department (1997-  )
Reserve Deputy Sheriff, Greene County (IN) Sheriff's Reserve (June 2008-2012)
Staff Instructor in Pistol, Shotgun, and Rifle at the American Pistol Institute (Col. Jeff Cooper, Director) (1980-1982)
Senior Affiliate Instructor, Defense Training International (John S. Farnam, President)
Instructor, Executive Security International (Aspen, Colorado 1986-1988)
NJ Police Training Commission-Certified Firearms Instructor
Pennsylvania Municipal Police Officers Education & Training Commission - Certified Instructor (MPI # 1360, General Instruction, Special Instruction - Firearms, Application of Force)
NRA-Certified Police Firearms Instructor
NRA-Certified Security Firearms Instructor

Curriculum Vitae:
Emanuel Kapelsohn
Page 3

NRA-Certified Law Enforcement Rifle Instructor
NRA-Certified Practical Firearms Instructor (Personal Protection)
NRA-Certified Pistol Instructor
NRA- Certified Rifle Instructor
NRA-Certified Shotgun Instructor
NRA-Certified Law Enforcement Submachine Gun Instructor
NRA-Certified Home Firearms Responsibility Instructor
NRA-Certified Police Tactical Firearms Instructor
NRA-Certified Chief Range Safety Officer
NRA-Certified Police Precision Rifle Instructor
H&K-Certified MP-5 User
H&K-Certified MP-5 Instructor
SIG Pistol Armorer
Glock Pistol Armorer
Glock Pistol Armorer Trainer
Mossberg Shotgun Armorer
Mossberg Shotgun Armorer Trainer. Developed and presented armorer training
    programs for O.F. Mossberg & Sons, Inc. for Models 500, 590 and 590DA
    shotguns, including consulting on revisions of Armorer's Manual and
    development of related training materials including student handouts, written
    and practical examinations, visual aids, etc. Trained other Armorer-Instructors
    for Mossberg.
Colt Rifle and Submachine Gun Armorer
NLETC-Certified Lindell Handgun Retention Systems Intermediate Trainer
Glock Authorized Transitional Training Consultant. Designed and taught
    armorers and firearms instructor courses on a contract basis for Glock, Inc.
    from approximately 1987 through 1993, including development of instructor
    notebook and related materials, student handouts, written tests, qualification
    standards, visual aids, etc. (See below for specific course dates and locations.)
Justice System Training Assoc.-Certified Psycho-Motor Skill Design Instructor
Certified Police Defensive Tactics Instructor
Firearms Instructor and Safety Officer, U.S. Treasury Department Pistol
    Club, New York, NY (1980-83)
"A" Class IPSC Pistol Competitor
Executive Protection Specialist License (State of Colorado)
Certified Agent, Pennsylvania Lethal Weapons Act (Act 235)
Certified ASP Baton Instructor
OCAT-Certified Pepper-Spray Instructor
Certified FATS Instructor Trainer
NTOA - Certified Less Lethal Impact Munitions Instructor
Taser Master Instructor
Light Rifle Expert (NRA Rating)
Smallbore Rifle Expert (NRA Rating)
General Rifle Expert (API Rating)
Pistol Expert (NRA and API Ratings)
Revolver Expert (NRA Rating)
Handgun Distinguished Expert (NRA Rating)
Shotgun Expert (NRA and API Ratings)
Submachine Gun Expert (NRA Rating)

Curriculum Vitae:
Emanuel Kapelsohn
Page 4

Federal Firearms Licensee and Class III Licensee
Designer and copyright holder, IALEFI-Q, IALEFI-QP, IALEFI-QR and
derivative targets (millions used by numerous law enforcement agencies, and
academies nationwide; used worldwide by U.S. Marine Corps Security Detail –
U.S. Embassy security)

Testified regarding firearms before the United States Senate Judiciary
Committee (Subcommittee on the Constitution), United States House of
Representatives Judiciary Committee (Subcommittee on Crime), New York
City Council, New Jersey Assembly Committee on Law and Public Safety,
Massachusetts General Assembly Committee on Law and Public Safety, and
Florida Legislature Committee on Law and Public Safety, California DOJ

Selected by Citizen Ambassador Program as Delegation Leader for American
Law Enforcement Firearms Instructors Exchange Program to China, planned
for Spring 1988 (trip did not occur).

Consultant to Sturm, Ruger & Co. regarding law enforcement firearms and
development of law enforcement firearms training programs. Presented several
demonstrations and familiarization courses with Ruger service pistols at police
academies and agencies in Canada, including RCMP Academy, Regina, Canada

Consultant to Springfield Armory regarding development of self-defense
handguns for the civilian consumer.

Boy Scouts of America, Merit Badge Counselor for Rifle and Shotgun

New York State IPSC Championships (1979): 5th place overall
National Tactical Invitational, Harrisburg, PA (1992): 7th place overall
National Tactical Invitational, Harrisburg, PA (1993): 4th place overall
IALEFI Stephen House Memorial Match, Reno, NV (1993): 6th place overall
IALEFI Stephen House Memorial Match, Amarillo, TX (1994): 11th place o/a

Hundreds of hours accompanying police and security officers and/or
participating in patrol and enforcement activities throughout the United
States and several foreign countries, including routine patrol, traffic
enforcement, armored transport, vehicular and foot pursuits, K-9 searches,
response to crimes in progress, raids, response to shootings, arrests at
gunpoint, response to threatened suicides, alarm response, road blocks and
checkpoints, domestic disturbances, barricaded gunman, etc.

Qualified as expert witness by state courts in New York, New Jersey, Florida,
Pennsylvania, Maryland, Arizona, Wisconsin, Connecticut, Georgia, Tennessee,
Michigan, Wisconsin, and California, and by federal courts in Pennsylvania,
New York, New Jersey, Connecticut and Tennessee; has consulted and testified
on subjects including firearms, firearms training, safety, use, functioning,
operability, maintenance and design; inspection and testing of firearms; holster
design and weapon retention; firearms accidents; involuntary muscular
contraction and unintentional discharge of firearms; physiological and

Curriculum Vitae:
Emanuel Kapelsohn
Page 5

perceptual/psychological effects of gunfight stress ("adrenalin dump" or "fight or flight syndrome") including tunnel vision, auditory exclusion, time distortion, tachypsychia, schema; distinguishing toy guns, airguns and other objects from firearms; firearms-related tactics and police procedures; covering of suspects at gunpoint; defensive tactics; use of force in correctional facilities; training psychomotor skills; gunfight statistics and conditions; written training and use materials, including warnings and user's manuals; ammunition and ballistics, including bullet trajectories, trajectories through glass; ricochets, bullet penetration and expansion, gunshot wound ballistics, behavior of projectiles upon striking steel and other surfaces, cartridge pressures, cartridge case ejection patterns, muzzle flash, and gunshot noise; reaction time and action vs. reaction; threat level assessment and justification for use of deadly and non-deadly force; police pursuits and use of force during police pursuits; arrest procedures; firearms history and development; firearms recoil; firearms toolmarks; non-powder guns; vision, threat assessment and shooting under reduced light conditions; concealability of firearms; firing range design, safety and maintenance; paintball and other non-powder guns; ammunition reloading and inspection; home storage of firearms; so-called "Saturday Night Specials," tachypsychia, tunnel vision; knife threats; use of "OC" (pepper spray); Taser; speed of firing shots; "21 Foot Rule" and time to cover distances; reconstruction of shooting scenes, etc. Clients and parties on behalf of whom cases have been undertaken have included the U.S. Department of Justice, Department of Energy, and Drug Enforcement Administration; Attorney General's Offices of Pennsylvania, Wyoming and Louisiana; Atlantic County (NJ) Prosecutor's Office; Monroe County (PA) District Attorney's Office; Cumberland County (PA) District Attorney's Office; State of Georgia (Atlanta Judicial District); Cities of Pittsburgh (PA), Newark (NJ), Bridgeport (CT), Egg Harbor City (NJ); Town of East Haven (CT); Federal Way (WA); Chicago; New York; San Diego (City and County); Jacksonville; Nashville; Milwaukee; Public Defender's Offices of Monroe County, Clarion County and Lycoming County (PA); State of Delaware Public Defender's Office; Bianchi International; Safariland, Inc.; Glock, Inc., O. F. Mossberg & Sons, Para-Ordnance Mfg, Inc., SigArms, Inc.; Remington Arms; private attorneys representing defendants in criminal and administrative proceedings, and private attorneys representing plaintiffs and defendants in civil cases.

Advisory Board Member, Firearm Injury Research Project (national research project conducted through FICAP at University of Pennsylvania) 2001-2005

Member, Firearms Section (formerly Firearms Committee), American Society of Law Enforcement Trainers (2000-2003)

Consultant to Pennsylvania Municipal Police Officers Education and Training Commission (pro bono) on development of new firearms and use of force curriculum for use at police academies throughout the state.

Consultant to Allentown Jewish Community Center on security issues (pro bono, 1998-2000)

Consultant to The Swain School, Allentown, PA, on school security issues (pro bono, 1999-2003)

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 6

Para-Ordnance Armorer-Trainer and Instructor-Trainer. Under contract with Para-Ordnance Mfg. Co., developed and presented armorer and instructor training programs.

Kimber Pistol Armorer-Trainer and Instructor-Trainer. Under contract with the City of Tacoma, and as authorized by Kimber Mfg. Co., developed and presented law enforcement armorer and instructor training programs, including writing armorer notebook, instructor notebook, and related materials.

Hunter since age 10: varmints and small game (New Jersey, Pennsylvania); deer (New York, New Hampshire, Pennsylvania, Alabama, Louisiana, Indiana); pheasant and partridge (Pennsylvania, New Jersey); ducks (Louisiana); dove (Pennsylvania); woodcock (Connecticut); wild boar (NH, TX, OH).

Handloader and reloader of ammunition, including bullet casting, since 1978.

Oregon Department of Public Safety Standards & Training -- Certified Firearms Instructor (2002)

Commonwealth of Pennsylvania, Municipal Police Officers Education & Training Commission, subject matter expert - member of standing Firearms Committee developing guidelines, policy and standards on firearms issues; member of committee developing state-wide standards for police patrol rifle (2003 -    )

Good Shepherd Hospital Charity Sporting Clays Tournament (2002, 2004, 2005)

Consultant to City of Easton regarding Easton Police Department firearms training, policies and procedures, and Easton SWAT Team (2005).

Certified Benelli Shotgun Armorer (2006)

Chairman, Firearms Committee, Berks County Sheriff's Department. Chaired departmental committee hearings, making determinations with regard to intentional and accidental shootings.

Consultant to Lehigh County Municipal Emergency Response Team ("MERT") regarding use of force policies (2006-2007).

Consultant to California U. of Pennsylvania re. firearms and use of force policy

U.S. Department of Justice: included on list of attorneys selected to provide emergency interim legal representation of federal agents involved in shootings (2000-    ).

Invited by Chinese government to travel to China to teach police firearms instructors (2010; declined invitation)

"Governor's Award," Indiana Police Firearms Training Association (2010)

Recipient, 2012 IALEFI "Charlie Smith Award" ("In recognition of your tireless efforts and unwavering loyalty to the goals, ideals, and members of our organization.")

Appointed to Advisory Board, Armed Citizens Legal Defense Network (2012)

Consultant to PA MPOETC in revision of police academy curriculum (2014-15)

**TRAINING COURSES ATTENDED:**

API Basic Pistol Course (1979): Expert rating; finished second in class

API Special Pistol Course (1980): Expert rating; finished first in class

API Defensive Shotgun Course (1981): Expert rating; finished second in class

API Rifle Course (1983): Expert rating; finished third in class.

American Small Arms Academy, Submachine gun tutorial, Chuck Taylor (1981)

Curriculum Vitae:
Emanuel Kapelsohn
Page 7

Police Marksman Association Police Officer Advanced Street Survival Seminar
(Instructors Massad Ayoob, Ray Chapman, Jim Morell, et al., 1983): Certif.
Red Cross First Aid Course (1984): Certificate
Red Cross CPR Course (1984): Certificate
Red Cross CPR Course (1991): Certificate
New Jersey Hunter Safety Courses (1966, 1967, 1968): Certificates
NRA Security Firearms Instructor School (FBI Academy, Quantico, VA 1984):
Pistol Expert, Revolver Expert, and Shotgun Expert: Certificates
Law Enforcement Training - Survival 3 Seminar (1984): Certificate
International Police Academy - Morell-Trained Instructors Seminar
(Instructors Jim Morell and John Desmedt, 1984): Certificates of Training
in Principles of Control and in Advanced Instructor Training
BSR Counter-Terrorist Driving School (Summit Point Raceway, West Virginia,
1984): Certificate
International Police Academy - Defensive Tactics Instructor Level 1
(Sampson Technical College, Clinton, NC 1984): Certificate
FBI Firearms Instructors Course (Burlington County Police Academy, 1985):
Certificate
International Police Academy - Master Instructors Seminar (Instructors Morell,
Desmedt, et al., 1985): Certificate and Guest Instructor Award
1984 National Training Conference, International Association of Law
Enforcement Firearms Instructors (Nashville, TN): Certificate
91st Annual Conference, International Association of Chiefs of Police
(Salt Lake City, UT 1984)
LAPD Ordnance Exposition (Los Angeles 1984): Seminars on Handgun
Survival; Firearms Evidence; Officer-Involved Shooting Incidents: Certificates
ESI Advanced Executive Protection Program (Aspen, CO 1985): Certificate
and State of Colorado Executive Protection Specialist License
1985 National Training Conference, International Association of Law
Enforcement Firearms Instructors (Philadelphia, Police Academy): Certificate.
Presented instructor-level class on close-range shooting techniques
U.S. Marshal Service Automatic Weapons and Officer Survival Course
(North Carolina 1985): Certificate
Tactical Response Association Ordnance Exposition (Las Vegas, 1986):
Attended seminars on Rapelling SAS Method, Shooting Simulation Response
Course, Satanic Cults and Crimes, Terrorism Perspective 1986, and
International Terrorism Symposium: Certificates
NRA Law Enforcement Rifle Instructor School (U.S. Marine Base, Quantico,
VA 1986): Scored 99.33% on firing test: Certificate
1986 National Training Conference, International Association of Law
Enforcement Firearms Instructors (Orlando, FL): Certificate. Presented
instructor-level classes on Dim-Light Handgun Shooting; Police Shotgun
International Police Academy - Straight Baton Class (Instructor Jim Morell,
Allentown, PA 1986): Certificate
Department of Defense Tactical Team Training Seminar (ARDEC, 1986):
Certificate
Calibre Press Street Survival Seminar (Atlantic City, NJ 1986): Certificate
Tactical Response Association World Conference on Terrorism (Washington,
D.C. 1987): Attended seminars on GSG 9 Tactics, Hostage Negotiation, and

Curriculum Vitae:
Emanuel Kapelsohn
Page 8

Making of SWAT Teams:  Certificate

Glock Armorer's Course (Beltsville, MD 1987):  Certificate

Ordnance Expo '87 (Chicago, IL):  Attended seminars on Vicarious Liability for Law Enforcement/Psychological Screening of Officers; Indoor and Outdoor Range Design; Tactical Load-Bearing Vests for Special Operations; and Revolvers vs Semi-automatic Pistols

NLETC Lindell Handgun Retention System Course (1987):  Intermediate Trainer Certification

1987 National Training Conference, International Association of Law Enforcement Firearms Instructors (Mesa, AZ):  Certificate.  Presented instructor-level classes on tactical use of cover.

NRA Law Enforcement Semi-Automatic Pistol Seminar (U.S. Marine Base, Quantico, VA 1987).  Attended and served as Chief Instructor for this course.

NRA National Instructors Conference (Orlando, FL 1988):  Attended sessions on NRA Personal Protection Course and on Modern Rifle Training Techniques

Tactical Operations Seminar (Law Enforcement Defensive Systems.  New Jersey 1988.  Instructor Robert J. O'Brien):  Certificate

AAI Corporation Law Enforcement Chemical Munitions Training Program (New Jersey 1988):  Certificate

Factory Tours and Visits:  Colt Firearms (Hartford, CT); Smith & Wesson (Springfield, MA); Mossberg (North Haven, CT); U.S. Repeating Arms Co. (New Haven, CT); Sturm Ruger & Co. (New Hampshire and Prescott, AZ); Winchester (East Alton, IL); Swartklip Munitions (South Africa); Glock Gesmbh. (Austria); AV Technologies (Michigan); Second Chance Body Armor (Michigan); Para-Ordnance (Toronto); Keystone Sporting Arms (Milton, PA); Kimber Mfg. Co. (New York); Mossberg/Maverick Arms (Eagle Pass, TX); Glock, Inc.  (Smyrna, GA 2014).

SHOT Shows and NRA Annual Shows: attended various years 1984-2012 et seq.

Museums visited (arms and armor collections) include Winchester Gun Museum (New Haven, CT), Museum of the Confederacy (Richmond, VA), Arms and Armor Museum (Kutztown, PA), Metropolitan Museum Arms and Armor Collection (New York, NY), National Firearms Museum (Fairfax, VA), U.S. Marine Corps Museum (Quantico, VA 1987), West Point Museum (West Point, NY),  Pennsylvania State Police Weapons Collection (Hershey, PA), U.S. Army Ordnance Museum (Aberdeen Proving Grounds, MD), Texas Rangers Museum (San Antonio, TX), and private tour of Division Balistique, Laboratoire de Police Scientifique at Police Headquarters, Paris, France (ballistics laboratory and weapons collection); National Museum of the Marine Corps (Quantico, VA 2008).

Visit to G.I.G.N. Headquarters to observe firearms training and facilities (French Gendarmerie Counter-terrorist and Hostage Rescue Team), Versailles, France (2008)

SIGARMS Law Enforcement Firearms Familiarization Course (October 1988):  Certificate

1988 National Training Conference, International Association of Law Enforcement Firearms Instructors (St. Augustine, Florida):  Certificate.  Presented instructor-level class on dim-light assault rifle and shotgun techniques; moderated panel discussion on semi-auto pistol transition training

Curriculum Vitae:
Emanuel Kapelsohn
Page 9

Second International Training Seminar, American Society of Law Enforcement Trainers (Kansas City, Missouri 1989): Certificate. Presented instructor-level classes on draw and close-range handgun techniques; attended classes on training female officers, straight baton techniques, maximization of revolver skills, and teaching psychomotor skills

Wound Ballistics Seminar (Instructors Dr. Martin L. Fackler, M.D., et al.) Phoenix, Arizona 1989): Certificate

1989 National Training Conference, International Association of Law Enforcement Firearms Instructors (Salt Lake City, Utah): Certificate. Presented instructor-level class on dim-light assault rifle and shotgun techniques

NRA Law Enforcement Submachine Gun Instructor Development School (Burlington County NJ Police Academy 1989): Certificate

H&K MP-5 Submachine Gun Course (Sterling, VA 1989): Certificate

H&K MP-5 Instructor Course (Sterling, VA 1989): Certificate

SIG Pistol Armorer's School (Richmond, VA 1990): Certificate

1990 Annual Training Conference, International Association of Law Enforcement Firearms Instructors (Washington, D.C.): Certificate. Attended courses on range control, use of cover, and shotgun. Presented instructor-level classes on concealed carry handgun, auto-pistol transitional training, and dim-light handgun and shotgun; participated in panel discussion of police handgun caliber selection and effectiveness

IALEFI Regional Training Conference (Dutchess County, NY 1991): Presented classes on cover mode and involuntary discharge; advanced shotgun techniques. Attended classes on use of lethal force (Lt. James Garside) and advanced auto-pistol techniques (S&W Academy Staff)

1991 Annual Training Conference, Internat'l Association of Law Enforcement Firearms Instructors (Mesa, AZ): Certificate. Attended courses on concealed carry, range training vs. real world, utilization of steel targets, Berkeley shooting incident, wound ballistics (Fackler), perception vs. reality in use of lethal force (Garside), and handgun inspection. Courses taught: see below

Police Long Rifle Certification Course, International Association of Chiefs of Police (Ft. Dix, NJ 1991)

American Society of Law Enforcement Trainers Fifth International Training Seminar (Milwaukee 1992): Certificate. Attended courses on wound ballistics (Marshall), dealing with the hostile learner, principles of adult learning. Courses taught: see below

IALEFI Regional Training Conference (Dutchess County, NY 1992): Attended classes on bullet performance (Ayoob), semi-automatic police shotgun (Felter), and tactical handgun (Hackathorn): Certificate. Courses taught: see below

IALEFI Regional Training Conference (Long Island, NY 1992): Attended class on counter-sniper rifle: Certificate. Courses taught: see below

Ken Hackathorn Tactical Firearms Course (Pottsville, PA 1992) for handgun, shotgun, and submachine gun: Certificate

1992 IALEFI Annual Training Conference (Tampa, FL): Certificate. Attended courses on tactical handgun (Halleck/Odle); Close Quarters Firearms Control Tactics (Klugiewicz); Reaction vs. Precision Shooting (Rogers); Tactical Planning Principles/Cover Utilization (Casavant). Courses taught: see below

Police Counter-Sniper Rifle Course, Instructor Group, U.S. Army Marksmanship

Curriculum Vitae:
Emanuel Kapelsohn
Page 10

Training Unit (Ft. Benning, GA 1992): Certificate
Real Life Personal Security Program (Dale Yeager, Instr. Pottstown, PA 1993)
1993 IALEFI Annual Training Conference (Reno, NV): Certificate. Attended
  courses on Tactical Handgun (Campbell), Planning for Critical Incidents
  (Cassavant), Gunfight Dynamics (Repass, et al.). Courses taught: see below
IALEFI Regional Training Conference (Nassau County, NY 1993): Certificate.
  Attended classes on use of force continuum and perception (Garside);
  realistic knife defense. Courses taught: see below.
Aerosol Chemical Restraint User Class (Wernersville Police Department, 1993):
  Certificate
1994 IALEFI Annual Training Conference, Orlando, FL: Certificate. Attended
  courses on Dynamic Teaching Techniques (R. Lindsey); Defensive Tactics
  for Women (Sgt. Pam Miller). Coordinated safety for all training events.
  Courses taught: see below
Search & Rescue Tracking, Ashmore Enterprises (CT (1994): Certificate
Management of Workplace Violence, ASIS, Reading, PA (1994).
CPR and Emergency Cardiac Care Provider course, American Heart
  Association, and Oxygen Therapy Emergency Response Training, SOS
  Technologies (OTI authorized) (1995, recert. 1996, 1999)
Colt Armorer Course (Ct. 1995): Certificate
LFI-1: Judicious Use of Deadly Force (Lethal Force Institute, Massad
  Ayoob, Instr. 1995): Certificate
1995 IALEFI ATC, Amarillo, TX: Certificate. Attended course on Law
  Enforcement Officers Flying Armed (FAA approved course: Certificate)
OCAT Oleoresin Capsicum Aerosol Instructor Training, Harrisburg Area
  Community College (1996): Certificate
Concealed Carry Handgun Course, Arizona Law Enforcement Firearms
  Instructors Annual Training Conference, Mesa, AZ (1996): Mark Fricke,
  Instructor
NRA Law Enforcement Tactical Firearms Instructor School, U.S. Marine Base,
  Quantico, VA (1996): Certificate
Urban Rifle Course, Thunder Ranch, TX (Clint Smith, Instr. 1996): Certificate
1996 IALEFI ATC, Mesa, AZ: Certificate. Attended courses on Weapon
  Defense (Klugiewicz); Officer Survival (FBI). Coordinated safety for all
  events. Courses taught: see below
Defensive Tactics/Personal Weapons Course, Paradigm Training (1997):
  Certificate
FATS Instructor-Trainer Certification Course (MPOETC, Harrisburg, PA
  1997): Certificate
1997 IALEFI ATC, Columbia, Missouri: Certificate. Attended courses on
  Protective Detail Training (Wilt); Sharpening the Warrior's Edge
  (Bruce Siddle); Use of the Handgun In A Hostile Environment
  (Spaulding); and The Bulletproof Mind (Lt. Col. Dave Grossman).
  Coordinated safety for all events. Courses taught: see below
NTOA Tactical Technologies Expo (Philadelphia, 1998): Attended courses
  on Domestic Terrorism, Less Lethal Projectiles, and U.S. Military's
  Warfighting Laboratory Project. Certificate
Security for Overseas Travel. Vance International, Reading, PA, 1998

Curriculum Vitae:
Emanuel Kapelsohn
Page 11

NTOA Less Lethal Impact Munitions Instructor Course, Bucks County Police Academy (1998): Certificate

Oleoresin Capsicum Aerosol User's Course, Paradigm Consulting Corp. (1998): Certificate

Monadnock Expandable/Straight Baton Advanced Course (Tim Lynch, Instr.) 1998: Certificate

1998 IALEFI ATC, West Palm Beach, FL: Certificate. Attended courses on Training Injuries and Deaths (Kat Kelly/Robert Bragg); Confined Space Weapons Engagement (Slowik); The Bulletproof Mind (Lt. Col. D. Grossman)

Taser Master Instructor Course (Instructor Rick Smith. VA, 1999): Certificate

IALEFI RTC, Philadelphia Police Academy, PA (1999): Certificate. Attended courses on Patrol Rifle Course Design; Practical Shotgun Skills; and Dim Light Training Techniques

Pennsylvania Hunter Safety Course (1999): Certificate

1999 IALEFI ATC, Phoenix, AZ: Certificate. Attended courses on Innovative Training on a Limited Budget; Mental Preparation for Armed Confrontations (Croty); Edged Weapons (Lynn Thompson); Instructor Development (Wilt); and Recreation of Officer-Involved Shootings (Westrick)

2000 ASLET International Training Seminar, Richmond, VA: Certificate. Attended courses on Patrol Rifle Training Programs; Building Search (contin.) Tactics; Use of Deadly Force; Maximizing Time & Budget in Firearms Training; Post-Shooting Procedures (Grassi); Backup & Contact/Cover Principles; Firearm Retention & Disarming (Demetriou); Advanced Firearms Instructor Training (FBI Training Cadre); Training Female Shooters; Protocol for Major Use of Force Investigations (Michael Stone, Esq.); Point Shooting (Lovette). Trained on use of force simulators (FATS, Caswell AIS, American Laser Technologies)

IALEFI RTC, Philadelphia Police Academy (2000): attended courses on Response to Active Shooters in Schools (L. Glick); Dim-Light Shotgun Skills (Boyle). Courses taught: see below

Gunshot Wounds Seminar, Reading, PA 2000. J. Holliman, M.D., Instructor

2000 IALEFI ATC, Tampa, FL: Certificate. Attended courses on Urban Rifle (Farnam), Ultimate Shotgun (Hoffner), Point Shooting (Chiodo and Lovette), and Bulletproof Mind (Grossman). Coordinated safety for all events. Courses taught: see below.

Patrol Response to Active Shooters in Schools and Public Buildings, NTOA (Exeter Twp. Police Dept., PA, April 2001, L. Glick, Instructor): Certificate.

NRA Police Precision Rifle Instructor Development School. The Crucible, Fredericksburg, VA (2001): certificate of successful completion

2001 IALEFI ATC, Reno, NV: Certificate. Attended courses on Gender-Based Learning Differences (V. Farnam), Simulation Training and Munitions (Klugiewicz). Assistant Safety Coordinator for all events. Courses taught: see below.

Glock Armorer Course (Recertification): Wind Gap, PA (2002): Certificate

GAU/17 7.62mm NATO ("GE Mini-Gun") Training, Patrick Air Force Base, Melbourne, Florida (2002)

GAU/17 7.62 mm NATO Training, Crane Naval Surface Warfare Center, (Crane Air Force Base) Indiana (2002)

2002 IALEFI ATC, San Diego, CA: Certificate. Attended course on Dim-Light

Curriculum Vitae:
Emanuel Kapelsohn
Page 12

Survival Techniques (Ken Good, Instructor). Chief safety coordinator for all events. Course taught: see below.

2003 IALEFI ATC, Orlando,FL: Certificate. Attended courses on Advanced Tactical Rifle Techniques, Shoothouse Instructor Development, Rapid Response to Active Shooters, Vehicle Stop Response Tactics, Stress Analysis Shooting Situations, Mental Conditioning and Mindset (Capt. Joe Robinson), and Blackhawk Down Lecture (Col. Danny McKnight). Attended trade show and hands-on weapons demonstrations.

Price's American Kenpo Karate Center. Leesport, PA. Student in Kenpo Karate (2003-2004)

Threat Analysis Seminar, Reading, PA (2003): Certificate. Instructor Richard L. Ault, Ph.D., Academy Group, Inc., former SA, FBI Behavioral Science Unit

Warrior Arts Seminar (Stick and Knife Fighting). Al McLuckie, Instructor. Leesport, PA (2004).

ATF Dim Light Firearms Training. Los Angeles Police Academy. (2004)

Taser Master Instructor Recertif. Course. Fogelsville, PA (2004). Certificate

2004 IALEFI ATC, Dayton, Ohio. Certificate. Attended classes on Performance Under Stress (Ernest Langdon), Use of Laser Sighting Devices (Hackathorn), Pistol Skills (D. Carroll), and presentation on training principles (CSM Eric Haney). Assisted with Handgun Safety Check. Course taught: see below.

Berks County Sheriff's Department, semi-annual training and qualification sessions with handgun, shotgun and/or patrol rifle (1997-2004)

Disaster Planning: Meridian Bank Fire. ASIS Lehigh Valley Chapter. (2005)

SHOT Show (Las Vegas, 2005). Attended industry trade show.

2005 IALEFI ATC, Reno, Nevada. Certificate. Attended classes on Officer Involved Shooting (Marcus Young); Research on Firearms Ejection Patterns, Reaction Time, Perceptual Distortions Under Stress, and Other Physio-Psychological Gunfight Reactions (Dr. Wm. Lewinsky); The Winning Mind (Brian Willis); Innovative Low-Light Training; Finishing the Fight (Jeff Hall); Use of Force Options and Policy (Jon Blum); Close-Range Point Shooting (Matt Tempkin); Application of Marksmanship; Training at the Speed of Life (Ken Murray). Course taught: see below.

Repetitive Strain Injuries (Somerset, NJ 2005)

Use of Force in Pennsylvania (Philadelphia 2006). 6 CLE credit hrs. Certificate

SHOT Show (Las Vegas, 2006). Attended industry trade show.

2006 IALEFI ATC, West Palm Beach, FL. Certificate. Attended classes on Patrol Rifle, Survival Vision; Handgun Light Instructor, Cops on the 4th Generation Warfare Battleground (DuVernay); Concealed Carry; Managing Use of Force Training (Albert Lee); Mindsighting (Dr. Michael Asken).

Benelli Shotgun Armorer's Course (West Paterson (NJ) Police Department 2006)

BATF Training Classes, "Characteristics of Armed Suspects," "Firearms Identification," and "ATF Firearms Trace Program." Alvernia College (2007)

SHOT Show (Orlando, FL 2007). Attended industry trade show.

Mastering the Defensive Folding Knife. Northeastern Tactical Schools. Michael de Bethencourt, Instructor. (Hellertown, PA 2007) Certificate.

Firearm Retention, Disarming and Recovery. Northeastern Tactical Schools. Michael de Bethencourt, Instructor. (Hellertown, PA 2007) Certificate.

CDT Personal Protection Training. (Reading, PA 2007) Level 1 Certificate.

2007 IALEFI ATC, San Antonio, TX. Certificate. Attended classes on Tactical

Curriculum Vitae:
Emanuel Kapelsohn
Page 13

Anatomy (James Williams, MD), Patrol Rifle (D. Alwes), Close Quarters Handgun Techniques (H. Iverson), Hojutsu-Ryu (J. Hall), Handgun Light Instructor, Virtual Reality Training (Livefire Interactive), Legal Standard – Objective Reasonableness (T. Harper, Esq.).

Seminar, "Police Involved Shootings – When the Smoke Clears." Westchester County Detectives Association (Yorktown Heights, NY 2007). Instructors Michael Baden, MD (Chief Forensic Pathologist, NYSP), Thomas Martin (Sr. Investigator, Forensic Ident.Unit, NYSP), ADA Michael Hughes (Public Integrity Bureau, Westchester DA's Office), Det. Michael Palladino, and Emanuel Kapelsohn (see below). Certificate

SHOT Show (Las Vegas, 2008). Attended industry trade show. Attended seminar on proper firearms retailing procedures to comply with legal and regulatory requirements, and seminar on advances in, testing and selection of OC aerosol devices.

2008 IALEFI ATC, Reno, NV. Certificate. Attended classes on Combat Mindset, Response to Active Shooters (rifle and handgun), One-Shot Qualifications, Treatment of Medical Emergencies for Firearms Instructors, Mental Preparation. Competed in Memorial Match. Classes taught-see below.

Indiana Pre-Basic Law Enf. Officers Course. 2008. Successfully completed.

Indiana Basic Firearms Course. Greene County Sheriff's Department (2008). Qualified with SIG P229 handgun (expert rating) and Remington 870 shotgun.

Indiana Basic Defensive Tactics Course. Greene County Sheriff's Department (2008). Successfully completed.

Response to Active Shooters. Greene County, IN (2008). Presented by Crane Naval Surface Warfare Center. Successfully completed.

Shooting Scene Reconstruction Course, Eugene (OR) Police Department, 2008. Mike Haag, Instructor. Certificate

2009 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL. Attended courses: New Paradigms in Firearms Training (Conti), Human Factors and Stress in Lethal Confrontations (Darrell Ross, Ph.D., et al.), Active Shooter Update (Alwes), Taser Training Overview/Update, Tracking Down Valid Firearms Training (G. Morrison, Ph.D.), plus trade show and handgun competition. Taught course on use of force policy (see below).

2009 IALEFI ATC, West Palm Beach, FL. Certificate. Attended industry trade show; shot in IALEFI Memorial Match. Attended lectures and classes: Von Maur Shooting; Firearms Training for Active Shooter Response; Law Enforcement Legal Liability; Tactical Response to Lethal Threats (Allen & G. Lee); Teaching Female Shooters; A Collaborative Approach (L. Hamblin, C. Schroeder, et al.); Teaching Female Shooters; Expert Witness Preparation for the Firearms Instructor; Benefits and Risks of Verbalization in Deadly Force Encounters (G. Klugiewicz). Course taught: see below.

Tactical Treatment of Gunshot Wounds. Anthony M. Barrera, M.D. (Lebanon, IN 2009. Certificate.)

Active Shooter Response. Greene County, IN (2009). Presented by personnel from Crane NSWC.

Force Science Certification Course. Milwaukee County Sheriff's Office, Milwaukee, WI. Force Science Institute. Dr. Bill Lewinski, Dr. Anthony Pinizzotto, Dr. Joan Vickers, Dr. Ed Geiselman, Dr. Alexis Artwohl, Dr.

Curriculum Vitae:
Emanuel Kapelsohn
Page 14

Richard Schmidt, Dr. Matthew Sztajnkrycer (2009. Certificate.)

2010 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL. Attended courses: Handgun Retention and Disarm Instructor (certificate); Characteristics of Exceptional Trainers; Critical Combative Concepts; Smart Use of Force; Heroic Cynicism – How to Live Life in the Arena (Van Brocklin); Stress in Law Enforcement (Artwohl); In Pursuit of Personal Excellence (Brian Willis); Warriors, Force and Winning (certificate). Attended law enforcement products trade show.

"The Bulletproof Mind," Lt. Col. Dave Grossman. Boone County Sheriff's Department (2010)

2010 IALEFI Annual Training Conference, San Antonio, TX. Attended law enforcement products trade show. Conducted Handgun Safety Check for 120 first-time attendees. Attended courses: Begged, Borrowed, Stolen; So You're Qualified – Now What?; Off-Duty Weapons (M. Boyle); Excited Delirium; Diagnosing Shooters (A. Stallman). Course taught: see below. Certificate.

Indiana Hunter Education/Hunter Safety Course (2010). Passed, issued card.

Police Defensive Tactics Refresher (2011). Greene County Sheriff's Department

Emergency Vehicle Operations Course (2011). Greene County Sheriff's Dept.

2012 SHOT Show, Las Vegas, NV. Attended trade show, and courses on Low Light Equipment and Techniques (Instructor J. Meyer) and "Train the Trainer, Below 100," (Instructors Dale Stockton, et al.)

Terminal Ballistics and Field Trauma Care, Greene County Sheriff's Department (2012)

2012 ILEETA Conference, Chicago, IL. Attended courses: Law Enforcement/Media Relations; Taser Training & Updates; Range Emergencies; Advanced Firearms Training on a Limited Budget; Police Use of Force Training & Preparation (Chudwin); Deadly Force Training Performance & Officer Safety; Designing Stress-Exposure Training; Swarming, Flash Mobs & the OODA Loop; Verbal Defense & Influence ("Verbal Judo") (Klugiewicz); Street-Level Counter-Terrorism; Use of Force Accountability (Brave); Positive Relations – Law Enforcement & Armed Citizens; Deadly Force Panel of Experts (panelist). Also attended industry trade show.

2012 IALEFI Annual Training Conference, Nashville, TN. Attended courses: Arrest and Control Tactics (Beckley); Simple Martial Art for Self-Defense (Albert Lee); Patrol Rifle Basics; Sports Physiology Approach to Firearms Training; Filling the Tank; Warriors & Leaders; Great American Gunfights. Instructed: Firearms Instructor as Expert Witness. Also, attended industry trade show and hands-on firearms demonstrations.

2013 IALEFI Annual Training Conference, Mobile, AL. Attended courses: Confined Space Engagement (Farren); Vision-Based Shooting (Stimmell). Also attended industry trade show. Courses taught: see below.

Glock Armorer's Course, Old Bridge, NJ (2013).

Knife Defense/Knife Fighting Seminar, Hank Hayes, Instructor. No Lie Blades. Allentown, PA (2013) (class audited only, due to injury)

2014 SHOT Show, Las Vegas, NV. Attended industry trade show.

2014 ILEETA Conference, Lombard, IL. Attended courses: Shots Fired, Suspect Down (John Bostain); Critical Combative Concepts (Charles Humes); Force Related Policies & Issues (Mike Brave); Critical Look at Firearms Qualifications (David McGaha); Police Use of Force Tactics and Law

Curriculum Vitae:
Emanuel Kapelsohn
Page 15

(Chudwin); Gunman in the Lobby, Officer Down (Joe Ferreira); Verbalization Skills (Klugiewicz); Path to Self-Discovery (Bob Lindsey); Street Officer Medical Tactics (Eric Dickinson); Embrace the Suck- Winning Strategies For Trainers (Brian Willis); "Heroes Behind the Badge"; Deadly Force Expert Panel (Ayoob, et al.); Choose Your Words Wisely (Joanne Ryan and Thomas McGreal); Coaching Mental Toughness (Quinn Cunningham); Sharpening the Winning Edge (Brian McKenna); Interactive Firearms Training (Lt. Dan Marcou). Course taught: See below.

2014 IALEFI Annual Training Conference, Amarillo, TX. Attended courses: Surviving the First Three Seconds (Tpr. Hensley); Extended Range Off-Duty Handgun Operation (Michael Johnson); Vision-Based Shooting (Jim Stimmell); Identifying the Limits of Firefight Performance; Threat Pattern Recognition Firearms Training System (Bruce Siddle, Human Factor Research Group) Classes Taught: see below.

NRA Personal Protection Outside the Home (2014): certificate

2015 SHOT Show, Las Vegas, NV. Attended industry trade show.

Glock factory tour and armorer-trainer update. Smyrna, GA (2015)

**PROFESSIONAL ASSOCIATIONS & MEMBERSHIPS:**

American Bar Association (Member 1978-1997)
Association of the Bar of the City of New York (Member 1978-1998)
Pennsylvania Bar Association (Member 1994-2007)
Bar Association of Lehigh County (Member 1994-2007)
Pennsylvania Trial Lawyers Association (Member through 2004)
Association of Trial Lawyers of America (Member through 2004)
American Inns of Court (Member 2000- )
National Rifle Association (Endowment Member)
International Association of Chiefs of Police (Associate Member 1985-1992)
International Association of Law Enforcement Firearms Instructors (see above)
Police Marksman Association (Member, Nat'l Advisory Board 1987-2004)
American Society for Industrial Security (Member)
Tactical Response Association (former Charter Member)
Justice System Training Association (former Member)
American Society of Law Enforcement Trainers (former Charter Member)
Outdoor Writers Association of America (Member 1987-1990)
U.S. Practical Shooting Association (former Member)
U.S. Revolver Association (Member 1983-1989)
Pennsylvania Chiefs of Police Association (former Associate Member)
Pennsylvania Sheriff's Association (former Associate Member)
Appointed Senior Research Associate, Carnegie Mellon University Center for the Advancement of Applied Ethics (1994)
Appointed to Advisory Board, AWARE (1995)
Appointed as Fellow, Defensive Handgun Training Institute (1996)
Appointed to Pennsylvania Municipal Police Officers Education and Training Commission Committee to develop standards and curriculum for decision-making training simulator/judgmental use of force mandatory in-service training program (1997-98) and patrol rifle training standards (2004- )

Curriculum Vitae:
Emanuel Kapelsohn
Page 16

National Tactical Officers Association (former Member)
Associate Member, Fraternal Order of Police (Linton, Indiana Chapter 2008-12)
Member, International Law Enforcement Educators and Trainers Association
(2009 -    )
Member, Advisory Board, Armed Citizens Legal Defense Network (2012 - )

## SELECTED MEDIA REFERENCES AND ACKNOWLEDGMENTS:

EMANUEL KAPELSOHN interviewed, mentioned and pictured in THE GUN DIGEST BOOK OF COMBAT HANDGUNNERY by J. Lewis and J. Mitchell (Northfield, IL 1983). Quote from p. 117:"His research and personal experience in self-defense firearms training make [Kapelsohn] one of the most qualified people in the business."

EMANUEL KAPELSOHN interviewed on subject of firearms self-defense on ABC Television show "What's Up, America?" (1980 and re-run)

"Midland Park Hires Weapons Specialist," The Sunday News (Ridgewood, NJ. March 1984)

"Firearms Trainer to be Hired," Suburban News (Wayne NJ. March 21, 1984)

"Midland Park Will Hire Firearms Pro for 9mm Courses," The Northwest News (Midland Park, NJ. March 22, 1984)

"Gun Expert Rated High," The Sunday News (Ridgewood NJ. April 8, 1984)

"Crime Rise Has Women Taking Up Arms," The Times (Trenton NJ. March 10, 1985)

"Union Launches Training Program to Upgrade Skills for Police," The Star-Ledger (Newark, NJ. November 20, 1985)

Guest Instructor Appreciation Award, International Police Academy Master Instructor Seminar (1985)

"Gun Law Won't Stop Terrorists," The Times (Trenton, NJ. May 20, 1986)

"Expert Hits Police Training," The Lawrence Ledger (Lawrenceville, NJ. October 24, 1986)

"Lawrence Resident's Love of Firearms Becomes Career," The Star-Ledger (Newark, NJ. December 12, 1986)

"Committee Takes Aim at Detector-Proof Guns," The Star-Ledger (Newark, NJ. December 12, 1986)

Curriculum Vitae:
Emanuel Kapelsohn
Page 17

"Gun Lobbyists Oppose Passage of Bill to Ban Non-Metal Guns," The Times (Trenton, NJ. December 12, 1986)

"Plastic Gun Bill Demolished by Expert's Testimony," NRA Monitor (Washington, D.C. Vol. 14, No. 1 January 15, 1987)

"Detection Systems, Not Guns Should Be Focus of Legislation, Says Firearms Expert," NRA Monitor (Washington, D.C. Vol. 14, No. 3 February 15, 1987)

"Using Training Consultants" by Bill Clede, Law and Order (March 1987)

"Taking Humanistic Approach to Firearms," Newsday (New York, NY. July 20, 1987)

"New Yorkers Learn to Protect Themselves at Gun School," The New York Times (New York, NY. July 20, 1987)

"Citizens Learn to Shoot in Face of Crime," The Sun (Melbourne, Australia. August 1, 1987)

"New York's Itchy Trigger Finger," The Advertiser (South Australia. July 31, 1987)

"Bill Banning Plastic Guns Debated," (Associated Press AAA wire release under this or similar title, July 28, 1988, describing Emanuel Kapelsohn's Senate Judiciary Committee subcommittee testimony, printed on July 29 in hundreds of U.S. newspapers, including the following:
    Alexandria, LA Daily Town Talk
    New Haven, CT Register (continued, next page)
    Dayton, OH News/Journal Herald
    Wilmington, NC Star
    Cheyenne, WY Eagle
    Delaware, OH Gazette
    August, GA Herald
    Bennington, VT Banner
    Johnstown, PA Tribune-Democrat
    Eric, PA News
    Lynchburg, VA News and Daily Advance
    Bluefield, WV Telegraph
    Mattoon, IL Journal-Gazette
    Casper, WY Morning Star Tribune
    Belleville, IL News-Democrat
    Newark, OH Advocate
    Anchorage, AK News
    Kenton, OH Times
    Canton, OH Repositor
    Waterbury, CT American
    East Liverpool, OH Review
    FT. Walton Beach, FL Playground News

Curriculum Vitae:
Emanuel Kapelsohn
Page 18

Vero Beach, FL Press-Journal
Modesto, CA Bee
Vallejo, CA Times-Herald
Newport News, VA Times-Herald
Marysville, OH Journal-Tribune
Paducah, KY Sun
Toms River, NJ Observer
Springfield, OH News-Sun
Logan, OH News
Piqua, OH Call
Lawton, OK Press
San Diego, CA Union

"Witness Upstages Metzenbaum at Hearings," Gun Week (Buffalo, New York. August 14, 1987)

"Neal Knox Report: Gun Bills Moving," Shotgun News (Hastings, NE. September 1, 1987)

"Kapelsohn Gets September Gun Rights Defender Award," Point Blank (Bellevue, WA September 1987)

"Firearms Expert Wins Person of the Month," NRAction (Washington, D.C. September 1987)

Selecting the Police Pistol by Doug Wicklund, The American Rifleman (December 1987)

Mesa, Arizona: The IALEFI Convention by Tony Lesce, Arizona Police Officer (Phoenix, AZ Winter 1988)

International Association of Law Enforcement Firearms Instructors Seventh Annual National Training Conference by Chris Pollack, Special Weapons and Tactics (March 1988)

Modern Techniques of Defensive Pistolcraft: An Exceptional Handgun Course Taught by John Farnam and Emanuel Kapelsohn by Barrie Bergman, Practical Shooting International (Emmetsburg, IA. March 1988)

"Hughes Goes Private With Hearing Witness," Gun Week (Buffalo, NY. January 8, 1988)

" 'Plastic Gun' Ban Brewing," NRAction (Washington, D.C. January 1988)

Gaping Holes in Airport Security by Peter Cary, U.S. News & World Report (April 1988). Quote from page 28:

"Emanuel Kapelsohn, a police weapons expert, astonished a congressional subcommittee by demonstrating how guns could be

Curriculum Vitae:
Emanuel Kapelsohn
Page 19

smuggled through certain metal detectors . . ."

Police Defensive Handgun Use and Encounter Tactics by Brian A. Felter
(Prentice-Hall, Inc. Englewood Cliffs, NJ 1988). Quote from p. 6:

"In defensive firearms training today, the information and defensive
instructors exist -- five of the most talented being Massad Ayoob,
Ray Chapman, John Farnam, Emanuel Kapelsohn, and Chuck Taylor --
and from a resource pool of defensive information that the law
enforcement community must make use of."

"U.S. Firearms Consultant Due Next Week," Trinidad Guardian (Port of
Spain, Trinidad. July 16, 1988)

Shooting Schools: A Second Look by James L. Winter (Albany, New York
1985). Quote from page 92: "API's staff includes such nationally famous
personalities as . . . writer Manny Kapelsohn."

An Overview of the Police Marksman National Advisory Board by Brian
McKenna. The Police Marksman (September/October 1988). Professional
biography of Emanuel Kapelsohn

"Semiautomatics or 6-shooters?" by Ken Valenti. Gannett Westchester
Newspapers. (Westchester County, N.Y. January 15, 1989)

"Gun Control Opponents Lock Horns With Graves" by Donna Leusner
(The Star Ledger, February 7, 1989)

Interviewed on "Geraldo" (Geraldo Rivera Show) NBC television, March 6,
1989, on subject of gun availability and gun control.

Seek Out the Expert by Joseph J. Truncale, Ph.D., The ASLET Journal (January/
February 1989). Quote from p. 12:

"If you wish to know more about guns and shooting, talk to those who
are recognized experts in this area. Massad Ayoob, Ray Chapman, John
Farnam, Emanuel Kapelsohn, Dennis Tueller, along with many others,
can guide you to schools and programs which are well known for their
professionalism."

Glock by Sgt. Paul Palank. Blue Line Police Magazine (March/April 1989).
Quote from p. 24:

"The success that we in Miami have had with the Glock pistol is due
not only to the advanced design of the weapon, but the "state of the
art" instruction provided by Glock Incorporated in the forms of
Emanuel Kapelsohn (Peregrine Corporation) and Peter Tarley
(Rockwell Corporation). The training provided by these gentlemen

Curriculum Vitae:
Emanuel Kapelsohn
Page 20

> to the transitional training instructors superbly mated the Glock's
> ingenious technology with their equally progressive training program."

Glock Continues To Be An Innovator by E.B. Hulsey, Police Marksman
    (March/April 1990). Quote from p. 58:

> "The instructor . . . was Emanuel Kapelsohn, who made the class a
> very interesting learning experience. Mr. Kapelsohn is an example of
> the quality instructors which Glock has retained to teach these courses."

Glock Pistol: Perspective From The Field by Massad Ayoob. Guns
    (September 1990). Quote from p. 77:

> "The best money you can spend on your Glock is for training. The firm
> retains Manny Kapelsohn, Peter Tarley, and Cathy and Jerry Lane for
> their police transition and armorer's instruction programs . . . These
> are among the finest combat handgun trainers in America; Glock chose
> them well. I . . . believe that the superb training of these four master
> instructors has been more responsible for the Glock's success in the field
> and in sales than most people realize."

Emanuel Kapelsohn and Peregrine Corporation cited, quoted and acknowledged
    in "Semi-Automatic Pistol Manual Safety Restrictions," U.S. Border (continued)
    Patrol Academy, Glynco, GA, presented at U.S. Marshal's Service Semi-
    Automatic - Revolver Handgun Symposium, Feb. 21-22, 1990. (Emanuel
    Kapelsohn described as an "expert trainer" on p. 16.)

"Fearing Drug Wars, Suburban Police Swap 6-Shooters for Semiautomatics"
    by B.J. Phillips. Philadelphia Inquirer (September 9, 1990)

Interviewed in "Entrevistas" column of Magnum. May-June 1991
    (Caracas, Venezuela)

Peregrine Corporation training materials cited in published lesson plans of
    Federal Law Enforcement Training Center (Glynco, GA) on semi-automatic
    pistol training, clearing of pistol malfunctions, etc.

Emanuel Kapelsohn mentioned and quoted in study by Federal Law
    Enforcement Training Center on instructor: student ratios for firearms training
    (V. Atkins. Glynco, GA 1991)

Emanuel Kapelsohn and Peregrine cited as offering 'a strong major in "how" and
    a strong minor in "when" ' [to shoot] in "Deadly Force - When Is It Justified?"
    by Massad Ayoob, Guns & Ammo's Handguns for Home Defense,
    Vol. 9, No. 5 (1991)

"The Police Marksman Advisory Board" by Guy A. Rossi, Police Marksman
    (Jan./Feb. 1992). "Innovator, tactician, expert . . . [Emanuel Kapelsohn is]
    considered one of the country's leading authorities on semi-automatic,

Curriculum Vitae:
Emanuel Kapelsohn
Page 21

long gun and submachine gun training . . ."

"IALEFI'S ATC" by Chris Pollack, <u>SWAT</u> (May 1993)

Appreciation Award, Calgary Police Service Tactical Unit (1993)

Appreciation Award, International Association of Law Enforcement
Firearms Instructors ("for your dedication, time and personal effort
towards the development of the Firearms Training Standards") (1993)

"Newsclippings," <u>The Firearms Instructor</u>, Issue 13 (1994)

"Shotgun Key In Acquittal of Garron," Atlantic City Press, Nov. 13, 1994.
Quote:

> "They found the weapon's safety device could disengage if it was
> merely brushed -- just as Emanuel Kapelsohn, the defense firearms
> expert, had testified, the jurors said."

<u>Glock, The New Wave in Combat Handguns</u> by Peter Kasler (Boulder, CO
1992), page 296

Acknowledged in <u>Stealth</u> (1989) and <u>Extreme Prejudice</u> (1991) by Guy
Durham (Putnam, New York)

Acknowledged in <u>The Street Smart Gun Book</u> by John Farnam (Police
Bookshelf, 1986)

Acknowledged in <u>Handgun Stopping Power, The Definitive Study</u> by Evan
Marshall and Ed Sanow (Paladin Press, Boulder 1992)

Acknowledged in <u>The Farnam Method of Defensive Handgunning</u> by
John S. Farnam (Seattle 1994): "These are the ones who have advanced
the art and prepared it to be passed to the next generation: Manny
Kapelsohn . . ."

"Modern Training, The Professional's Edge" by Michael J. Scanlan,
<u>Protection News</u>, Vol. 11, No. 2 (Fall 1995), Internat'l Foundation of
Protection Officers, Bellingham, WA. Quote: "Manny Kapelsohn's
obvious enthusiasm along with his vast knowledge of the subject
matter and genuine interest in imparting that knowledge to us,
stimulated our interests, motivated us to excel and created a learning
environment for the entire class."

"Post-Training Dry Drills" by Det. Bill Kaiser, <u>The Firearms Instructor</u>,
Vol. 17 (1995)

"IALEFI 1995 Training Conference" by C. Pollack, <u>The Firearms Instructor</u>,
Vol. 17 (1995)

Curriculum Vitae:
Emanuel Kapelsohn
Page 22

"Gun Control and Economic Discrimination: The Melting Point Case-In-Point" by Markus Funk, 85 Journal of Criminal Law & Criminology 764-806 (Northwestern U. School of Law, 1995): Emanuel Kapelsohn cited repeatedly throughout article.

"IALEFI '95 Annual Training Conference" by C. Pollack, SWAT (June 1996)

"Search for qualified firearms instructor didn't last very long," Reading Eagle, April 20, 1997, p. B1

"Sheriff, deputies begin targeting weapons training," Reading Eagle, April 20, 1997, p. B1

"Professional Firearms Instruction for the Protective Specialist" by Mike Scanlan, Executive OPS International (Dec. 1997). Quote: " . . . I contacted Manny Kapelsohn, the world class firearms instructor and IALEFI Vice President."

Item in Business "Players," Allentown Morning Call, January 4, 1999. Quote: "Emanuel Kapelsohn of Bowers has been re-elected as Third Vice President of the International Association of Law Enforcement Firearms Instructors."

"Kapelsohn is Re-Elected by Police Association," Allentown Morning Call, December 30, 1999.

"Degree of Guilt Decided for Smith," The Inquirer, Philadelphia, July 30, 1998, p. B1

Appreciation Award from Pennsylvania Municipal Police Officers' Education & Training Commission, for "outstanding contribution" toward the development, from 1997-1999, of the Commission's new Use of Force - Judgmental Training Program.

"Police Shooting Headed to Jury," New Haven Register, March 9, 2000. Quote: "Standing before a rapt jury, Kapelsohn demonstrated a number of stabbing and slashing techniques with the small knife, narrating as he did so."

Emanuel Kapelsohn and The Peregrine Corporation cited and acknowledged numerous times in Commonwealth of Pennsylvania firearms training curriculum for Basic Police Academy Course taught at police academies throughout the state (2000).

"MPOETC Conducts Firearms Instructor Training Seminar," Pennsylvania MPOETC Newsletter, Vol. 23, Issue 2, Sept. 2000. Quote: "The lead instructor for the seminar was Emanuel Kapelsohn, a nationally recognized firearms instructor and use of force expert."

Curriculum Vitae:
Emanuel Kapelsohn
Page 23

"Experts Claim Wife Grabbed Accused's Gun," by William Doolittle, Pocono Record, November 28, 2000. "...Emanuel Kapelsohn, an Allentown attorney and firearms expert, argued that a crescent of black residue pictured on the back of Rhonda Kammer's hand was caused by discharge from the cylinder gap of the .38 caliber revolver used in the killing. ... Kapelsohn said pictures of the woman's hand showed marks on her hand that "could not have been produced by the muzzle blast."

Cited by Lt. Col. David Grossman as "an awesome warrior-trainer-lawyer" in publication of his national e-mail network on subject of involuntary muscular contraction (2002).

Recipient, City of Allentown Proclamation (commendation) for participation on Advisory Board of University of Pennsylvania (FICAP/MPAP) study on reducing gunshot injuries and deaths (2002)

"New Trial Ordered for Officer Convicted in a Suspect's Death," The New York Times, October 18, 2002.

"Pa. Court Rejects Appeal by Ex-Teacher," by William Doolittle, Pocono Record, December 14, 2002. "During the trial, Emanuel Kapelsohn testified as a crime scene and firearms expert. The Superior Court said, "The record contains abundant evidence from which the trial court could conclude that Kapelsohn had reasonable pretension to specialized knowledge about reconstruction of the scene of a crime involving a firearm."

Commonwealth of Pennsylvania v. Youngken, 2002 WL 32351935, Pennsylvania Superior Court, December 5, 2002: "Clearly the qualifications of Mr. Kapelsohn indicate that the trial court did not abuse its discretion in qualifying him as an expert witness in firearms and crime scene reconstruction involving firearms."

Teaching Women to Shoot by V. Farnam and D. Nicholl (Copyright 2002, Boulder, CO). Emanuel Kapelsohn quoted and cited extensively on pages 46-47 on subjects of trigger finger placement, covering suspects at gunpoint, and accidental discharges of firearms.

"Sharpton: Monroe Shooting an 'outrage,'" Allentown Morning Call, April 22, 2004.

"Independent Investigator Looking Into Fatal Shooting," Pocono Record, April 23, 2004.

"Shooting scrutinized by victim's family," Pocono Record, April 23, 2004. Quote: "Monroe County District Attorney David Christine has also appointed Emanuel Kapelsohn, an Allentown attorney and weapons expert, to conduct an Independent investigation into the shooting."

Curriculum Vitae:
Emanuel Kapelsohn
Page 24

The Concealed Handgun Manual by Chris Bird, 4th Ed., San Antonio, TX 2004. Emanuel Kapelsohn acknowledged in Introduction (p. ix) and on p. 352.

"Strategies for Safer Weapons Training and Use," David Olsen, Law Enforcement Technology, Jan. 2004, pp. 52-60.

"Two New Publications from IALEFI," Police Marksman (Sept./Oct. 2004), p. 55.

"Rethinking Gun Safety Rules Based on Accidental Discharges," by Chris Bird. GUN WEEK, Sept. 1, 2004, p. 6. "I outline his qualifications to show that when Kapelsohn says something about firearms, he is worth listening to."

"Safety Strategies for Realistic Firearms Training," by Ken Murray. Police & Security News, Vol. 21, Issue 1 (Jan./Feb. 2005). Emanuel Kapelsohn cited and quoted extensively on safety-related issues.

"Consultants to study Easton SWAT Team," The Morning Call, May 25, 2005 (Allentown, PA). "The city two weeks ago retained Emanuel Kapelsohn, a nationally recognized firearms expert and consultant ..."

"Easton Hires Outsiders for Police Policy Review," by E. Sieger, The Express-Times, Easton, PA, May 25, 2005. "The city has hired attorney and firearms expert Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"Police Get Good News in Report," by E. Sieger, The Express-Times, Easton, PA, July 15, 2005. "In May, the city hired attorney and firearms expert

Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"More First Hand Information," The Gun Zone, http://thegunzone.com/ayoob/magliato-kapelsohn.html. Comments on the Magliato case.

CNN "Paula Zahn Now" Show, August 8, 2005. Emanuel Kapelsohn interviewed in segment on civilian intervention tactics in armed robberies.

"Victim of Stray Shot Thinks Allentown's Still Safe," by S. Kraus, The Morning Call, August 18, 2005. "Ballistics expert Emanuel Kapelsohn ..."

"Dead Man's Family Waits for Ruling in Drug Bust Shooting," by E. Mark, Pocono Record , August 13, 2005. "[District Attorney] Christine appointed Emanuel Kapelsohn, an Allentown attorney and ballistic expert, as an independent investigator to look into Wright's death."

"Wright Shooting Justified, DA Says," by E. Mark, Pocono Record, 9/16/05

Curriculum Vitae:
Emanuel Kapelsohn
Page 25

"Fatal Shooting Justified, Monroe DA Says," by J. McDonald, The Morning Call, September 16, 2005. "The decision, announced Thursday by District Attorney E. David Christine, Jr., was based in part on a recently completed report by an Allentown attorney who is a firearms expert. "Barron Wright's death, while regrettable, resulted from his own actions in defying the agents' commands, resisting arrest, and attempting to escape by driving his vehicle in a manner that placed everyone around him in deadly danger," said Emanuel Kapelsohn, with the Allentown office of Blank Rome."

"Easton Officer Loses Handgun," by Tracy Jordan, The Morning Call, Nov. 24, 2005. "The city is waiting for a fourth report on the department's firearms procedures from [E]manuel Kapelsohn, a nationally recognized firearms expert and consultant who practices law with Blank, Rome, Comisky and McCauley in Allentown."

"Report says Easton violated own gun policies," by Tracy Jordan, The Morning Call, Jan. 20, 2006.

"Police Seek Answers in Deadly Shooting," by Brian McNeill, Connection Newspapers (Fairfax County, VA), February 9, 2006.

"Woman Questions Police Role in Husband's Shooting Death," by John Boyle, Citizen-Times, West Asheville, NC, March 5, 2006.

"Findings Expected in Probe of Officer's Death," by Joe McDonald, The Morning Call, March 22, 2006.

"No Charges in Shooting; Easton Police Slammed," by Joe McDonald, The Morning Call, March 23, 2006. "... [Captain] Gibiser said corrective steps have been taken based on recommendations from a study done by Allentown lawyer and firearms expert Emanuel Kapelsohn."

"Mother Sues Attorney General's Office in Son's Death," by Joe McDonald, The Morning Call, April 8, 2006.

"Getting More Bang – Harlingen Police Department Upgrading Firepower," by Joann Deluna, Valley Morning Star, May 8, 2006.

"Expert Defends Police Shooting," by Jason Cato, Tribune-Review, August 10, 2007.

"Firearms Expert: Cop Justified for Use of Lethal Force," by Jason Cato, Valley Independent, August 10, 2007.

"Former Officer Recounts Shooting," by Christine Haines, Herald Standard, August 10, 2007.

Consultant and guest presenter, "Conspiracy Theory" TV program for The Discovery Channel on the assassination of Martin Luther King, Jr.; aired

Curriculum Vitae:
Emanuel Kapelsohn
Page 26

several times during September 2007 and thereafter.

"'08 Revelers Are Warned to Hold Fire" by Laurie Lucas, The Press-Enterprise, Riverside, CA, December 31, 2007, quoting Emanuel Kapelsohn, "a nationally recognized firearms expert."

The Concealed Handgun Manual by Chris Bird, 5th Ed., San Antonio, TX 2008. Emanuel Kapelsohn and The Peregrine Corporation cited as a recommended source for firearms training.

"Lawyer: Troopers Justified in Shooting" by Joe McDonald, The Morning Call, Allentown, PA, November 23, 2008.

"Shootings Remind Police Officers of Dangers They Face," by Jacqueline Koch, Chattanooga Times Free Press, July 21, 2009.

"Excessive Force Use Questioned in Fatal Shooting," by Jacqueline Koch, Chattanooga Times Free Press, August 5, 2009.

"Manny Kapelsohn: Officer Involved Shootings," interview by Betsy Brantner-Smith on PoliceOneTV (www.policeone.com). Premiered November 2, 2009.

"Armed and Ready" by Michael Malik, Bloomington, Indiana Herald-Times, November 29, 2009.

"Vest saves officer from injury after shooting" by Rachel Cook, Idaho Falls Post Register (June 18, 2011)

"Officers, news reporters try their hands at police scenario simulators,d by Laura Lane, Bloomington Herald –Times, Bloomington, IN (July 7, 2011). Opening sentence: "Manny Kapelsohn saw an opportunity for rural law enforcement officers to experience sophisticated firearms training at no cost ...."

"County law officers receive specialized firearm training at no cost," Greene County Daily World (July 7, 2011).

Glock: The Rise of America's Gun by Paul Barrett (2012), pp. 53-59.

"Top Gun," THE WEEK, March 9, 2012. Article cites and quotes E. Kapelsohn

"Kapelsohn Joins Network Advisory Board," ACLDN Journal, December 2012

"Training for a Shootout: How High-Tech Simulations Are Enhancing Emergency Response," by Nate Rawlings. TIME Magazine, Time U.S., January 1, 2013.

"Banning Assault Weapons Won't Make Nation's Schools Safer," Opinion Editorial by E. Kapelsohn, MORNING CALL, January 6, 2013.

Curriculum Vitae:
Emanuel Kapelsohn
Page 27

E. Kapelsohn a panelist on "Business Matters," Channel 69 (Allentown, PA), February 4, 2013. Show about active shooters, assault weapons, and legislation.

"Adam Lanza's Arsenal," by Benjamin Wallace-Wells, NEW YORK magazine, February 11, 2012. E. Kapelsohn featured and quoted in the article.

"Report details how FBI agent Barry Bush died in friendly-fire shooting," by Doug Brill, EXPRESS TIMES LehighValleyLive.com, March 7, 2013. E. Kapelsohn quoted.

"Pittsburgh Police Bullets Lacking in Power, FBI Test Shows," by M. Harding. Pittsburgh Tribune-Review, April 23, 2013. E. Kapelsohn quoted.

E. Kapelsohn guest co-host on ESPN-LV radio show, "The Water Cooler," Sept. 22, 2013. Broadcast from Easton, PA on 1230 and 1320 AM. Topics included the Washington Navy Yard Shooting, what to do in an active shooter situation, and assuming responsibility for one's own personal safety.
E. Kapelsohn mentioned in "Why Are Police Shootings of Innocents on the Rise?" by Steven Yoder, The American Prospect magazine, October 31, 2013

"City of Pittsburgh Police Are Waiting for New Ammo," by Margaret Harding. Pittsburgh Tribune-Review, Feb. 23, 2014. E. Kapelsohn quoted.

"Surge in gun sales subsiding in Lehigh Valley region," by J. Sheehan. The Morning Call, Allentown, PA. March 17, 2014. E. Kapelsohn quoted

"Experts Differ on Path of bullet; Closing Arguments Today in Bonacci Murder Trial," by Rebekah Brown, thetimestribune.com, May 8, 2014

"Attorneys Offer Conflicting Views of the Man Accused of Killing Frank Bonacci," thetimestribune.com, May 9, 2014

"Murder Trial Testimony Ends," by Stacy Lange, WNEP.com, May 7, 2014

"Closing Arguments set for Tuesday in Arundel road-rage Murder Case," by Pamela Ward, The Baltimore Sun, July 28, 2014.

"Experts Give Differing Opinions in Road-Rage Murder Trial," by Tim Pratt, CapitalGazette.com, July 29, 2014.

"Troubling Times for Pa. State Police," by Jessica Parks, Philadelphia Inquirer, October 5, 2014. E. Kapelsohn quoted.

"State police struggle in dealing with multiple crises," by Jessica Parks, The Morning Call, October 6, 2014.

"No Charges for Milwaukee Officer Who Shot Man 14 Times," www.USAToday.com, December 22, 2014, Aamer Madhani

Curriculum Vitae:
Emanuel Kapelsohn
Page 28

"Milwaukee Officer Won't Face Charges for Killing Mentally Ill Man,"
UPI.Com, December 22, 2014, Frances Burns

**PARTIAL LIST OF**
**FIREARMS-RELATED**
**PUBLICATIONS:**

SWAT TEST THE DETONICS MC-2 .45 AUTO by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (October 1983)

TEST & EVALUATION:  COLT "GOV'T" .380 AUTO by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (March 1984)

BUCKSHOT PATTERNS:  THE MYTH/THE REALITY by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

TEST & EVALUATION:  IVER JOHNSON .380 AUTO by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BEST BUY" OUT-OF-THE-BOX POCKET .45 by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (June 1984)

WINCHESTER'S WINNING RIOT SHOTGUN by Emanuel Kapelsohn,
Special Weapons (Fall 1984)

TEST AND EVALUATION:  STEYR GB 9mm SEMIAUTOMATIC PISTOL
by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

PRODUCT REPORT:  HANSEN .22 RIMFIRE AMMUNITION by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

FIELD TEST:  STEYR GB 9mm PISTOL by Emanuel Kapelsohn, The Police
Marksman (May/June 1984)

SHOOTING THROUGH COAT POCKETS by Emanuel Kapelsohn, Survival
Weapons and Tactics (SWAT) (September 1984)

Note:  The above article was also reprinted in part, and research results
summarized, in "Pocketing a Pistol Poses Problems for Your Officers," by Bill

Clede, Training Aids Digest, Vol. 11 No. 12., Washington Crime News
Services (December 1986)

BUCKSHOT BREAKTHROUGH by Emanuel Kapelsohn, Survival Weapons
and Tactics (SWAT) (October 1984)

Curriculum Vitae:
Emanuel Kapelsohn
Page 29

TEST & EVALUATION: KFC M-250 AUTOLOADING SHOTGUN
by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT)
(December 1984)

BALLISTIC AND RIOT SHIELDS by Emanuel Kapelsohn,
The Police Marksman (September/October 1984)

FIELD TEST: FEDERAL "PREMIUM" COPPER-PLATED BUCKSHOT
by Emanuel Kapelsohn, The Police Marksman (November/December 1984)

FIELD TEST: MANURHIN MODEL PPK/S .380 PISTOLS by Emanuel
Kapelsohn, The Police Marksman (Nov/Dec 1984)

RUGER MODEL 77/22: A RIMFIRE WITH CLASS by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (April 1985)

FIRST IMPRESSIONS: RUGER XGI RIFLE by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (April 1985)

THE AMAZING AUG by Emanuel Kapelsohn, Survival Weapons and Tactics
(SWAT) (June 1985)

FIELD TEST: COLT .45 OFFICER'S ACP by Emanuel Kapelsohn,
The Police Marksman (May/June 1985)

FIELD TEST: RUGER REDHAWK .41 MAGNUM REVOLVER
by Emanuel Kapelsohn, The Police Marksman (May/June 1985)

GETTING OUT OF A GUN JAM by Emanuel Kapelsohn, Soldier of Fortune
(July 1985)

HIGH-QUALITY, LOW-COST HANDGUN TRAINING AMMUNITION
by Emanuel Kapelsohn, The Police Marksman (July/August 1985)

POLISHING PUMP-GUN TECHNIQUE by Emanuel Kapelsohn,
Soldier of Fortune (October 1985)

FIELD TEST: PRO-SHOT TIMER AND PRO TIMER II by Emanuel
Kapelsohn, The Police Marksman (January/February 1986)

FIELD TEST: HECKLER & KOCH P7 M13 PISTOL by Emanuel Kapelsohn,
The Police Marksman (January/February 1986)

POLICE FIREARMS REQUALIFICATION: READY, AIM, FIRE?
by J. Maddaloni, Jr. and E. Kapelsohn, New Jersey Municipalities (Nov. 1985)

SHOTGUN PATTERNS, CHOKES, AND PERFORMANCE by Emanuel
Kapelsohn, The Police Marksman (September/October 1985)

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 30

LOW-LIGHT SHOOTING by Emanuel Kapelsohn, Soldier of Fortune
(April 1986)

SPRINGFIELD ARMORY'S "NEW" 1911-A1 PISTOL by Emanuel Kapelsohn,
Special Weapons and Tactics, (SWAT) (April 1986)

PROGRESSIVE FIREARMS TRAINING by Emanuel Kapelsohn,
Security Management (February 1986)

STEYR'S SPACE-AGE AUG by Emanuel Kapelsohn, Gun Digest Book of
Assault Weapons (Chapter 4) J. Lewis, Ed. (DBI Books, Northbrook, IL 1986)

THE GLOCK STRIKES by Emanuel Kapelsohn, Guns Magazine Annual Digest
(1987 Vol. 33)

U.S. LAW ENFORCEMENT VS. TERRORISM: PUTTING A LID ON
VIOLENCE BEFORE IT STRIKES by Emanuel Kapelsohn, Terrorism
(September 1986)

FIREARMS OWNERS PROTECTION ACT AFFECTS AUTOMATIC
WEAPONS OWNERSHIP AND INTERSTATE TRANSPORTATION OF
FIREARMS by Emanuel Kapelsohn, The Police Marksman (July/August 1986)

THE MAGNIFICENT GLOCK 17 PISTOL by Emanuel Kapelsohn, The Police
Marksman (September/October 1986)

BORN IN THE USA: COLT REINTRODUCES THE SMG by Emanuel
Kapelsohn, Soldier of Fortune (March 1987)

THE GLOCK 17 9mm PISTOL by Emanuel Kapelsohn, Law and Order
(October 1986)

POWER FROM A DISTANCE: COLT'S NEW COUNTER-SNIPER RIFLE,
THE DELTA H-BAR by Emanuel Kapelsohn, Police (February 1987)

COLT 9mm SMG by Emanuel Kapelsohn, Police (February 1987)

PREVIEWING COLT'S NEW DELTA H-BAR: THE AR-15 COUNTER-
SNIPER RIFLE by Emanuel Kapelsohn, Special Weapons and Tactics
(SWAT) (February 1987)

FIELD TEST: SPRINGFIELD ARMORY 1911-A1 PISTOL by Emanuel
Kapelsohn, The Police Marksman (January/February 1987)

IALEFI by Emanuel Kapelsohn, The Police Marksman (Jan./Feb. 1987)

COLT'S 10mm DELTA ELITE: MAGNUM POWER IN AN AUTOLOADER
by Emanuel Kapelsohn, Police (August 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 31

TRANSITIONAL HANDGUN TRAINING:  SWITCHING TO SEMI-AUTOMATICS by Emanuel Kapelsohn, Law Enforcement Technology (May/June 1987)

1987 IALEFI NATIONAL TRAINING CONFERENCE SCHEDULED FOR MESA, ARIZONA by Emanuel Kapelsohn, Law and Order (August 1987)

AN INSTRUCTOR'S LOOK AT DEA FIREARMS TRAINING by Emanuel Kapelsohn, The Police Marksman (May/June 1988)

GLOCK 19:  THE IDEAL 9mm FOR THE ONE GUN CONCEPT by Emanuel Kapelsohn, The Police Marksman (September/October 1988)

RELOADING THE SEMI-AUTOMATIC PISTOL - PART ONE by Emanuel Kapelsohn, International Association of Law Enforcement Firearms Instructors Newsletter (February 1989)

COMBAT TEST:  THE NEW GLOCK 20 by Emanuel Kapelsohn, Combat Handguns (June 1990)

THE NEW 10mm GLOCK 20:  MAGNUM POWER IN A DOUBLE-ACTION SERVICE PISTOL by E. Kapelsohn, The Police Marksman (May/June 1990)

BERETTA 85F .380 PISTOL by Emanuel Kapelsohn, The Police Marksman (November/December 1990)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE by Emanuel Kapelsohn, The Firearms Instructor (May 1991 and August 1991)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE by Emanuel Kapelsohn, reprinted in Newsletter of Georgia Association of Law Enforcement Firearms Instructors, Vol. 1, Quarter 4 (Oct. 1991)

Introduction to the Glock Pistol" videotape produced by The Peregrine Corporation and featuring Emanuel Kapelsohn (48 mins., in police and civilian versions) Glock, Inc., Smyrna, GA 1991

GLOCK PREVENTIVE MAINTENANCE MANUAL by Emanuel Kapelsohn (Glock, Inc., Smyrna, GA 1991)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT PERSONNEL (IALEFI, Laconia, NH 1993).  E. Kapelsohn, principal author and editor

GIVING THE COMMAND TO HOLSTER by Emanuel Kapelsohn The Firearms Instructor (Winter 1993)

Curriculum Vitae:
Emanuel Kapelsohn
Page 32

STANDARDS & PRACTICES REFERENCE GUIDE FOR LAW
   ENFORCEMENT FIREARMS INSTRUCTORS, E. Kapelsohn, Associate
   Editor (IALEFI, Laconia, NH 1994)

SMITH & WESSON SIGMA by E. Kapelsohn, Law & Order (Oct. 1994)

GLOCK MODELS 26 & 27 SUBCOMPACT PISTOLS by Emanuel Kapelsohn,
   Police Marksman (Nov./Dec. 1995)

IALEFI APPROVES ITS FIRST TARGET - THE IALEFI-Q by Emanuel
   Kapelsohn, The Firearms Instructor, Vol. 17 (1995)

WHAT'S IN A TARGET? INTRODUCTING THE IALEFI-Q by Emanuel
   Kapelsohn, Police Marksman (May/June 1996)

P95: INTRODUCING RUGER'S FIRST POLYMER-FRAME SERVICE
   PISTOL by Emanuel Kapelsohn, Police Marksman (July/August 1996)

P239: SIG'S NEW COMPACT 9mm PISTOL by Emanuel Kapelsohn,
   Police Marksman (July/August 1996)

RAPID ACQUISITION TARGETING SYSTEMS LASER SIGHT
   by Emanuel Kapelsohn, Police Marksman (July/August 1997)

"IALEFI Handgun Safety Check" videotape, written by and featuring
   E. Kapelsohn, produced by North Carolina Justice Academy (IALEFI 1997)

IALEFI HANDGUN SAFETY CHECK booklet, Emanuel Kapelsohn,
   principal author (IALEFI 1998)

FIELD TEST: SPEER GOLD DOT 125-GRAIN .38 SPECIAL AMMUNITION
   by Emanuel Kapelsohn, Police Marksman (March/April 1998)

THE PATROLLER POLICE VEHICLE by Emanuel Kapelsohn,
   Law & Order (March 1998)

FBI INSTITUTES NEW CONTROLS FOR SCENARIO TRAINING
   by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

SAFETY TIP by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

FOR GUN SAFETY, STICK TO FOUR RULES, BUT WATCH OUT FOR
   THE FOUR MYTHS by Emanuel Kapelsohn, Allentown Morning Call,
   (October 22, 1999)

Handgun Shooting Fundamentals section, Basic Police Academy
   curriculum lesson plan, Pennsylvania Municipal Police Officers
   Education and Training Commission. Emanuel Kapelsohn, author (2000)

Curriculum Vitae:
Emanuel Kapelsohn
Page 33

THE FIREARMS INSTRUCTOR'S RANGE BAG by Emanuel Kapelsohn, The Firearms Instructor, Issue 29 (2000)

FIELD TEST: SIGARMS SSG3000 TACTICAL PRECISION RIFLE by Emanuel Kapelsohn, Police Marksman (July/August 2000)

IALEFI Q-TARGET UPDATE by Emanuel Kapelsohn, The Firearms Instructor, Issue 30 (2001)

PARA-ORDNANCE LDA PISTOL ARMORERS MANUAL (2001 and rev.)

PARA-ORDNANCE LDA FIREARMS INSTRUCTOR NOTEBOOK (2001)

KIMBER PISTOL ARMORER'S NOTES (2001)

KIMBER PISTOL INSTRUCTOR WORKSHOP NOTEBOOK (2001)

GUIDELINES FOR SIMULATION AND "FORCE ON FORCE" TRAINING (Draft, IALEFI, Gilford, NH 2001). Emanuel Kapelsohn, principal author.

AVOIDING TRAINING DEATHS: SAFETY CONSIDERATIONS IN ROLE PLAYING EXERCISES by Emanuel Kapelsohn, The Firearms Instructor, Issue 31 (2002)

REDMAN PROVIDES SIMULATION TRAINING POSTER by Emanuel Kapelsohn, The Firearms Instructor, Issue 32 (2003)

Contributor to RedMan Firearms Simulation Safety Poster (2003)

Bobcat Weapons BW-5 Operator's Manual. Emanuel Kapelsohn, author. (2004)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT PERSONNEL (IALEFI, Gilford, NH 2004 Rev.). E. Kapelsohn, principal author

IALEFI GUIDELINES FOR SIMULATION TRAINING SAFETY. E. Kapelsohn, principal author. (IALEFI, Gilford, NH 2004)

"More First Hand Information," by Emanuel Kapelsohn. The Gun Zone. http://www.thegunzone.com/ayoob/magliato-kapelsohn.html

COURSES OF FIRE – PENNSYLVANIA BASIC HANDGUN QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms Instructor, Issue 42 (2007). Also reprinted in excerpted form in Pennsylvania MPOETC Training Bulletin, Fall 2007.

QUALIFICATION COURSES OF FIRE: PENNSYLVANIA'S ADVERSE LIGHT QUALIFICATION COURSE by Emanuel Kapelsoohn, The Firearms Instructor, Issue 44 (2008).

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 34

GETTING AND STOCKING A "GO BAG" by Emanuel Kapelsohn, The Firearms Instructor, Issue 53 (2012).

"Banning Assault Weapons Won't Make Nation's Schools Safer" by E. Kapelsohn, Allentown Morning Call, Op-Ed, January 6, 2013

"No Prepping," Letter to the Editor, HANDGUNS Magazine, April/May 2014.
"Former Milwaukee Police Officer Won't Be Charged," www.NYTimes.com, Monica Davey, December 22, 2014. Emanuel Kapelsohn cited as "a leading expert on use-of-force reviews."

**SELECTED LIST OF AGENCIES TRAINED AND COURSES TAUGHT:**

Basic Pistol and Special Pistol courses, American Pistol Institute (Paulden, AZ 1980-1982): staff instructor.

Firearms Safety, Basic Handgun and Defensive Handgun courses, U.S. Treasury Department Pistol Club, New York, NY (1980-1983).

Defensive Handgun Training, The Spiesman Agency, New York, NY (1980-83): provided handgun training for detective agency.

Defensive Handgun Training and Qualification, Danbee Investigations (New Jersey 1983): provided handgun training for detective agency personnel.

Officer Survival Instructor Course. Massachusetts Criminal Justice Training Council. (1984): taught the firearms portion of this instructor-level course.

Borough of Midland Park Police Department (NJ 1985): conducted semi-automatic pistol transitional training for this department.

Union County (New Jersey) Prosecutor's's Office (Senior Firearms Instructor Course. 1985): co-instructed three separate week-long courses for firearms instructors from every police department in Union County under contract with Rockwood Corporation, Police Training Division.

International Police Academy - Master Instructors Seminar (Morell, Desmedt, et al.): guest instructor (Toms River, NJ 1986)

Connecticut State Police Academy. (Senior Firearms Instructor Course. Meriden, CT, 1986 and 1988): guest instructor under contract with Rockwood Corporation, Police Training Division.

Curriculum Vitae:
Emanuel Kapelsohn
Page 35

NRA Law Enforcement Firearms Instructor School (U.S. Marine Base, Quantico, VA 1986): guest instructor.

Hilltown Township Police Department (PA 1986): conducted semi-automatic pistol transitional training for this department.

1987 Glock International Training Symposium. (Kansas City, Kansas): headed a team of four instructors in conducting this training conference for some 70 participants.

Police Counter-Sniper Rifle Course. (Fort Dix, New Jersey 1987): co-instructed this course for police and military counter-snipers.

Borough of Ramsey Police Department (NJ 1987): conducted semi-automatic pistol transitional training program for this department.

International Association of Law Enforcement Firearms Instructors (IALEFI), National Training Conferences (see above): conducted instructor-level programs on Drawing the Handgun and Close-Range Shooting Techniques (Philadelphia 1985); Dim Light Shooting Techniques, and Combat Shotgun Characteristics (Orlando, FL 1986); Tactical Use of Cover (Mesa, Arizona 1987); Dim-Light Assault Rifle and Shotgun Techniques, and Semi-Automatic Pistol Transitional Training (St. Augustine, FL 1988); Dim-Light Shotgun and Rifle Techniques (Salt Lake City 1989); Concealed Carry Handgun, Auto-Pistol Transitional Training, Dim-Light Handgun and Shotgun, and Police Handgun Caliber Selection and Effectiveness (panel) (Washington, D.C. 1990); Firearms Safety; Involuntary Muscular Contraction and Unintentional Discharge (co-instructed with Dr. Roger Enoka) (Mesa, AZ 1991); Developing Dynamic Training Exercises for the Patrol Officer (co-instructed with Peter Tarley) (Tampa, FL 1992); Development of Dynamic Training Exercises for Patrol Officers (co-instructed with Peter Tarley) (Reno, NV 1993); Dynamics of a Gunfight (Orlando, FL 1994); Training Handgun Skills (Amarillo, TX '95).

Basic and Advanced Defensive Handgun Courses (1982-1993): co-instructed (with John Farnam) courses in locations including Fort Mead (MD), Norristown (PA), Ledgewood (NJ), Berkeley Township (NJ), Princeton Junction (NJ), Pipersville (PA), Dutchess County (NY), New York City (NY), Salt Lake City (UT), Bradford (RI), Elroy (WI), East Stroudsburg (PA), and Atlantic City (NJ).

New Jersey Armored Motor Carriers Association (1987): guest speaker on subject of firearms training for the armored car industry.

Defensive Shotgun Course (East Stroudsburg, PA 1987).

Armored Motor Service Corp. (Trenton, NJ 1985-88): conducted handgun training and qualification.

Curriculum Vitae:
Emanuel Kapelsohn
Page 36

Princeton Armored Service (Trenton, NJ 1986-1990): conducted handgun training and qualification.

Eastern Armored Service (Trenton, NJ 1991-1997): conducted handgun training and qualification.

Berkleigh Career School (East Brunswick, NJ 1988-1989): conducted firearms training program for security officer trainees.

NRA Law Enforcement Semi-Automatic Pistol Seminars. Helped to design, and served as chief instructor for these courses taught at U.S. Marine Base, Quantico, VA (1987); Florida Law Enforcement Training Center at Lively (1988); Oklahoma City Police Academy (1988); Port Huron, Michigan (contin.) 1988); and Alamo Area Law Enforcement Academy, San Antonio, TX (1988).

Miami (FL) Police Department (Firearms Instructor Course, 1987): trained MPD firearms instructors as part of this agency's transition from revolver to semi-automatic.

New Jersey Department of Environmental Protection (Firearms Instructor Workshop, 1987): trained NJDEP instructors for this agency's transition from revolver to semi-automatic.

National Armored Car Association (Annual Meeting. New York, NY 1987): guest speaker on subject of current trends in firearms training and training-related liability.

Atlantic City Police Academy. (Police Handgun Instructor Workshop, 1987. Police Shotgun Instructor Workshop, 1987. Police Special Weapons Course, 1987. Glock 17 Familiarization Course, 1987).

New Jersey Correctional Officers Training Academy, Training Advisory Council (1988): guest speaker on progressive firearms training and training liability.

Jacksonville (FL) Police Department (Firearms Instructor Course, 1988): conducted handgun and shotgun instructor course.

Tennessee Bureau of Investigation (Firearms Instructor Course, 1988): trained TBI firearms instructors in preparation for agency's transition from revolver to semi-automatic.

Metropolitan Toronto Police (Auto-pistol Workshop. Toronto, Canada 1988): conducted transitional pistol training for members of this agency's police academy, Emergency Task Force, and dignitary protection unit.

NRA Annual Meeting (Orlando, FL 1988): guest speaker before the Legislative Affairs Committee and the opening session of the General Meeting.

Curriculum Vitae:
Emanuel Kapelsohn
Page 37

Burlington County (NJ) Police Academy (Semi-Automatic Pistol Instructor Workshops, 1985-1987; Shotgun Instructor Workshop, 1987; Officer Survival Course, 1988; Firearms Instructor Update, 1991).

Atlantic City Police Department (Firearms Instructor Course, 1988): trained ACPD instructors to conduct agency's transition from revolvers to pistols.

Professional Conference, "Law and Management in the Security Industry." University of the West Indies, St. Augustine, Trinidad. July 1988. Featured guest lecturer on topic "Current Trends in Firearms Training."

New Jersey Department of Corrections (1988): conducted semi-automatic pistol survey course as part of this agency's process of selecting a service pistol.

Takoma Park Police Department (Maryland, 1988): conducted instructor-level transitional training course.

Police Counter-Sniper Rifle Course (Glastonbury, Connecticut. 1988): co-instructed this course for police counter-snipers.

SWAT Team Training Course. (Cape May County Police Academy, 1988): conducted tactical team training in handgun, shotgun, assault rifle, and submachine gun.

Lecture presentation: "Police Use of Lethal Force: Legal and Tactical Considerations." Emanuel Kapelsohn and Sgt. Evan Marshall. (Mt. Laurel, New Jersey. 1988).

Jacksonville (Florida) Police Department (Firearms Instructor Workshop, 1988): conducted transitional training instructor course preliminary to this agency's switch to semi-automatic pistols.

Conducted Glock Armorer Courses in Atlantic City, Boston, Sacramento, San Francisco, San Diego, Carson City (Nevada), Washington, Chicago, Trenton, New York City, Philadelphia, Indianapolis, Baltimore, Spokane, Atlanta, Greensboro, Carlisle (PA), Phoenix, Oklahoma City, Seattle, San Antonio, Jersey City, St. Thomas, Barbados, Billings (MT), Texas, Miami, St. Petersburg, Jacksonville, Toronto, and other locations (1987-1993).

Conducted Glock Firearms Instructor Workshops for Fulton County Sheriff's Office (NY), Yellowstone County Sheriff's Office (MT), Middlesex County (NJ) Police Academy, El Cajon (CA) Police Department, Barbados Police Service, St. Petersburg (FL) Police Department, North Platte (NE) Police Department, and others (1987-1993).

Massachusetts Metropolitan Police (Boston, Massachusetts. 1988): trained firearms instructors to conduct this agency's transition to semi-auto pistols.

Curriculum Vitae:
Emanuel Kapelsohn
Page 38

Sacramento Municipal Utilities District (California, 1988): trained nuclear security firearms instructors for Rancho Seco nuclear power facility.

American Society of Law Enforcement Trainers, Second Annual International Training Seminar (Kansas City, Missouri. 1989): conducted instructor-level workshop on concealed handgun draw techniques and close-range defensive tactics.

Metropolitan Police (Washington, D.C., 1989): conducted two programs to train firearms instructors and armorers to implement this agency's transition to semi-automatic pistols.

Camp Smith, NY (1989): Speaker at Westchester County Firearms Instructors Seminar on Semi-Automatic Pistol Transitional Training. Topic: "Safety In The Transitional Training Program."

Trenton (New Jersey) Police Department (1989): trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

New York Legal Aid Society (New York City, 1989?): co-instructed (with Firearms Examiner D. Frangipani) firearms evidence lecture for attorneys.

Philadelphia Police Department (1989): trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

Trinidad-Tobago Police Academy (Port-of-Spain, 1990): presented firearms instructor workshop in conjunction with handgun training program conducted at Tetron Military Base.

Louisiana State Police Academy, Baton Rouge, LA (1990): conducted submachine gun instructor school.

New York State Police (1990): conducted a series of programs at five locations throughout New York State to train NYSP firearms instructors to conduct agency's transition to semi-automatic pistols.

IALEFI Regional Training Conference (Long Island NY. 1990): conducted dim-light handgun training class.

Henrico County Police Department (Virginia, 1990): conducted two training programs to prepare agency's instructors to conduct transition to semi-automatic pistols.

Virgin Islands Police Department (St. Thomas, 1990): conducted semi-automatic pistol instructor training program.

Developed police shotgun armorer training program for O. F. Mossberg & Sons, and conducted first Mossberg Shotgun Armorer Courses in Burbank, Tacoma, Philadelphia, North Haven (CT), South Carolina Criminal Justice

Curriculum Vitae:
Emanuel Kapelsohn
Page 39

Academy, North Carolina Justice Academy, Skokie (IL), Kansas City, San Antonio, and other locations (1990-1991). Course revised 2000, below.

Baltimore City Police Department (1990): conducted semi-automatic pistol instructor training program.

Missouri State Highway Patrol (1990): presented training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Phoenix Regional Police Academy (1991): conducted armorer and semi-automatic pistol instructor training program.

Maryland National Capital Park Police (1991): conducted semi-automatic pistol instructor training program.

IALEFI Regional Training Conference (Dutchess County, N.Y. 1991): taught classes on cover mode and involuntary discharge; advanced shotgun techniques.

DSIP (Caracas, Venezuela. 1991): conducted firearms training program for bodyguard detail of President of Venezuela, and for members of elite counter-terrorist unit.

Oregon State Police (1991): conducted training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Clients for which Mr. Kapelsohn has provided training and consulting services, both domestically and abroad from 1983 through the present time, include investigative agencies, executive protection details, armored car and precious metal companies, corporations involved in newspaper publishing, advertising, finance, pharmaceuticals, insurance, defense manufacturing, mining, firearms and related products, steel, and manufacturing industries; police departments, federal agencies, cities, and state law enforcement training commissions.

Kutztown Jaycees (1991): conducted firearms safety and BB gun marksmanship training class for 8-12 year olds.

American Society for Industrial Security (Schuylkill Valley Chapter, 1992): presented lecture on current trends in security and law enforcement firearms training.

Seattle Police Department (1991): conducted semi-auto pistol instructor program

American Society of Law Enforcement Trainers Fifth International Training Seminar (Milwaukee 1992): presented instructor-level classes on involuntary muscular contraction and involuntary discharge.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 40

IALEFI Regional Training Conference (Dutchess County, NY 1992): presented
lecture on training-related liability, documentation of training, and written
agency firearms policy.

IALEFI Regional Training Conference (Long Island, NY 1992): conducted
classes on tactical handgun and dim-light handgun.

Reading Area Community College (1992): Police Semi-Automatic Pistol
Instructor Workshop.

Northeastern Berks Regional Police Department (1992): Semi-Automatic Pistol
Training Program.

Salt Lake County Sheriff's Department (1992): trained armorers and firearms
instructors to conduct transition to semi-automatic pistols.

Tactical Shotgun Course (1993): Pleasantville (NJ) Police Range.

IALEFI Regional Training Conference (Nassau County, NY 1993): conducted
class on firearms-related liability, written departmental firearms policies,
and documentation of training.

Atlantic County's Prosecutor's Office: conducted Firearms Instructors
Recertification Course for all police firearms instructors in county (1993-2001)

Dallas Police Department (1993): conducted police firearms instructors course.

North Carolina Justice Academy, Statewide Firearms Instructors Conference
(1993): Presented classes: Involuntary Muscular Contraction & Unintentional
Discharge; Developing Dynamic Training Exercises for Patrol Officers.

Jacksonville (FL) Police Department (1993): conducted police firearms
instructors course.

Carnegie Mellon University Police Department (Pittsburgh 1993): conducted
transitional training program and handgun instructor workshop.

Calgary Police Service Tactical Unit (1993): taught special weapons course
including submachine gun, shotgun, rifle, and handgun.

Yardley, PA (1994): Instructed Defensive Handgun Course.

Guest Speaker on topic "Should I Carry a Gun?" at JCK Show, Las Vegas,
NV (June 1994).

Connecticut Police Academy, Meriden, CT. Co-instructed senior instructor
program "Selecting a Shoulder Weapon" (April 1994).

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 41

"Firearms Training Liability and Trends," Lehigh Valley Chapter, American Society for Industrial Security (1994).

Kutztown Police Department (1994): conducted handgun and shotgun training.

Defensive Shotgun Courses, Pittsburgh, PA and Harvard, Mass. (1995).

Handgun training and qualifications, Eastern Armored Service (Trenton, NJ 1994-1996).

Guest speaker, Firearms Committee, Pennsylvania Municipal Police Officers Education and Training Council (Hershey, PA 1995).

Connecticut Police Academy, Meriden, CT. Co-instructed Tactical Shotgun Instructor course (1995).

"Trends in Police Firearms Training," Pennsylvania Burglar and Fire Alarm Association, Allentown, PA (1995).

Senior Firearms Instructor Course, Allentown Police Academy (PA 1995).

Defensive Handgun Course, Lehigh County District Attorney's Office, Allentown, PA (1996).

Firearms Instructor Recertification Course, Dallas Police Department, Dallas, TX (1996).

Glock 19 Transition Courses, Princeton Armored Service, Trenton, NJ (1995-6)

Lecture: "Firearms Training-Related Liability," Annual Conference, Arizona Law Enforcement Firearms Instructors Association, Mesa, AZ (1996).

Firearms Safety Program, Cub Scouts of America, Topton, PA (1996).

Basic Personal Protection Handgun Courses, Topton (PA) Fish & Game Association Range (1994-1996).

IALEFI Handgun Safety Check, IALEFI Regional Training Conference, Philadelphia Police Academy (1996).

Legal and Practical Aspects of Firearms Self-Defense for Civilians, Muhlenberg Township Recreation Department (1996-1997).

American Society of Law Enforcement Trainers Regional Training Conference, Bergen County (NJ) Police Academy (1996): conducted instructor-level courses on Tactical Handgun Skills; Dim-Light Handgun.

Curriculum Vitae:
Emanuel Kapelsohn
Page 42

1996 IALEFI Annual Training Conference, Mesa, AZ. Co-instructed instructor-level courses on Training-Related Liability; Safety and Use of Reactive Steel Targets.

North Carolina Justice Academy Statewide Instructors Conference: conducted instructor-level lectures on firearms safety, dim-light firing techniques, and one-handed firearms manipulation (1997).

Berks County Sheriff's Department: conducted revolver-to-semiautomatic pistol transitional training for this 38-officer agency (1997).

IALEFI Regional Training Conference (Oklahoma City Sheriff's Office 1997): conducted instructor-level program, "Developing Dynamic Range Exercises for Patrol Officers."

Berks County Sheriff's Department: assisted in conducting in-service handgun and shotgun training, remedial training, and qualification (1997-2007, 2012).

IALEFI Annual Training Conference (Columbia, Missouri, 1997): co-instructed instructor-level program, "Legal Liability Update"; conducted IALEFI Handgun Safety Check for over 100 students; chief safety coordinator for this 6-day conference involving some 500 participants (students, instructors, vendors) in day and night training activities, displays, and competitions. Courses attended: see above.

Lehigh County (PA) District Attorney's Office (1997): conducted handgun training course.

Kutztown (PA) Police Department: conducted in-service handgun and shotgun training and qualification (1997, 2000, 2001, 2002, 2003).

Harrisburg Area Community College: Co-instructed pilot judgmental use of force class for Pennsylvania MPOETC (1998).

Allentown (PA) Kiwanis Club: Guest speaker on "Firearms Safety and Self-Defense" (1998).

U.S. Department of Health & Human Services, Office of the Inspector General. Training and consulting contract to assist agency in updating its firearms training program for Special Agents (1998).

Northeastern Berks Regional Police Department (1998): Conducted handgun and shotgun qualifications and remedial training.

Berks County Postmasters Association: Guest speaker on "Personal Security" (1998).

Curriculum Vitae:
Emanuel Kapelsohn
Page 43

Less Lethal 12-Gauge Impact Munitions User Certification Course
(Berks County, PA, 1998).

Camp Cadet, Oley, PA (1998): Firearms safety presentation for 10-14 year
olds at summer camp sponsored by Pennsylvania State Police.

O.C. Civilian Users Certification Courses: Conducted a series of courses for
employees and for security officers of Fortune 500 company (1998-2001).

IALEFI Annual Training Conference (West Palm Beach, FL, 1998): Presented
instructor-level program, "Designing and Using Performance Objectives in
Firearms Training"; conducted IALEFI Handgun Safety Check for over 100
students; chief safety coordinator for this 6-day conference involving some
500 participants (students, instructors, vendors) in day and night training
activities, displays, and competitions. Courses attended: see above.

Harrisburg Area Community College: Assisted in presenting judgmental
use of force instructor certification course for Pennsylvania MPOETC (1999).

Police Patrol Rifle Users and Instructors Courses (Muhlenberg Twp. Police
Department 1999).

Presentations to Allentown, PA Chapter, American Inns of Court, on "Firearms,
Tactics and the Law" (Sept. 1999) and "Use of Experts in Firearms Cases"
(Oct. 1999).

IALEFI Annual Training Conference (Phoenix, 1999): Conducted IALEFI
Handgun Safety Check for over 100 students; chief safety coordinator
for this 6-day conference involving some 400 participants (students,
instructors, vendors) in day/night training classes, displays and competitions.

Allentown (PA) Police Academy: Basic Recruit Training Academy classroom
instructor on "Use of Force in Law Enforcement;" assistant range instructor in
firearms (1999-2007). "Laws of Arrest" and "Criminal Procedure" (2007).

Firearms Overview Course (Allentown Police Academy, 1999): presented
classroom and range program to researchers and doctors from University
of Pennsylvania (FICAP) study on gunshot injuries.

IALEFI RTC (Philadelphia Police Academy, 2000): taught two courses
on Tactical Shotgun.

Eddie Eagle Firearms Safety Program taught to approx. 120 children,
grades K through 2, at The Swain School (Allentown, PA, 2000).

Firearms Instructor Update (Pennsylvania State Police Academy, 2000):
presented instructor-level program for Pennsylvania Municipal Police
Officers Education and Training Commission.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 44

2000 IALEFI ATC, Tampa, FL: conducted IALEFI Handgun Safety Check for over 100 students; chief safety coordinator for this 6-day event involving nearly 500 participants (students, instructors, vendors) in day and night training activities, displays and competitions; taught Mossberg Shotgun Armorer Certification Course.

Lehigh County (PA) District Attorney's Office (2000): conducted training course, "Introduction to Firearms for Prosecutors" (CLE accredited) at Allentown Police Academy.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT, 2000): presented two courses for police and military armorers. Consultant to Mossberg re. revision of Armorer's Manual.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA, 2000): presented two courses at East Penn Outdoor Sportsmen's Expo.

Eastern Armored Service (PA, 2000): conducted Glock pistol transitional training for armored car personnel.

Mossberg Shotgun Armorer Certification Course (Fairfax, VA, 2000): taught course for police armorers.

Guest Speaker at graduation dinner, Allentown (PA) Police Academy (2001)

Para-Ordnance LDA Pistol Armorer Certification Courses (Orange County, CA and Oak Lawn, IL, 2001): taught courses for police and civilian armorers.

Para-Ordnance LDA Pistol Firearms Instructor Workshop (Oak Lawn, IL, 2001): taught course for police firearms instructors in conjunction with agency's transition to this model of semi-automatic pistol.

Guest Speaker, "Firearms in the Home," Allentown Rotary Club (2001)

Mossberg Shotgun Armorer Certification Course, Lisle, IL (2001): taught course for police armorers.

Firearms Training and Qualification, Berks-Lehigh Regional Police Department (PA, 2001). Conducted user-level training for this newly-formed agency with pistol, shotgun, patrol rifle, and less lethal impact munitions.

Guest Instructor, Citizens Police Academy, Exeter Township Police Department (PA, 2001). Presented demonstration/discussion of concealed weapons and related topics.

Personal Protection Course, Carpenter Technology Corporation, Reading, PA (2001). Taught personal protection course (including pepper spray and hand-to-hand self defense) to executives of Fortune 500 company and their spouses.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 45

Firearms Instructor Update (Northeast Counter-Drug Training Center, Ft. Indiantown Gap, PA 2001): presented instructor-level program for Pennsylvania Municipal Police Officers Education and Training Commission.

Tacoma Police Department (WA, 2001). Developed and taught Kimber Pistol Armorer's Workshop and Kimber Pistol Instructor Course for this agency.

Las Vegas Metro Police Department (NV, 2001). Taught Mossberg Shotgun Armorer Certification Course.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT 2001). Taught two armorer courses for O.F. Mossberg & Sons.

Mossberg Shotgun Armorer Certification Course (Utah County Sheriff's Office, UT 2001). Taught law enforcement armorer's course.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA 2001): taught course at East Penn Outdoor Sportsmen's Expo.

Para-Ordnance LDA Pistol Armorer Certification Course (North Attleboro Police Department, MA 2001).

2001 IALEFI Annual Training Conference, Reno, NV: conducted IALEFI Handgun Safety Check for some 80 students; assistant safety coordinator for this 6-day event involving nearly 400 participants; taught Mossberg Shotgun Armorer Certification Course; panelist in panel discussion, "Point Shooting vs. Aimed Fire."

Presenter at Muhlenberg Twp. Police Dept. "Firearms and Home Safety" Class (Temple, PA 2001): Lecture to mixed audience of adults and Boy Scouts.

Mossberg Shotgun Armorer Certification Course (Branson Police Department, Branson, Missouri 2001). Taught law enforcement armorer's course.

Mossberg Shotgun Armorer Certification Course, Fairfax, Virginia 2001. Taught Law Enforcement armorer's course to police and military personnel.

Para-Ordnance LDA Pistol Armorer Certif. Course (Southampton, PA 2001)

Mossberg Shotgun Armorer Certification Course, Massachusetts State Police Headquarters, Framingham, MA 2002.

Mossberg Shotgun Armorer Certification Course, Clearwater Police Department, Clearwater, FL 2002.

Beretta DAO Pistol Training Course and Use of Force Legal Issues Class, Bloomsburg University Police Department, Bloomsburg, PA 2002: Trained and certified university police department to carry firearms.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 46

Mossberg Shotgun Armorer Certification Course, Linn County Sheriff's
Office, Albany, Oregon 2002

Mossberg Shotgun Armorer Certification Course, Shawnee County Sheriff's
Department, Topeka, Kansas 2002.

Para-Ordnance LDA Pistol Armorer Certification Course, Kansas Highway
Patrol, Emporia, Kansas 2002.

Citizen's Police Academy, Exeter Township Police Department (PA),
Guest instructor, training segment on weapons concealability (2002-2004).

Firearms Instructor Update, Berks County Sheriff's Department,
Reading, Pennsylvania (2002)

Mossberg Shotgun Armorer Certification Course, New York City Police
Department, Ballistics Section (2002)

Introduction to Firearms for Juvenile Probation Officers, Allentown
Police Academy (2002)

Mossberg Shotgun Armorer Certification Course, Watertown Police Department,
Watertown, CT (2002)

Mossberg Shotgun Armorer Certification Course, Carol Stream, Illinois (2002)

2002 IALEFI Annual Training Conference, San Diego, CA. Chief safety
coordinator for this 6-day event involving over 300 participants in day and night
training activities, trade show, demonstrations and shooting competitions. Co-
instructed course on safety issues and procedures in simulation and role-playing
training exercises.

Mossberg Shotgun Armorer Certification Course, Martin County Sheriff's
Office, Stuart, Florida (2002).

Mossberg Shotgun Armorer Certification Course, Fairfax, VA (2002).

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, Orlando,
FL (2002). Guest Instructor.

Berks-Lehigh Regional Police Department, remedial dim-light training. (2003)

Guest Lecturer, University of Pennsylvania class, "Injury and the Public's
Health," School of Medicine/School of Public Health. Professor Charles
Branas, Ph.D. (2003)

Patrol Rifle Instructor Course, Reading, PA (2003)

Patrol Rifle Operator's Course, Reading, PA (2003)

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 47

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, San Diego CA (2003). Guest Instructor.

Citizen's Police Academy, Allentown Police Academy, Allentown, PA. Instructor in Use of Force in Law Enforcement, Laws of Arrest (2003-5)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2003). Guest Instructor

IALEFI Annual Training Conference, Orlando, FL (2003). Assistant range officer in Advanced Tactical Rifle class.

Mossberg Shotgun Armorer Certification Course. Rockland County (NY) Police Academy (2003). Instructor.

Firearms Instructor Recertification Course. Atlantic County, NJ (2002, 2003). Instructor

Defensive Shotgun Course. Reading, PA (2003). Instructor

Firearms Instructor Updates/Requalifications. Berks County Sheriff's Department, Reading, PA (2003-2005).

Guest Instructor, Lehigh County Municipal Emergency Response Team Training, DeSalles University (2004)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2004). Guest Instructor

Patrol Rifle Instructors Course. Reading, PA (2004). Instructor
Patrol Rifle User's Course. Reading, PA (2004). Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Los Angeles, CA (2004). Guest Instructor

IALEFI Annual Training Conference, Dayton, Ohio (2004). Taught class "Legal Update for Firearms Instructors."

Patrol Rifle/Shotgun Workshop. Reading, PA (2004). Instructor

Atlantic County Prosecutor's Office, Firearms Instructor Update. Atlantic County, NJ (2004). Presented 3-day range and classroom instructor update.

Lecture, "Firearms, Firearms Safety and Self-Defense," Lions Club, Bowers, PA (2004). Guest lecturer.

Defensive Handgun & Shotgun Class. Hellertown, PA (2004). Instructor

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 48

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San Francisco, CA (2005). Guest Instructor

Tactical Team Commanders Course, Jefferson Township (NJ) Police Department, for Fox Valley Technical College/ Team One Network (2005). Guest Instructor.

Advanced Defensive Handgun Class. Hellertown, PA (Spring 2005). Instructor.

Firearms Safety and Tactics Workshop. Salisbury Township Police Department, Allentown, PA (2005). Instructor.

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San Diego, CA (2005). Guest Instructor.

2005 IALEFI Annual Training Conference, Reno, NV. Co-instructed instructor-level class on fast, accurate handgun shooting and target-focused fire. Conducted Handgun Safety Check for approx. 100 new attendees. Chief Safety Officer coordinating safety for this 6-day training conference, involving over 400 attendees in classroom and firing range courses, firearms competition, trade show with hands-on firearms demonstrations, etc.

Atlantic County Prosecutor's Office, Firearms Instructor Update. Atlantic County, NJ (2005). Presented 3-day range and classroom instructor update.

O.C. ("Pepper Spray") Users Courses (Pennsylvania 2005). Presented training courses for security officers of major pharmaceutical manufacturer.

Patrol Rifle Operators Refresher Course (Berks County Sheriff's Department 2005).

Advanced Defensive Handgun Course. Hellertown, PA. (Fall 2005). Instructor.

Defensive Handgun & Shotgun Training (Pennsylvania 2005, 2006, 2007, 2008, 2009). Presented a series of firearms training courses for security officers of a major pharmaceutical manufacturer.

"Home Firearms Safety and Self-Defense" lecture/demonstration for 35th Anniversary Charter Night, Lions Club, Bowers, PA (2006).

North Carolina 2006 Police Firearms Instructors Conference, North Carolina Justice Academy (2006). Featured presenter: lectured to 250 law enforcement firearms instructors on safety in simulation training; involuntary muscular contraction and unintentional discharge of firearms; police deaths and administrative gun handling safety considerations; and mental conditioning and tactics in officer- involved shootings.

2006 IALEFI Annual Training Conference, West Palm Beach, FL. Moderator of panel discussion, "Panel of Experts on Firearms Topics," including techniques

Curriculum Vitae:
Emanuel Kapelsohn
Page 49

for covering suspects at gunpoint, manipulation of manual safeties, use of weapon-mounted lights, etc. Assisted in conducting Handgun Safety Check for participants; monitored classes on Patrol Rifle, Concealed Carry Handgun.

Allentown Police Tactical Pistol League. Conducted training session for police officers. (2006)

Patrol Rifle Workshop. Hellertown, PA. (2006)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2006). Presented classroom and range instructor update.

IALEFI Regional Training Conference, Ocean City, Maryland (2006). "Tactical Handgun Overview." Featured instructor at regional police training conference.

"Use of Force in Law Enforcement." Two classes; Kutztown Police Department, Kutztown, PA (2007)

Legal & Practical Aspect of Self-Defense with Firearms, Hellertown, PA (Winter 2007). Lecture/demonstration presentation to some 100 attendees.

"Use of Force Legal Concepts," Reading, PA (2007). Conducted instruction on principles of justification for use of force, etc. for Carpenter Technology security officers.

Glock Pistol Transitional Training, Eastern Armored Services (2007). Conducted transitional training classes for armored car personnel.

Pepper Spray User's Course. Conducted pepper spray user training and certification for corporate/industrial security officers. (2007)

IALEFI 2007 Annual Training Conference, San Antonio, TX. Assisted in conducting handgun safety check for 175 firearms instructors.

"Police Involved Shootings – When the Smoke Clears," Westchester County Detectives Association, Yorktown Heights, NY (2007). Lecture presentation to 160 attendees on subjects including psychological and perceptual distortions and stress reactions of officers involved in shootings; involuntary muscular contraction and accidental discharge of firearms; liability and safety issues of weapon-mounted lights and lasers; officer reluctance to fire; etc.

"Use of Force Legal Theory" class and "Glock Pistol User's Class" conducted for California University of Pennsylvania Police Department. (California, PA 2007). Consulted, and conducted classroom and range instruction for this university police department in its adoption of a service pistol.

Legal & Practical Aspects of Self-Defense with Firearms, Hellertown, PA (Fall 2007). Lecture/demonstration presentation to 30 attendees.

900200.00001/50250438v.1