NG

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LINDA CHATMAN, as Special Administrator of the Estate of CEDRICK CHATMAN, deceased, <br><br> Plaintiff, <br> v. <br><br> KEVIN FRY Brown <br><br> Defendant | Case No. 13 CV 5697 <br><br> The Hon. Robert W. Gettleman <br><br> Magistrate Judge Geraldine Soat Brown |

### FINAL AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Linda Chatman, as Independent Administrator of the Estate Of Cedrick Chatman, deceased ("Plaintiff"), by one of her attorneys, Brian W. Coffman of Coffman Law Offices, P.C., defendant, City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and defendant, Kevin Fry, by his attorney, Andrew M. Hale of Hale Law LLC, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss and the Chicago City Council having enacted an ordinance authorizing the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, against defendants, City of Chicago and Kevin Fry, are dismissed with prejudice, without leave to reinstate, and with each party bearing its own costs and attorneys' fees.

Andrew M. Hale
Hale Law LLC
53 W. Jackson Blvd., Suite 330
Chicago, Illinois 60604
(312) 870-6927

ENTER: _____
Robert Gettleman, Judge

DATED: December 28, 2016